Effective 12:01 AM 04/01/2011 Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

# Partners In Productivity

## RiskTool System

## https://www.chartisinsurance.com/SWC

Specialty Workers' Compensation
A division of Chartis

NOTICE TO POLICYHOLDER

This notice is to alert you to Specialty Workers' Compensation's online, loss prevention and risk management platform, called RiskTool System. RiskTool System can assist you in managing the risks your company and employees face everyday.

As a valued customer, you can employ this tool to assess your specific needs, take steps to prevent injuries from occurring, and build and monitor your own loss prevention and risk management program.

The RiskTool System can be accessed at our Partners in Productivity website at: https://www.chartisinsurance.com/SWC

The site can also provide you with:

- information about us, frequently asked questions, and Contact Us access
- information on workers' compensation insurance
- the ability to locate medical providers for an injured worker
- the ability to report voluntary premium audits, and
- news and links to related workers compensation websites

When accessing the Partners in Productivity website have your policy close by so that you can enter the following information:

- Policy Number
- Agent or Broker Number
- Issuing Company

This valuable service is only available to current policyholders and their brokers.

If you have questions, please call us toll free at **1-800-645-2259**.

Member Companies of Chartis

American Home Assurance Company, Chartis Casualty Company, AIU Insurance Company, Commerce and Industry Insurance Company, Granite State Insurance Company, Illinois National Insurance Company, New Hampshire Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa, The Insurance Company of the State of Pennsylvania



***Archive Copy***

EXHIBIT A

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a Chartis company. Chartis companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by Chartis companies to brokers and independent agents in the United States by visiting our website at www.chartisinsurance.com/producercompensation or by calling Chartis at 1-800-706-3102.



Archive Copy

EXHIBIT A

ISSUED BY THE STOCK INSURANCE COMPANY HEREIN CALLED THE COMPANY

COMMERCE AND INDUSTRY INSURANCE COMPANY
15172

AGENT NUMBER
0075190-00

POLICY NUMBER
WC 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
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-10

INCORPORATED UNDER THE LAWS OF NEW YORK

ITEM 1. NAMED INSURED MAILING ADDRESS IDENTIFICATION NO.

PARTS DISTRIBUTION XPRESS INC
223 S GOVERNOR PRINTZ BLVD.
ESSINGTON, PA 19029-0000

SEE EXTENSION OF ITEM 1. OF THE INFORMATION PAGE - WC990610

I.D#

CHARTIS

A Chartis company

EXECUTIVE OFFICES:
175 Water Street
New York, NY 10038

PRODUCERS NAME AND ADDRESS

PMC INSURANCE AGENCY INC.
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY INFORMATION PAGE

INSURED IS
CORPORATION

PREVIOUS POLICY NUMBER
RENEWAL 009868856

OTHER WORKPLACES NOT SHOWN ABOVE: SEE EXTENSION OF ITEM 1. OF THE INFORMATION PAGE - WC990610

ITEM 2 POLICY PERIOD 12:01 A.M. standard time at the insured's mailing address FROM 04/01/11 TO 04/01/12

ITEM 3 A. Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:

FL MA NJ PA

B. Employers Liability Insurance: Part Two of the policy applies to the work in each state listed in item 3.A. The limits of our liability under Part Two are:

Bodily Injury by Accident $ 1,000,000 each accident
Bodily Injury by Disease $ 1,000,000 policy limit
Bodily Injury by Disease $ 1,000,000 each employee

C. Other States Insurance: Part Three of the policy applies to the states, if any, listed here:
AK AL AR AZ CA CO CT DC DE GA HI IA ID IL IN KS KY LA MD ME MI MN MO MS MT NC NE NH NM NV NY OK OR RI SC SD TN TX UT VA VT WI WV

D. This policy includes these endorsements and schedules:
SEE EXTENSION OF ITEM 3.D. OF THE INFORMATION PAGE - WC990612

ITEM 4 The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code Number | Premium Basis Total Remuneration [X] Annual [ ] 3 Year | Rate Per $100 OF Remuneration | Estimated Premium [X] Annual [ ] 3 Year |
|---|---|---|---|---|
| SEE EXTENSION OF ITEM 4. OF THE INFORMATION PAGE - WC7754 | | | | |
| TAXES/ASSESSMENTS/SURCHARGES | | | | $1,125 |
| EXPENSE CONSTANT (EXCEPT WHERE APPLICABLE BY STATE) $220 NJ | | | | |

MINIMUM PREMIUM $915 PA

TOTAL ESTIMATED ANNUAL PREMIUM $59,491

If indicated below, interim adjustments of premium shall be made:

[ ] Semi-Annually [ ] Quarterly [ ] Monthly

DEPOSIT PREMIUM

03/22/11 PARSIPPANY — Issue Date

82 — Issuing Office

Authorized Representative

WC 00 00 01A

39967 (Rev'd 04/08)

*Archive Copy*

EXHIBIT A

## EXTENSION OF ITEM 3.D. OF THE INFORMATION PAGE

Policy Number: WC 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 Effective Date: 04/01/2011

| | |
|---|---|
| TRSMNOTA | FOREIGN TERRORISM POLHOLDR NOT-PREM DTMN |
| WC000313 | WAIVER OF OUR RIGHT TO RECOVER |
| WC000406 | PREMIUM DISCOUNT ENDORSEMENT |
| WC000406A | PREMIUM DISCOUNT ENDORSEMENT |
| WC000414 | NOTIFICATION OF CHANGE IN OWNERSHIP ENDT |
| WC000421C | CATASTROPHE PREMIUM ENDORSEMENT |
| WC000422A | TRIPRA DISCLOSURE ENDORSEMENT |
| WCOFAC | NOTICE REG OFFICE OF FOREIGN ASSET CTRL |
| 107437 | PRIVACY POLICY |
| WC090606 | FL EMPLOYMENT AND WAGE INFO RELEASE ENDT |
| WC000419 | PREMIUM DUE DATE ENDORSEMENT |
| WC090303 | FLORIDA EMPLOYERS LIABILITY COVERAGE END |
| WC090403A | FLORIDA - TRIPRA ENDORSEMENT |
| WC990903A | FL CANCELLATION AND NONRENEWAL ENDT |
| WC990911 | FLORIDA ADDENDUM TO THE DECLARATIONS |
| WC200101 | MA - TRIPRA ENDORSEMENT |
| WC200301 | MA LIMITS OF LIABILITY ENDORSEMENT |
| WC200302A | MA ASSESSMENT CHARGE |
| WC200303C | MA NOTICE TO POLICYHOLDER ENDORSEMENT |
| WC200601A | MA CANCELLATION ENDORSEMENT |
| WC200604 | MA POLICY DEFINITION ENDT. |
| WC992002 | MASSACHUSETTS PREMIUM DUE DATE ENDT. |
| LWNNJSIF | NJ SECOND INJURY FUND |
| LWNNJUFEF | NJ UNINSURED EMPLOYER FUND |
| WC290306B | NJ PART II EMPLOYERS LIABILITY ENDT |
| WC370601 | PA INSPECTION OF MANUALS |
| WC370602 | PA NOTICE |
| WC370603A | PA ACT 86-1986 ENDORSEMENT |
| WC993703A | PA NOTIFICATION OF AVAILABILITY |
| WC990610 | NAMED INSUREDS/ADDRESSES |


Archive Copy

EXHIBIT A

# WORKERS COMPENSATION AND EMPLOYERS LIABILITY

# INSURANCE POLICY

National Union Fire Insurance Company of Pittsburgh, Pa.
American Home Assurance Company
The Insurance Company of The State of Pennsylvania
Chartis Property Casualty Company
Commerce and Industry Insurance Company
Granite State Insurance Company
Illinois National Insurance Company
New Hampshire Insurance Company

CHARTIS

EXECUTIVE OFFICES
175 WATER STREET
NEW YORK, NY 10038

Coverage is provided by the Company designated on the Information Page
A Stock Insurance Company

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY QUICK REFERENCE

BEGINNING ON PAGE


GENERAL SECTION ..... 1

A. The Policy ..... 1
B. Who Is Insured ..... 1
C. Workers Compensation Law ..... 1
D. State ..... 1
E. Locations ..... 1

PART ONE-WORKERS COMPENSATION INSURANCE ..... 1

A. How This Insurance Applies ..... 1
B. We Will Pay ..... 1
C. We Will Defend ..... 1
D. We Will Also Pay ..... 1
E. Other Insurance ..... 2
F. Payments You Must Make ..... 2
G. Recovery From Others ..... 2
H. Statutory Provisions ..... 2


THE ABOVE REFERENCED POLICY PROVISIONS WITH THE INFORMATION PAGE AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THIS POLICY.



*Archive Copy*

EXHIBIT A

## QUICK REFERENCE - CONTINUED

BEGINNING ON PAGE


PART TWO - EMPLOYERS LIABILITY INSURANCE ..... 2
A. How This Insurance Applies ..... 2
B. We Will Pay ..... 3
C. Exclusions ..... 3
D. We Will Defend ..... 3
E. We Will Also Pay ..... 4
F. Other Insurance ..... 4
G. Limits of Liability ..... 4
H. Recovery From Others ..... 4
I. Action Against Us ..... 4

PART THREE - OTHER STATES INSURANCE ..... 4
A. How This Insurance Applies ..... 4
B. Notice ..... 5

PART FOUR - YOUR DUTIES IF INJURY OCCURS ..... 5

PART FIVE - PREMIUM ..... 5
A. Our Manuals ..... 5
B. Classifications ..... 5
C. Remuneration ..... 5
D. Premium Payments ..... 5
E. Final Premium ..... 5
F. Records ..... 6
G. Audit ..... 6

PART SIX - CONDITIONS ..... 6
A. Inspection ..... 6
B. Long Term Policy ..... 6
C. Transfer of Your Rights and Duties ..... 6
D. Cancellation ..... 6
E. Sole Representative ..... 6


**PLEASE READ THE WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY CAREFULLY**

*Archive Copy* EXHIBIT A

ATTACH FORM AND ENDORSEMENTS (IF ANY) HERE

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows.

## GENERAL SECTION

### A. The Policy

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

### B. Who Is Insured

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

### C. Workers Compensation Law

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

### D. State

State means any state of the United States of America, and the District of Columbia.

### E. Locations

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A states unless you have other insurance or are self-insured for such workplaces.

## PART ONE - WORKERS COMPENSATION INSURANCE

### A. How This Insurance Applies

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

### B. We Will Pay

We will pay promptly when due the benefits required of you by the workers compensation law.

### C. We Will Defend

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

### D. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;



EXHIBIT A

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

E. **Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

F. **Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

G. **Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

H. **Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers compensation law that apply to:

   a. benefits payable by this insurance or;

   b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

**PART TWO - EMPLOYERS LIABILITY INSURANCE**

A. **How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury



EXHIBIT A

by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

B. **We Will Pay**

We will pay all sums you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. for which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2. for care and loss of services; and

3. for consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee;

provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C. **Exclusions**

This insurance does not cover:

1. liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. bodily injury intentionally caused or aggravated by you;

6. bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions.

8. bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Continental Shelf Lands Act (43 USC Sections 1331-1356), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws.

9. bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51-60), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws.

10. bodily injury to a master or member of the crew of any vessel.

11. fines or penalties imposed for violation of federal or state law.

12. damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim proceeding, or suit we defend;

1. reasonable expenses incurred at our request; but not loss of earnings;
2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;
3. litigation costs taxed against you;
4. interest on a judgment as required by law until we offer the amount due under this insurance; and
5. expenses we incur.

F. **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident-each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease-policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease-each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and
2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**PART THREE - OTHER STATES INSURANCE**

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.
2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.
3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.
4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the

Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

**PART FOUR - YOUR DUTIES IF INJURY OCCURS**

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.
2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.
3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.
4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.
5. Do nothing after an injury occurs that would interfere with our right to recover from others.
6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

**PART FIVE - PREMIUM**

A. **Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

B. **Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

C. **Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. All your officers and employees engaged in work covered by this policy; and
2. All other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

D. **Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

E. **Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise.

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.
2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short rate

cancellation table and procedure. Final premium will not be less than the minimum premium.

F. **Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

G. **Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

## PART SIX - CONDITIONS

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

B. **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C. **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D. **Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.
2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.
3. The policy period will end on the day and hour stated in the cancellation notice.
4. Any of these provisions that conflicts with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with that law.

E. **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancellation.



EXHIBIT A

**In Witness Whereof,** the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

President
National Union Fire
Insurance Company of
Pittsburgh, PA

President
American Home
Assurance Company

President
The Insurance Company
of The State of Pennsylvania

President
Chartis Property Casualty Company

President
Commerce and Industry
Insurance Company

President
Granite State Insurance Company

President
Illinois National Insurance Company

President
New Hampshire Insurance Company

Secretary
National Union Fire Insurance Company of Pittsburgh, PA
American Home Assurance Company
The Insurance Company of The State of Pennsylvania
Chartis Property Casualty Company
Commerce and Industry Insurance Company
Granite State Insurance Company
Illinois National Insurance Company
New Hampshire Insurance Company



*Archive Copy*

EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| | | |
|---|---|---|
| WC 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 | FLORIDA | |
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
| 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-10 | PARTS DISTRIBUTION XPRESS INC | |

| Item 4. Classification of Operations | | Code No. | Premium Basis<br>Estimated Total Annual Remuneration | Rates<br>Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0004-01 | | | | | |
| CLERICAL OFFICE EMPLOYEES NOC. | | 8810 | 60,000 | 0.25 | 150 |
| STATE OF FLORIDA TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 150 |
| INCREASE LIMITS | 1.40% | 9812 | | | 2 |
| TOTAL UNMODIFIED PREMIUM | | | | | 152 |
| MODIFIED STANDARD PREMIUM | | | | | 152 |
| UNDISCOUNTED PREMIUM | | | | | 152 |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -7 |
| DISCOUNTED PREMIUM | | | | | 145 |
| TERRORISM | 0.03 | 9740 | | | 18 |
| TOTAL ESTIMATED PREMIUM | | | | | 163 |
| TOTAL DUE | | | | | 163 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $18 | | | | |

WC 7754 (Ed. 4-81) (Rev'd 04/08)

*Archive Copy*

EXHIBIT A

## EXTENSION OF ITEM 4. OF THE INFORMATION PAGE

| | | |
|---|---|---|
| WC 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 | MASSACHUSETTS | |
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
| 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-10 | PARTS DISTRIBUTION XPRESS INC | |

| Item 4. Classification of Operations | | | Premium Basis | Rates | |
|---|---|---|---|---|---|
| | | Code No. | Estimated Total Annual Remuneration | Per $100 of Remuneration | Estimated Annual Premiums |
| RATING GROUP: 0002-01 | | | | | |
| SALESPERSONS, COLLECTORS OR MESSENGERS - OUTSIDE | | 8742 | 47,865 | 0.15 | 72 |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | IF ANY | 0.09 | |
| STATE OF MASSACHUSETTS TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 72 |
| INCREASE LIMITS | 2.00% | 9812 | | | 1 |
| SUBJECT PREMIUM | | | | | 73 |
| MODIFIED STANDARD PREMIUM | | | | | 73 |
| UNDISCOUNTED PREMIUM | | | | | 73 |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -3 |
| DISCOUNTED PREMIUM | | | | | 70 |
| LOSS CONSTANT | | 0032 | | | 20 |
| TERRORISM | 3.00% | 9740 | | | 2 |
| TOTAL ESTIMATED PREMIUM | | | | | 92 |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | 5 |
| TOTAL DUE | | | | | 97 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $2 | | | | |



*Archive Copy*

EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| | | |
|---|---|---|
| WC 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 | NEW JERSEY | |
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
| 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-10 | PARTS DISTRIBUTION XPRESS INC | |

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0003-01 | | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | 73,410 | 0.26 | 191 |
| STATE OF NEW JERSEY TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 191 |
| INCREASE LIMITS | 3.30% | 6199 | | | 6 |
| TOTAL UNMODIFIED PREMIUM | | | | | 197 |
| MODIFIED STANDARD PREMIUM | | | | | 197 |
| UNDISCOUNTED PREMIUM | | | | | 197 |
| DISCOUNTED PREMIUM | | | | | 197 |
| EXPENSE CONSTANT | | 0900 | | | 220 |
| TERRORISM | 0.06 | 9740 | | | 44 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.01 | 9741 | | | 7 |
| TOTAL ESTIMATED PREMIUM | | | | | 468 |
| SECOND INJURY FUND SURCHARGE | 7.60% | 0935 | | | 15 |
| TOTAL DUE | | | | | 483 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $44 | | | | |



*Archive Copy*

EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | PENNSYLVANIA | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis Estimated Total Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0001-01 | | | | | |
| TRUCKING N.O.C. | | 811 | 298,392 | 15.07 | 44,968 |
| SALESPERSON - OUTSIDE | | 951 | 229,275 | 0.86 | 1,972 |
| CLERICAL OFFICE EMPLOYEES | | 953 | 414,833 | 0.45 | 1,867 |
| STATE OF PENNSYLVANIA TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 48,807 |
| BLANKET WAIVER | | 0930 | | | 976 |
| INCREASE LIMITS | 3.30% | 9812 | | | 1,611 |
| TOTAL UNMODIFIED PREMIUM | | | | | 51,394 |
| EXPERIENCE PREMIUM (ACTUAL) | 1.1760 | 9898 | | | 9,045 |
| SCHEDULE MODIFICATION | 5.00% | 9889 | | | 3,022 |
| MODIFIED STANDARD PREMIUM | | | | | 63,461 |
| UNDISCOUNTED PREMIUM | | | | | 63,461 |
| PREMIUM DISCOUNT | -10.00% | 0063 | | | -6,346 |
| DISCOUNTED PREMIUM | | | | | 57,115 |
| TERRORISM | 3.00% | 9740 | | | 1,464 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.02 | 9741 | | | 189 |
| TOTAL ESTIMATED PREMIUM | | | | | 58,768 |
| EMPLOYER ASSESSMENT (NON-COAL) | 1.88% | 0938 | | | 1,105 |
| TOTAL DUE | | | | | 59,873 |
| EXPERIENCE RATING MODIFICATION = 1.18 | | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $1,464 | | | | |



*Archive Copy*

EXHIBIT A

## TERRORISM (TRIPRA) POLICYHOLDER NOTICE - PREMIUM DETERMINATION

As indicated in the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement(s) included in this Policy, the premium you have been charged for coverage under the Terrorism Risk Insurance Program Reauthorization Act of 2007 ("TRIPRA") is shown in Item 4 of the Information Page, and State Schedule Page form WC 7754. The Schedule below shows how the premiums for TRIPRA were determined.

***Schedule***

| State/Jurisdiction | Premium Determination Method |
|---|---|
| Arizona, Colorado, Connecticut, Florida, Idaho, New Jersey, New Mexico, North Carolina, West Virginia and Wisconsin........ | Rate per $100 of Remuneration. |
| New York........ | Rate per $100 of Remuneration and rate applied to Total Classification Premium. |
| Kansas, Maine, New Hampshire and Virginia........ | Included in rates applied to Premium Basis (Remuneration) for calculation of annual premium for each applicable classification of operations. |
| Alabama, Alaska, Arkansas, Iowa, Montana, Nevada, Tennessee and Texas........ | Rate per $100 of Remuneration in addition to charge included in rates applied to Premium Basis (Remuneration) for calculation of annual premium for each applicable classification of operations. |
| All Other States/Jurisdictions........ | Rate applied to Total Classification Premium. |



***Archive Copy***

EXHIBIT A

## WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

This endorsement changes the policy to which it is attached effective on inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

Premium

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.

This agreement shall not operate directly or indirectly to benefit any one not named in the Schedule.

**Schedule**

ANY PERSON OR ORGANIZATION FOR WHOM YOU PERFORM WORK UNDER A WRITTEN CONTRACT THAT ASK YOU TO OBTAIN THIS AGREEMENT FROM US

This form is not applicable in California, Kentucky, New Hampshire, New Jersey, North Dakota, Ohio, Tennessee, Texas, Utah, or Washington.



**Countersigned by** ______________________________

**Authorized Representative**

*Archive Copy*

EXHIBIT A

**PREMIUM DISCOUNT ENDORSEMENT**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

Schedule

| 1. State | Estimated Eligible Premium: First $5,000 | Next $95,000 | Next $400,000 | Balance |
|---|---|---|---|---|
| Pennsylvania | | 10.90 | 12.60 | 14.40 |

2. Average percentage discount: 10.00 %

3. Other policies:

4. If there are no entries in Items 1, 2 and 3 of the Schedule, see Premium Discount Endorsement attached to your policy number:

**WC 00 04 06**
**(Ed. 4-84)**

**Countersigned by** ______________________________

**Authorized Representative**

***Archive Copy***

EXHIBIT A

## PREMIUM DISCOUNT ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

**Schedule**

1.

| State | Estimated Eligible Premium | | | |
|---|---|---|---|---|
| | First $10,000 | Next $190,000 | Next $1,550,000 | Balance |
| Florida | | 5.10 | 6.50 | 7.50 |
| Massachusetts | | 5.10 | 6.50 | 7.50 |

2. Average percentage discount: See Extension of Information Page

3. Other policies:

4. If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:



Countersigned by ________________________________
Authorized Representative

*Archive Copy*

EXHIBIT A

## NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change. Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

THIS ENDORSEMENT IS NOT APPLICABLE IN NEW JERSEY, PENNSYLVANIA, CALIFORNIA, DELAWARE, TEXAS, MAINE OR NEVADA.



Countersigned by ________________________________

*Archive Copy*

Authorized Representative

EXHIBIT A

## CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 A), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.
- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.
- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

  a, It is an act that is violent or dangerous to human life, property, or infrastructure;

  b. The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

  c. It is an act that has been committed by an individual or individuals as part of an effort to influence the policy or affect the conduct of the United States Government by coercion.
- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|---|---|---|

WC 00 04 21C
(Ed. 09/08)

**Countersigned by** ____________________

**Authorized Representative**

© Copyright 2008 National Council on Compensation Insurance Inc. All rights reserved.
Archive Copy

EXHIBIT A

**TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

a. The act is an act of terrorism.

b. The act is violent or dangerous to human life, property or infrastructure.

c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.

"Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.


© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.
Archive Copy

EXHIBIT A

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceeds $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceeds $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amounts shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|---|---|---|



**Countersigned by** ______________________________

**Authorized Representative**

© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.
Archive Copy



EXHIBIT A

# IMPORTANT NOTICE TO OUR CUSTOMERS REGARDING THE OFFICE OF FOREIGN ASSETS CONTROL

Your rights as a policyholder and payments to you, any insured, additional insured, loss payee, mortgagee, or claimant, for loss under this policy may be affected by the administration and enforcement of U.S. economic embargoes and trade sanctions by the OFFICE OF FOREIGN ASSETS CONTROL ("OFAC").

**WHAT IS OFAC?**

OFAC is an office of the Department of the Treasury and acts under presidential wartime and national emergency powers, as well as authority granted by specific legislation, to impose controls on transactions and freeze foreign assets under U.S. jurisdiction. OFAC administers and enforces economic embargoes and trade sanctions primarily against:

- Targeted foreign countries and their agents
- Terrorism sponsoring agencies and organizations
- International narcotics traffickers

**PROHIBITED ACTIVITY**

- OFAC enforces certain embargoes and sanctions against certain designated countries. No U.S. business or person may enter into certain transactions in or connected to such designated "sanctioned" countries.
- OFAC maintains a directory known as the "Specially Designated Nationals and Blocked Persons" ("SDNBP") list. No U.S. business or person may transact business with any person or entity named on the SDNBP list.

Additional and more in-depth information on OFAC is available at the following website:
http://www.ustreas.gov/offices/eotffc/ofac.

**OBLIGATIONS PLACED ON US BY OFAC**

If we determine that you or any insured, additional insured, loss payee, mortgagee, or claimant are on the SDNBP list or are connected to a sanctioned country as described in the regulations enforced by OFAC, we must block or "freeze" property and payment of any funds transfers or transactions and report all blocks to OFAC within ten (10) days.

**POTENTIAL ACTIONS BY US**

1. We may immediately cancel your coverage effective on the day that we determine that we have transacted business with an individual or entity associated with your policy on the SDNBP list or connected to a sanctioned country as described in the regulations enforced by OFAC.
2. If we cancel your coverage, you will not receive a return premium unless approved by OFAC. All funds will be placed in an interest bearing blocked account established on the books of a U.S. financial institution.
3. We will not pay a claim, accept premium or exchange monies or assets of any kind to or with individuals, entities or companies (including a bank) on the SDNBP list or connected to a sanctioned country as described in the regulations enforced by OFAC. And, we will not defend or provide any other benefits under your policy to individuals, entities or companies on the SDNBP list or connected to a sanctioned country as described in the regulations enforced by OFAC.

**YOUR RIGHTS AS A POLICYHOLDER**

If funds are blocked or frozen by us in conjunction with the OFFICE OF FOREIGN ASSETS CONTROL, you may complete an "APPLICATION FOR THE RELEASE OF BLOCKED FUNDS" and apply for a specific license to request their release. Forms are available for download at the OFAC website. See
http://www.ustreas.gov/offices/eotffc/ofac/legal/forms/license.pdf

 ***Archive Copy***

EXHIBIT A

# Chartis U.S.
# Workers' Compensation and Group Benefits
# Privacy and Data Security Notice

**About This Notice**

This Privacy and Data Security Notice applies only to Personal Information about an individual (see definitions below) obtained by one of the Chartis U.S. Companies or their affiliates listed at the end of this notice, in connection with a Workers' Compensation or Group Benefits policy to which this notice is attached. Chartis U.S. has established practices, procedures and system protections that are designed to help protect the privacy and security of this Personal Information. This notice outlines how we collect, handle, and disclose such Personal Information.

The term "Individual," as used in this Privacy and Data Security Notice, means a natural person who is a beneficiary of or claimant under a Workers' Compensation or Group Benefit policy. The term "Individual" also means a natural person who purchases Workers' Compensation insurance for personal, family or household purposes in the United States. The term "Individual" does not include a natural person or organization that is a commercial purchaser of a Workers' Compensation or a Group Benefits policy even if they are the recipient of this notice.

The term "Personal Information," as used in this Privacy and Data Security Notice, means information that identifies an Individual. Examples of Personal Information include a first and last name, a home or other physical address, an email address, a financial account or credit card number, a driver's license number, or information on a physical condition or health status.

**I. Information Privacy**

We may collect Personal Information through applications, enrollment forms, in claims processing, or in your other interactions with us and with our Affiliates.

We will collect Personal Information only in accordance with applicable laws or regulations, whether we collect it in response to a request for a product or service from us or otherwise.

**Information Sharing**

We may share Personal Information with Affiliates and Non-Affiliates as described below.

**With our Affiliates:** Our Affiliates may include other insurance companies, insurance holding companies, insurance agents and agencies, claims administrators, marketing companies, e-commerce service providers, and companies providing administrative services.

We may share Personal Information, including Personal Information of a health nature, with our Affiliates that assist us in servicing insurance policies. Examples are administration (billing and collections), risk management, underwriting, and claims handling. We may also share Personal Information with Affiliates for the purpose of detecting and preventing fraud, or as otherwise permitted or required by law.

**With Non-Affiliates:**

We may share Personal Information, including Personal Information of a health nature, with Non-Affiliates that assist us in servicing insurance policies. Examples are administration (billing and collections), risk management, underwriting, and claims handling. We may also share Personal Information with Non-Affiliates for the purpose of detecting and preventing fraud, as authorized by that Individual, or as otherwise permitted or required by law.

We may also enter into joint marketing agreements with Non-Affiliates to share non-health Personal Information as permitted by law. These Non-Affiliates may include providers of financial products or services such as insurance companies, financial institutions, and securities firms.



EXHIBIT A

Because we do not share Personal Information with either Affiliates or Non-Affiliates in any other way, there is no need for an opt-out process in our privacy procedures.

For California and Vermont Residents: If it becomes necessary to share an Individual's Personal Information with Non-Affiliates other than as specifically allowed by law, we will not do so without first obtaining permission from the Individual.

**II. Data Security**

To help prevent unwarranted disclosure of Personal Information and secure it from theft, we utilize secure computer networks. Access is restricted to those persons who have a business need to use Personal Information in connection with servicing Workers' Compensation or Group Benefits Policies. We also maintain physical, electronic, and procedural safeguards designed to protect your Personal Information in compliance with federal and state privacy and information security laws. Non-Affiliates that assist us in servicing insurance policies or who enter into joint marketing agreements with us are required to take measures to maintain the security of Personal Information in compliance with federal and state privacy and information security laws.

**III. Maintaining Personal Information**

We also maintain procedures to ensure that the Personal Information we collect is accurate, up-to-date, and as complete as possible. An Individual who believes the information we have in our records or files is incomplete or inaccurate, may request that we make additions or corrections, or if it is feasible, that we delete the Individual's information from our files. An Individual may make this request in writing to (include your name, address, policy number or claim number):

**Chief Privacy Officer**
**Chartis U.S.**
**175 Water Street, 17th Floor**
**New York, NY 10038**
**Fax: 212 458-7081**
**E-Mail: CIPrivacy@chartisinsurance.com**

**Special Notice: Individuals can obtain access to any non-public Personal Information we have about them if they properly identify themselves and submit a written request to the address above describing the information they want to review. We will also tell them the identity, if recorded, of persons to whom we have disclosed their non-public Personal Information within the preceding two years.**

**Individuals subject to this notice may request that we correct, amend or delete information about them. If we do so, we will notify organizations that provided us with that information and, upon such Individual's request, persons who received that information from us within the preceding two years. If we cannot grant a request to correct, amend or delete the information, the Individual may give us a written statement of the reasons why they disagree, which we will place in their file and give to the same parties who would have been notified of the requested change.**

**Important Information Concerning the Applicability and Future Changes to this Privacy and Data Security Notice**

We may change this Privacy and Data Security Notice from time to time, and if particular changes are required by law to be communicated to you we will do so.

Our family of companies includes: American Home Assurance Company; Chartis Casualty Company; Chartis Property Casualty Company; Chartis Select Insurance Company; Chartis Specialty Insurance Company; Commerce and Industry Insurance Company; Granite State Insurance Company; Illinois National Insurance Co.; Landmark Insurance Company; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; National Union Fire Insurance Company of Vermont; New Hampshire Insurance Company; The Insurance Company of the State of Pennsylvania; other Chartis U.S. companies, and American International Life Assurance Company of New York and American General Life Insurance Company of Delaware.

# FLORIDA EMPLOYMENT AND WAGE INFORMATION RELEASE ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

This policy requires you to release certain employment and wage information maintained by the State of Florida pursuant to federal and state unemployment compensation laws except to the extent prohibited or limited under federal law. By entering into this policy, you consent to the release of the information.

We will safeguard the information and maintain its confidentiality. We will limit use of the information to verifying compliance with the terms of the policy.



Countersigned by ________________________________

Authorized Representative

*Archive Copy*

EXHIBIT A

# PREMIUM DUE DATE ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

## PART FIVE
## PREMIUM

D. **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**



Countersigned by ______________________________

Authorized Representative

*Archive Copy* EXHIBIT A

## FLORIDA EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement 04/01/2011 Effective Policy No. WC 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 Endorsement No.
Insured PARTS DISTRIBUTION XPRESS INC Premium $

Insurance Company COMMERCE AND INDUSTRY INSURANCE COMPANY

C. Exclusion 5, Section C. of Part Two of the policy, is replaced by following:

This insurance does not cover

5. bodily injury intentionally caused or aggravated by you or which is the result of your engaging in conduct equivalent to an intentional tort, however defined, or other tortious conduct, such that you lose your immunity from civil liability under the workers compensation laws.



Countersigned by ______________________________

Authorized Representative

© 2005 National Council on Compensation Insurance, Inc.

Archive Copy

EXHIBIT A

**FLORIDA TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT ENDORSEMENT**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement 04/01/2011 Effective Policy No. WC 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 Endorsement No.
Insured PARTS DISTRIBUTION XPRESS INC Premium $

Insurance Company COMMERCE AND INDUSTRY INSURANCE COMPANY

This endorsement addresses requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

1. "Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.
2. "Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:
   a. The act is an act of terrorism.
   b. The act is violent or dangerous to human life, property or infrastructure.
   c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
   d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
3. "Insured Loss" means any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.
4. "Insurer Deductible" means, for the period beginning January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.
5. "Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.


© 2007 National Council on Compensation Insurance.
Archive Copy

EXHIBIT A

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceeds $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceeds $100,000,000,000.

3. The premium charged for the coverage for Insured Losses under this policy is included in the amount shown in Item 4 of the Information Page or the Schedule below.

**Schedule**

Rate per $100 of Remuneration



**Countersigned by** ______________________________

© 2007 National Council on Compensation Insurance.
Archive Copy



**Authorized Representative**

EXHIBIT A

## FLORIDA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No: WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

NCCI Carrier Code 15172

This endorsement applies only to the insurance provided because Florida is shown in Item 3.A. of the Information Page.

This endorsement applies only to Part Six, D. Conditions, of this policy.

The Cancellation Condition of the policy is replaced by this Condition:

Cancellation

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. If we cancel this policy, we will mail or deliver to you and the Florida Department of Financial Services, Division of Workers Compensation, 45 days advance written notice stating when the cancellation is to take effect.

Nonrenewal

If we decide not to renew this policy, we will mail or deliver to you written notice of nonrenewal, accompanied by the reason for nonrenewal, at least forty-five (45) days prior to the expiration of this policy.

Any notice of cancellation or nonrenewal will be mailed or delivered to the Insured's last mailing address known to the Insurer. If notice is mailed, proof of mailing will be sufficient proof of notice.

**Countersigned by** ______________________________



***Archive Copy*** EXHIBIT A

**NOTICE REGARDING POLICY DECLARATIONS**

**If you have questions about your insurance policy, or questions about claims relating to your insurance policy, please contact your insurer at the following:**

**Chartis**
**175 Water Street**
**New York, NY 10038**
**(877) 867-3783**



**Countersigned by** ______________________________

**Authorized Representative**

*Archive Copy*

EXHIBIT A

# MASSACHUSETTS TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

This endorsement addresses requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.

"Act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

a. The act is an act of terrorism.

b. The act is violent or dangerous to human life, property or infrastructure.

c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured loss" means, any loss resulting from an act of terrorism (including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer deductible" means, for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.

"Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.


© Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.
Archive Copy

EXHIBIT A

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceeds $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceeds $100,000,000,000.

3. The premium charged for the coverage for Insured Losses under this policy is shown in Item 4 of the Information Page.



**Countersigned by** ______________________________

**Authorized Representative**

© Copyright 2008 National Council on Compensation Insurance. All Rights Reserved.
Archive Copy



EXHIBIT A

## MASSACHUSETTS LIMITS OF LIABILITY ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because Massachusetts is listed in Item 3.A. of the Information page.

Our liability to you under Section 25 of Chapter 152 of the General Laws of Massachusetts is not subject to the limit of liability that applies to Part Two (Employers Liability Insurance).



Countersigned by ______________________________

Authorized Representative

*Archive Copy*

EXHIBIT A

# MASSACHUSETTS-ASSESSMENT CHARGE

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

Massachusetts General Laws, Chapter 152, Section 65, as amended by Chapter 572 of the Acts of 1985, establishes a workers compensation special fund and a workers compensation trust fund.

On behalf of the Department of Industrial Accidents (DIA), the insurance company providing workers compensation coverage is required to bill and collect an assessment charge covering the special and trust funds from insured employers and remit the amounts collected to the State Treasury.

The assessment charge which is determined by applying a rate (subject to annual change) to the DIA's standard premium, as defined and outlined in 452 CMR 7.00, developed under your policy, is shown as a separate item on the Information page of the policy. The rate may be different for private employers and for the Commonwealth and its political subdivisions.

The income derived from the assessment charge will be used to fund the operating expenses of the DIA and to fund certain employee benefits as described in Chapter 152.

WC 20 03 02A Countersigned by ______________________________

(Ed. 09/08)

© 2008 National Council on Compensation Insurance. All rights reserved.

Archive Copy

Authorized Representative

EXHIBIT A

# MASSACHUSETTS NOTICE TO POLICYHOLDER ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

This endorsement applies only to the insurance provided by the policy because Massachusetts is shown in Item 3.A. of the Information Page.

1. Rate and Premium

   The policy contains rates and classifications that apply to your type of business. If you have any questions regarding the rates or classifications, please contact your agent or us.

   You may obtain pertinent rating information by submitting a written request to the Workers' Compensation Rating and Inspection Bureau of Massachusetts at the address shown in this endorsement or to us at our company address shown on this endorsement. We may require you to pay a reasonable charge for furnishing the information.

   You may also submit a written request for a review of the method by which your classification, rates, premiums or audit results were determined. If we fail to grant or reject your request within thirty days after it is made or if you are not satisfied by the results of our review, you may submit a written request for review to the Workers' Compensation Rating and Inspection Bureau of Massachusetts ("WCRIBMA") at the address shown in this endorsement. If the WCRIBMA fails to grant or reject your request within thirty days after it is made or if you are not satisfied with the results of the WCRIBMA review, you may appeal to the Commissioner of Insurance at the address shown in this endorsement.

2. Reserves or Settlements

   You may request a loss run, which contains reserve and settlement information for claims that relate to the premium for this policy. Such a request must be in writing and should be sent to our address shown on this endorsement. We will provide you with that information within thirty (30) days of receipt of your request, and at reasonable intervals thereafter.

   If you have any questions or believe that we set unreasonable reserves or made unreasonable settlements that affected you premiums or losses, you may make a written request through your agent or directly to us for a meeting with our company representative. If you are not satisfied with the results of the meeting, you may make a written appeal to the Insurance Commissioner at the address shown on the endorsement.

3. Names Insured

   You are responsible for immediately reporting all changes in name or legal status to us in writing at the company address shown in this Endorsement.

   If you want to add a named insured or replace the named insured with another legal entity on any policy issued through the Massachusetts Assigned Risk Pool you must submit a new Assigned Risk Pool Application, including a Confidential Request for Information Form (ERM), to the Workers' Compensation Rating and Inspection Bureau of Massachusetts at the address shown in this Endorsement.


© 2008 National Council on Compensation Insurance, Inc. All rights reserved.
Archive Copy

EXHIBIT A

4. Insured's Mailing Address

Notices relating to this Policy will be mailed or delivered to your mailing address. Your mailing address is that which is shown in Item 1 of the Information Page or in a change of address Endorsement to the Policy. You are responsible for notifying us in writing at the company address shown in this Endorsement about any change to your mailing address.

Addresses

The Workers' Compensation Rating and
Inspection Bureau of Massachusetts
Attention: Customer Service Department
101 Arch Street, 15th Floor
Boston, MA 02210
www.wcribma.org

Commissioner of Insurance
Division of Insurance
Department of Banking and Insurance
One South Station
Boston, MA 02110

A Member Company of
American International Group
Executive Offices
70 Pine Street
New York, NY 10270



Countersigned by ________________________________

Authorized Representative

© 2008 National Council on Compensation Insurance, Inc. All rights reserved.
Archive Copy



EXHIBIT A

## MASSACHUSETTS CANCELLATION ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

This endorsement applies only to the insurance provided by the policy because Massachusetts is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by the following:

**Cancellation**

1. You may cancel this policy by mailing or delivering to us advance written notice requesting cancellation. Such cancellation shall not be effective until ten days after written notice is given by us to The Workers' Compensation Rating and Inspection Bureau of Massachusetts (Bureau), or until notice has been received by the Bureau that you have secured insurance from another insurance company, whichever occurs first. Our notice to the Bureau may be given by electronic transmission.

2. We may cancel this policy only if based on one or more of the following reasons: (i) nonpayment of premium; (ii) fraud or material misrepresentation affecting your policy; or (iii) a substantial increase in the hazard insured against. Such cancellation shall not be effective until ten days after written notice is given by us to you and The Workers' Compensation Rating and Inspection Bureau of Massachusetts (Bureau), or until notice has been received by the Bureau that you have secured insurance from another insurance company, whichever occurs first. Our notice to the Bureau may be given by electronic transmission.

3. We will mail or deliver the notice of cancellation to you at your last address, which shall be the mailing address shown in Item 1 of the Information Page or the change of mailing address shown in an Endorsement to the Policy. Pursuant to M.G.L. Chapter 175, Section 187C, a written notice of cancellation shall be deemed effective when mailed by us if we obtain a certificate of mailing receipt from the United States Postal Service showing your name and address as stated in the policy.

4. Any of these provisions that conflict with the law that controls the cancellation of this insurance policy is changed by this statement to comply with the law.



**Countersigned by** ______________________

***Archive Copy***

EXHIBIT A

**Authorized Representative**

## MASSACHUSETTS POLICY DEFINITION ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

In the General Section, Part A. - The Policy, is replaced by the following:

This policy includes at its effective date the Information Page, all endorsements and schedules listed there, and your application for insurance. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.



Countersigned by ______________________________

Authorized Representative

*Archive Copy*

EXHIBIT A

# MASSACHUSETTS PREMIUM DUE DATE ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

Section D of Part Five of the Policy is replaced by this provision:

## PART FIVE
## PREMIUM

D. **Premium Payments** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The audit and retrospective premiums shall be paid by the due date indicated on the billing statement.**

**WC 99 20 02**
**(Ed. 06/01)**

**Countersigned by** ______________________________

**Authorized Representative**

© 2000 National Council on Compensation Insurance, Inc. All Rights Reserved. Reprinted with permission.

Archive Copy

EXHIBIT A

**ENDORSEMENT**

This endorsement, effective 12:01 AM 04/01/2011

Forms a part of policy no.: WC 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

Issued to: PARTS DISTRIBUTION XPRESS INC

By: COMMERCE AND INDUSTRY INSURANCE COMPANY

**New Jersey Second Injury Fund**

The New Jersey Workers Compensation Law established the Second Injury Fund to provide benefits to workers who become permanently and totally disabled as a result of work-related injury or occupational disease when the worker had been previously partially disabled. The Law also requires that the Fund provide annual adjustments to certain persons permanently and totally disabled and to certain dependents of deceased workers.

Through 1988, the Second Injury Fund was financed by an annual assessment upon insurance carriers. Such assessment was included in your standard premium via the manual premium rate(s) shown in your policy Information Page.

Effective January 1, 1989 an amendment to the Law requires that the present financing be replaced by a direct surcharge shown as a separate "Second Injury Fund Surcharge" line on the policy Information Page. It will no longer be included in the manual premium rate. This new system will discourage other states from imposing retaliatory taxes on New Jersey based insurance companies and ultimately aid cost containment efforts.

Issue Date: 03/22/11

LWNNJSIF

Countersigned by ______________________________

***Archive Copy*** EXHIBIT A

Authorized Representative

**ENDORSEMENT**

This endorsement, effective 12:01 AM 04/01/2011

Forms a part of policy no.: WC 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

Issued to: PARTS DISTRIBUTION XPRESS INC

By: COMMERCE AND INDUSTRY INSURANCE COMPANY

The New Jersey Workers Compensation Law requires every employer to provide workers compensation coverage through purchase of a workers compensation and employers liability insurance policy. Failure to provide such coverage results in a fine and/or criminal action by the Department of Labor as well as continued liability for benefit payments to an injured worker.

The Uninsured Employers Fund was established by Law to provide benefits to an injured worker when the employer has failed to comply with the insurance provision of the Law and is unable to provide the required benefits. Through 1988, total financing of the Fund was derived from fines imposed upon uninsured employers

Effective January 1, 1989 an amendment to the Law, requires that the present financing be supplemented by a direct surcharge shown as a separate "Uninsured employers Fund Surcharge" line on your policy Information Page. This method will assure the delivery of benefits to injured workers and the surcharge will cease whenever the year end balance of the Fund exceeds $500,000.

Authorized Representative

Issue Date: 03/22/11

## NEW JERSEY PART TWO LIMIT OF LIABILITY ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New Jersey is shown in Item 3.A. of the Information Page.

With respect to Exclusion C5, this insurance does not cover any and all intentional wrongs within the exception allowed by N.J.S.A. 34:15-8 including but not limited to, bodily injury caused or aggravated by an intentional wrong committed by you or your employees, or bodily injury resulting from an act or omission by you or your employees, which is substantially certain to result in injury.

With respect to Exclusion C7, we will defend any claim, proceeding or suit for damages where bodily injury is alleged. We have the right to investigate and settle. We will not defend or continue to defend after the applicable limits of insurance have been paid. Such policy limits include any legal costs assessed against you on behalf of your employee(s).

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to an infant under the age of 18 years in a proceeding made pursuant to Article 2 as provided in N.J.S.A. 34:15-10.

This insurance does not provide for the payment of any common law negligence damages or other damages when the provisions of Article 2 of the New Jersey Workers Compensation Law have been rejected by you and your employee(s) as provided in N.J.S.A. 34:15-9.

With respect to paragraph F., the "Other Insurance" provisions is replaced with the following:

**F. Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

This insurance, however, is excess over any other applicable insurance with respect to claims for bodily injury arising out of employer practices, policies, acts or omissions enumerated in C-7 above, whether such other insurance is stated to be primary, contributory, excess, contingent or otherwise.

 **Countersigned by** ______________________________

© Compensation Rating and Inspection Bureau

*Archive Copy*

**Authorized Representative**

EXHIBIT A

**SPECIAL PENNSYLVANIA ENDORSEMENT-INSPECTION OF MANUALS**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

The manuals of rules, rating plans, and classifications are approved pursuant to the provisions of Section 654 of the Insurance Company Law of May 17, 1921, P.L. 682, as amended, and are on file with the Insurance Commissioner of the Commonwealth of Pennsylvania.



**Countersigned by** ______________________________

**Authorized Representative**

*Archive Copy* EXHIBIT A

**PENNSYLVANIA NOTICE**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1. surveys;
2. consultation or advice; or
3. inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1. if the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;
2. to consultation services required to be performed under a written service contract not related to a policy of insurance; or;
3. if any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.



Countersigned by ______________________________

Authorized Representative

Archive Copy

EXHIBIT A

## PENNSYLVANIA ACT 86-1986 ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 04/01/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

### NONRENEWAL, NOTICE OF INCREASE OF PREMIUM, and RETURN OF UNEARNED PREMIUM

This endorsement applies only to the insurance provided by the policy because Pennsylvania is shown in Item 3.A. of the Information Page.

The policy conditions are amended by adding the following regarding nonrenewal, notice of increase in premium, and return of unearned premium.

**Nonrenewal**

1. We may elect not to renew the policy. We will mail to each named insured, by first class mail, not less than 60 days advance notice stating when the nonrenewal will take effect. Mailing that notice to you at your mailing address last known to us will be sufficient to prove notice.

2. Our notice of nonrenewal will state our specific reasons for not renewing.

3. If we have indicated our willingness to renew, we will not send you a notice of nonrenewal. However, the policy will still terminate on its expiration date if:

   a. you notify us or the agent or broker who procured this policy that you do not want the policy renewed; or

   b. you fail to pay all premiums when due; or

   c. you obtain other insurance as a replacement of the policy.

***Notice of Increase in Premium**

1. We will provide you with not less than 30 days advance notice of an increase in renewal premium of this policy, if it is our intent to offer such renewal.

2. The above notification requirement will be satisfied if we have issued a renewal policy more than 30 days prior to its effective date.

3. If a policy has been written or is to be written on a retrospective rating plan basis, the notice of increase in premium provision of this endorsement does not apply.

**Return of Unearned Premium**

1. If this policy is canceled and there is unearned premium due you:

   a. If the Company cancels, the unearned premium will be returned to you within 10 business days after the effective date of cancellation.



EXHIBIT A

b. If you cancel, the unearned premium will be returned within 30 days after the effective date of cancellation.

2. Because this policy was written on the basis of an estimated premium and is subject to a premium audit, the unearned premium specified in 1a. and 1b. above, if any, shall be returned on an estimated basis. Upon our completion of computation of the exact premium, an additional return premium or charge will be made to you within 15 days of the final computation.

3. These return of unearned premium provisions shall not apply if this policy is written on a retrospective rating plan basis.



Countersigned by ________________________________

Authorized Representative

***Archive Copy***



EXHIBIT A

# NOTIFICATION OF AVAILABILITY OF ACCIDENT AND ILLNESS PREVENTION SERVICES IN THE STATE OF PENNSYLVANIA

AIG Consultants, Inc., a member company of American International Group, Inc. (AIG), maintains and provides accident and illness prevention services as required by the nature of the policyholder's business or its operation, in accordance with the Pennsylvania Workers' Compensation Act. A 5% premium discount is available to employers who form a certified workplace safety committee. Services include:

Surveys
Recommendations
Training Programs
Consultations
Analysis of Accident Causes
Industrial Hygiene Services
Industrial Health Services

For more information about these services, contact AIG Consultants at 212-770-5038, e-mail us at aig-consultants@aig.com or write to:

AIG Consultants, Inc.
1700 Market Street-Suite 1800
Philadelphia, Pa. 19103
Fax # 215-255-6561



*Archive Copy*

EXHIBIT A

## EXTENSION OF ITEM 1. OF THE INFORMATION PAGE

This endorsement, effective 12:01 AM 04/01/2011

Forms a part of policy no.: WC 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

Issued to: PARTS DISTRIBUTION XPRESS INC

By: COMMERCE AND INDUSTRY INSURANCE COMPANY

| LOC NO. | NAME AND ADDRESS SCHEDULE | FEIN | UI # |
|---|---|---|---|
| 0001 | PARTS DISTRIBUTION XPRESS INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>USA<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0002 | PARTS DISTRIBUTION XPRESS INC.<br>320 PARK AVENUE<br>WHITMAN, MA 02382-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0003 | PARTS DISTRIBUTION XPRESS INC.<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | 232854323000 |
| 0004 | PDX NORTH INC<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |
| 0005 | PDX SOUTH, INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0006 | PDX SOUTH, INC.<br>960 SW 95TH AVE<br>MIAMI, FL 33174-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0007 | PDX NORTH INC<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | 201314049000 |

Issue Date: 03/22/11

Authorized Representative

WC990610 (Ed. 1-97) (Rev'd 04/08)

Archive Copy

EXHIBIT A

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Endorsement No. 001

This endorsement, effective 12:01 AM 04/01/2011

Forms a part of Policy No. WC 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

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-10

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

**NOTICE TO POLICYHOLDER**

This endorsement modifies insurance provided under this Workers Compensation and Employers Liability Insurance Policy

Premium for this endorsement: SUBJECT TO AUDIT

THE FOLLOWING LOCATION IS ADDED TO THIS POLICY:
LOC NO 8 NAME: PDX NORTH INC
ADDRESS: NO FIXED ADDRESS, MA
FEIN: 201314049 U/I:

THE FOLLOWING CLASS CODE IS ADDED TO THIS POLICY:
STATE: FLORIDA RATING GROUP: 0004-01
CLASS CODE: 7219(TRUCKING: NOC-ALL EMPLOYEES AND DRIVERS.)
ANNUAL PREMIUM BASIS: $0.00 PRO RATA FACTOR: 1
FINAL RATE: 8.87 ANNUAL CLASSIFICATION PREMIUM: $0.00

THE FOLLOWING CLASS CODE IS ADDED TO THIS POLICY:
STATE: FLORIDA RATING GROUP: 0004-01
CLASS CODE: 8742(SALESPERSONS OR COLLECTORS-OUTSIDE)
ANNUAL PREMIUM BASIS: $0.00 PRO RATA FACTOR: 1
FINAL RATE: .49 ANNUAL CLASSIFICATION PREMIUM: $0.00

THE FOLLOWING CLASS CODE IS ADDED TO THIS POLICY:
STATE: MASSACHUSETTS RATING GROUP: 0002-02
CLASS CODE: 7219(TRUCKING: NOC - ALL EMPLOYEES & DRIVERS)
ANNUAL PREMIUM BASIS: $0.00 PRO RATA FACTOR: 1
FINAL RATE: 8.28 ANNUAL CLASSIFICATION PREMIUM: $0.00

THE FOLLOWING CLASS CODE IS ADDED TO THIS POLICY:
STATE: NEW JERSEY RATING GROUP: 0003-01

CONTINUED NEXT PAGE

Issue Date: 07/16/12



*Archive Copy*

EXHIBIT A

Authorized Representative

Endorsement No. 001

This endorsement, effective 12:01 AM 04/01/2011

Forms a part of policy no: WC 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

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-10

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

**NOTICE TO POLICYHOLDER (continued)**

CLASS CODE: 7219(TRUCKMEN: NOC-& DRIVERS)
ANNUAL PREMIUM BASIS: $0.00 PRO RATA FACTOR: 1
FINAL RATE: 13.04 ANNUAL CLASSIFICATION PREMIUM: $0.00

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
INCREASE LIMITS STATE: MA AMOUNT: 2.00%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
TERRORISM STATE: MA AMOUNT: 3.00%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
PREMIUM DISCOUNT STATE: MA AMOUNT: -4.30%

Issue Date: 07/16/12



***Archive Copy*** EXHIBIT A

**Authorized Representative**

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | FLORIDA | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|
| RATING GROUP: 0004-01 | | | | |
| TRUCKING: NOC-ALL EMPLOYEES AND DRIVERS. | 7219 | IF ANY | 8.87 | |
| SALESPERSONS OR COLLECTORS-OUTSIDE | 8742 | IF ANY | 0.49 | |
| CLERICAL OFFICE EMPLOYEES NOC. | 8810 | 60,000 | 0.25 | 150 |
| STATE OF FLORIDA TOTALS | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | 150 |
| INCREASE LIMITS 1.40% | 9812 | | | 2 |
| TOTAL UNMODIFIED PREMIUM | | | | 152 |
| MODIFIED STANDARD PREMIUM | | | | 152 |
| UNDISCOUNTED PREMIUM | | | | 152 |
| PREMIUM DISCOUNT -4.30% | 0064 | | | -7 |
| DISCOUNTED PREMIUM | | | | 145 |
| TERRORISM 0.03 | 9740 | | | 18 |
| TOTAL ESTIMATED PREMIUM | | | | 163 |
| ANNUALIZED TOTAL | | | | 163 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM $18 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| | | |
|---|---|---|
| WC 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 | MASSACHUSETTS | |
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
| 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-10 | PARTS DISTRIBUTION XPRESS INC | |

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0002-01 | | | | | |
| LOC ID. 0002 | | | | | |
| SALESPERSONS, COLLECTORS OR MESSENGERS - OUTSIDE | | 8742 | 47,865 | 0.15 | 72 |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | IF ANY | 0.09 | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 72 |
| INCREASE LIMITS | 2.00% | 9812 | | | 1 |
| SUBJECT PREMIUM | | | | | 73 |
| MODIFIED STANDARD PREMIUM | | | | | 73 |
| UNDISCOUNTED PREMIUM | | | | | 73 |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -3 |
| DISCOUNTED PREMIUM | | | | | 70 |
| LOSS CONSTANT | | 0032 | | | 20 |
| TERRORISM | 3.00% | 9740 | | | 2 |
| ESTIMATED PREMIUM | | | | | 92 |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | 5 |
| RATING GROUP ANNUALIZED TOTAL | | | | | 97 |
| RATING GROUP: 0002-02 | | | | | |
| LOC ID. 0008 | | | | | |
| TRUCKING: NOC - ALL EMPLOYEES & DRIVERS | | 7219 | IF ANY | 8.28 | |
| TOTAL CLASSIFICATION PREMIUM | | | | | |
| INCREASE LIMITS | 2.00% | 9812 | | | |
| SUBJECT PREMIUM | | | | | |
| MODIFIED STANDARD PREMIUM | | | | | |
| UNDISCOUNTED PREMIUM | | | | | |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | |
| DISCOUNTED PREMIUM | | | | | |
| TERRORISM | 3.00% | 9740 | | | 0 |
| ESTIMATED PREMIUM | | | | | |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | |
| RATING GROUP ANNUALIZED TOTAL | | | | | |
| STATE OF MASSACHUSETTS TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 72 |
| INCREASE LIMITS | 2.00% | 9812 | | | 1 |
| SUBJECT PREMIUM | | | | | 73 |
| MODIFIED STANDARD PREMIUM | | | | | 73 |
| UNDISCOUNTED PREMIUM | | | | | 73 |

WC 7754 (Ed. 4-81) (Rev'd 04/08)

***Archive Copy*** EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | MASSACHUSETTS | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

-------------------------

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | Code No. | Premium Basis<br>Estimated Total Annual Remuneration | Rates<br>Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|
| PREMIUM DISCOUNT -4.30% | 0064 | | | -3 |
| DISCOUNTED PREMIUM | | | | 70 |
| LOSS CONSTANT | 0032 | | | 20 |
| TERRORISM 3.00% | 9740 | | | 2 |
| TOTAL ESTIMATED PREMIUM | | | | 92 |
| MACHWC (SURCHARGE) 6.80% | 9136 | | | 5 |
| ANNUALIZED TOTAL | | | | 97 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM $2 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | NEW JERSEY | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
| 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-10 | PARTS DISTRIBUTION XPRESS INC | |

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0003-01 | | | | | |
| TRUCKMEN: NOC-& DRIVERS | | 7219 | IF ANY | 13.04 | |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | 73,410 | 0.26 | 191 |
| STATE OF NEW JERSEY TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 191 |
| INCREASE LIMITS | 3.30% | 6199 | | | 6 |
| TOTAL UNMODIFIED PREMIUM | | | | | 197 |
| MODIFIED STANDARD PREMIUM | | | | | 197 |
| UNDISCOUNTED PREMIUM | | | | | 197 |
| DISCOUNTED PREMIUM | | | | | 197 |
| EXPENSE CONSTANT | | 0900 | | | 220 |
| TERRORISM | 0.06 | 9740 | | | 44 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.01 | 9741 | | | 7 |
| TOTAL ESTIMATED PREMIUM | | | | | 468 |
| SECOND INJURY FUND SURCHARGE | 7.60% | 0935 | | | 15 |
| ANNUALIZED TOTAL | | | | | 483 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $44 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | PENNSYLVANIA | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0001-01 | | | | | |
| TRUCKING N.O.C. | | 811 | 298,392 | 15.07 | 44,968 |
| SALESPERSON - OUTSIDE | | 951 | 229,275 | 0.86 | 1,972 |
| CLERICAL OFFICE EMPLOYEES | | 953 | 414,833 | 0.45 | 1,867 |
| STATE OF PENNSYLVANIA TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 48,807 |
| BLANKET WAIVER | | 0930 | | | 976 |
| INCREASE LIMITS | 3.30% | 9812 | | | 1,611 |
| TOTAL UNMODIFIED PREMIUM | | | | | 51,394 |
| EXPERIENCE PREMIUM (ACTUAL) | 1.1760 | 9898 | | | 9,045 |
| SCHEDULE MODIFICATION | 5.00% | 9889 | | | 3,022 |
| MODIFIED STANDARD PREMIUM | | | | | 63,461 |
| UNDISCOUNTED PREMIUM | | | | | 63,461 |
| PREMIUM DISCOUNT | -10.00% | 0063 | | | -6,346 |
| DISCOUNTED PREMIUM | | | | | 57,115 |
| TERRORISM | 3.00% | 9740 | | | 1,464 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.02 | 9741 | | | 189 |
| TOTAL ESTIMATED PREMIUM | | | | | 58,768 |
| EMPLOYER ASSESSMENT (NON-COAL) | 1.88% | 0938 | | | 1,105 |
| ANNUALIZED TOTAL | | | | | 59,873 |
| EXPERIENCE RATING MODIFICATION = 1.18 | | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $1,464 | | | | |



*Archive Copy*

EXHIBIT A

**EXTENSION OF ITEM 1. OF THE INFORMATION PAGE**

This endorsement, effective 12:01 AM 04/01/2011

Forms a part of policy no.: WC 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

Issued to: PARTS DISTRIBUTION XPRESS INC

By: COMMERCE AND INDUSTRY INSURANCE COMPANY

| LOC NO. | NAME AND ADDRESS SCHEDULE | FEIN | UI # |
|---|---|---|---|
| 0001 | PARTS DISTRIBUTION XPRESS INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>USA<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0002 | PARTS DISTRIBUTION XPRESS INC.<br>320 PARK AVENUE<br>WHITMAN, MA 02382-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0003 | PARTS DISTRIBUTION XPRESS INC.<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | 232854323000 |
| 0004 | PDX NORTH INC<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |
| 0005 | PDX SOUTH, INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0006 | PDX SOUTH, INC.<br>960 SW 95TH AVE<br>MIAMI, FL 33174-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0007 | PDX NORTH INC<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | 201314049000 |
| 0008 | PDX NORTH INC<br>NO FIXED ADDRESS<br>MA<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |

Issue Date: 07/16/12

Authorized Representative



Archive Copy

EXHIBIT A

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Endorsement No. 002

This endorsement, effective 12:01 AM 11/04/2011

Forms a part of Policy No. WC 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

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-10

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

**NOTICE TO POLICYHOLDER**

This endorsement modifies insurance provided under this Workers Compensation and Employers Liability Insurance Policy

Premium for this endorsement: SUBJECT TO AUDIT

THE FOLLOWING LOCATION IS ADDED TO THIS POLICY:
LOC NO 9 NAME: PDX NORTH INC
ADDRESS: NO FIXED ADDRESS, NY
FEIN: 201314049 U/I:

THE STATE OF NEW YORK IS ADDED TO ITEM 3A OF THIS POLICY.

THE FOLLOWING CLASS CODE IS ADDED TO THIS POLICY:
STATE: NEW YORK RATING GROUP: 0005-01
CLASS CODE: 7219(TRUCKING: TRUCKING NOC-ALL EMPLOYEES & DRIVERS)
ANNUAL PREMIUM BASIS: $0.00 PRO RATA FACTOR: 0.405
FINAL RATE: 13.44 ANNUAL CLASSIFICATION PREMIUM: $0.00

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
INCREASE LIMITS STATE: NY AMOUNT: 2.80%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
TERRORISM STATE: NY AMOUNT: .70%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
TERRORISM STATE: NY AMOUNT: 6.00%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
PREMIUM DISCOUNT STATE: NY AMOUNT: -10.00%

Issue Date: 07/16/12

**WC 99 06 11**
**(Ed. 01/97)**

***Archive Copy*** EXHIBIT A

**Authorized Representative**

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | FLORIDA | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis Estimated Total Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0004-01 | | | | | |
| TRUCKING: NOC-ALL EMPLOYEES AND DRIVERS. | | 7219 | IF ANY | 8.87 | |
| SALESPERSONS OR COLLECTORS-OUTSIDE | | 8742 | IF ANY | 0.49 | |
| CLERICAL OFFICE EMPLOYEES NOC. | | 8810 | 60,000 | 0.25 | 150 |
| STATE OF FLORIDA TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 150 |
| INCREASE LIMITS | 1.40% | 9812 | | | 2 |
| TOTAL UNMODIFIED PREMIUM | | | | | 152 |
| MODIFIED STANDARD PREMIUM | | | | | 152 |
| UNDISCOUNTED PREMIUM | | | | | 152 |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -7 |
| DISCOUNTED PREMIUM | | | | | 145 |
| TERRORISM | 0.03 | 9740 | | | 18 |
| TOTAL ESTIMATED PREMIUM | | | | | 163 |
| ANNUALIZED TOTAL | | | | | 163 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $18 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | MASSACHUSETTS | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0002-01 | | | | | |
| LOC ID. 0002 | | | | | |
| SALESPERSONS, COLLECTORS OR MESSENGERS - OUTSIDE | | 8742 | 47,865 | 0.15 | 72 |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | IF ANY | 0.09 | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 72 |
| INCREASE LIMITS | 2.00% | 9812 | | | 1 |
| SUBJECT PREMIUM | | | | | 73 |
| MODIFIED STANDARD PREMIUM | | | | | 73 |
| UNDISCOUNTED PREMIUM | | | | | 73 |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -3 |
| DISCOUNTED PREMIUM | | | | | 70 |
| LOSS CONSTANT | | 0032 | | | 20 |
| TERRORISM | 3.00% | 9740 | | | 2 |
| ESTIMATED PREMIUM | | | | | 92 |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | 5 |
| RATING GROUP ANNUALIZED TOTAL | | | | | 97 |
| RATING GROUP: 0002-02 | | | | | |
| LOC ID. 0008 | | | | | |
| TRUCKING: NOC - ALL EMPLOYEES & DRIVERS | | 7219 | IF ANY | 8.28 | |
| TOTAL CLASSIFICATION PREMIUM | | | | | |
| INCREASE LIMITS | 2.00% | 9812 | | | |
| SUBJECT PREMIUM | | | | | |
| MODIFIED STANDARD PREMIUM | | | | | |
| UNDISCOUNTED PREMIUM | | | | | |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | |
| DISCOUNTED PREMIUM | | | | | |
| TERRORISM | 3.00% | 9740 | | | 0 |
| ESTIMATED PREMIUM | | | | | |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | |
| RATING GROUP ANNUALIZED TOTAL | | | | | |
| STATE OF MASSACHUSETTS TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 72 |
| INCREASE LIMITS | 2.00% | 9812 | | | 1 |
| SUBJECT PREMIUM | | | | | 73 |
| MODIFIED STANDARD PREMIUM | | | | | 73 |
| UNDISCOUNTED PREMIUM | | | | | 73 |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

WC 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
Policy Prefix & No.

MASSACHUSETTS
Schedule

INTRA/Independent State Risk ID

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-10

PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -3 |
| DISCOUNTED PREMIUM | | | | | 70 |
| LOSS CONSTANT | | 0032 | | | 20 |
| TERRORISM | 3.00% | 9740 | | | 2 |
| TOTAL ESTIMATED PREMIUM | | | | | 92 |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | 5 |
| ANNUALIZED TOTAL | | | | | 97 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $2 | | | | |



**Archive Copy** EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | NEW JERSEY | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
| 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-10 | PARTS DISTRIBUTION XPRESS INC | |

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0003-01 | | | | | |
| TRUCKMEN: NOC-& DRIVERS | | 7219 | IF ANY | 13.04 | |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | 73,410 | 0.26 | 191 |
| STATE OF NEW JERSEY TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 191 |
| INCREASE LIMITS | 3.30% | 6199 | | | 6 |
| TOTAL UNMODIFIED PREMIUM | | | | | 197 |
| MODIFIED STANDARD PREMIUM | | | | | 197 |
| UNDISCOUNTED PREMIUM | | | | | 197 |
| DISCOUNTED PREMIUM | | | | | 197 |
| EXPENSE CONSTANT | | 0900 | | | 220 |
| TERRORISM | 0.06 | 9740 | | | 44 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.01 | 9741 | | | 7 |
| TOTAL ESTIMATED PREMIUM | | | | | 468 |
| SECOND INJURY FUND SURCHARGE | 7.60% | 0935 | | | 15 |
| ANNUALIZED TOTAL | | | | | 483 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $44 | | | | |



***Archive Copy*** EXHIBIT A

## EXTENSION OF ITEM 4. OF THE INFORMATION PAGE

| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
|---|---|---|
| WC 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 | NEW YORK | |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | Code No. | Premium Basis<br>Estimated Total Annual Remuneration | Rates<br>Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|
| RATING GROUP: 0005-01 | | | | |
| TRUCKING: TRUCKING NOC-ALL EMPLOYEES & DRIVERS | 7219 | IF ANY | 13.44 | |
| STATE OF NEW YORK TOTALS | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | |
| TOTAL UNMODIFIED PREMIUM | | | | |
| MODIFIED STANDARD PREMIUM | | | | |
| UNDISCOUNTED PREMIUM | | | | |
| TERRORISM | 9740 | | | 0 |
| CATASTROPHE (SEE WC 00 04 21C) 0.013 | 9741 | | | 0 |
| TOTAL ESTIMATED PREMIUM | | | | |
| ANNUALIZED TOTAL | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM $0 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | PENNSYLVANIA | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

-------------------------

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis Estimated Total Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0001-01 | | | | | |
| TRUCKING N.O.C. | | 811 | 298,392 | 15.07 | 44,968 |
| SALESPERSON - OUTSIDE | | 951 | 229,275 | 0.86 | 1,972 |
| CLERICAL OFFICE EMPLOYEES | | 953 | 414,833 | 0.45 | 1,867 |
| STATE OF PENNSYLVANIA TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 48,807 |
| BLANKET WAIVER | | 0930 | | | 976 |
| INCREASE LIMITS | 3.30% | 9812 | | | 1,611 |
| TOTAL UNMODIFIED PREMIUM | | | | | 51,394 |
| EXPERIENCE PREMIUM (ACTUAL) | 1.1760 | 9898 | | | 9,045 |
| SCHEDULE MODIFICATION | 5.00% | 9889 | | | 3,022 |
| MODIFIED STANDARD PREMIUM | | | | | 63,461 |
| UNDISCOUNTED PREMIUM | | | | | 63,461 |
| PREMIUM DISCOUNT | -10.00% | 0063 | | | -6,346 |
| DISCOUNTED PREMIUM | | | | | 57,115 |
| TERRORISM | 3.00% | 9740 | | | 1,464 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.02 | 9741 | | | 189 |
| TOTAL ESTIMATED PREMIUM | | | | | 58,768 |
| EMPLOYER ASSESSMENT (NON-COAL) | 1.88% | 0938 | | | 1,105 |
| ANNUALIZED TOTAL | | | | | 59,873 |
| EXPERIENCE RATING MODIFICATION = 1.18 | | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $1,464 | | | | |



*Archive Copy* EXHIBIT A

## NEW YORK LIMIT OF LIABILITY ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 11/04/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New York is shown in item 3.A. of the Information Page.

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to your employees if the bodily injury arises out of and in the course of employment that is subject to and is compensable under the Workers Compensation Law of New York.



Countersigned by ______________________________

*Archive Copy* EXHIBIT A

Authorized Representative

## NEW YORK CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM
## EXPLANATORY ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 11/04/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

The New York Construction Classification Premium Adjustment Program (NYCCPAP) allows premium credits for some employers in the construction industry. These credits exist to recognize the difference in wage rates between employers within the same construction industries in New York.

The declarations section of this policy will show a credit of 0.00% if you are not eligible for this credit, or if you are eligible for this credit and have not yet applied for a credit. Credits are earned for average wages in excess of $15.50 per hour for each eligible class. If your policy shows one of the following classification codes, and you are experience rated, you are eligible to apply for an NYCCPAP credit:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0042 | 5057 | 5193 | 5429 | 5491 | 5606 | 6003 | 6229 | 6325 | 9526 |
| 3365 | 5059 | 5213 | 5443 | 5506 | 5610 | 6005 | 6233 | 6400 | 9527 |
| 3724 | 5069 | 5221 | 5445 | 5507 | 5645 | 6017 | 6235 | 6701 | 9534 |
| 3726 | 5102 | 5222 | 5462 | 5508 | 5648 | 6018 | 6251 | 7536 | 9539 |
| 3737 | 5160 | 5223 | 5473 | 5536 | 5651 | 6045 | 6252 | 7538 | 9545 |
| 5000 | 5183 | 5348 | 5474 | 5538 | 5701 | 6204 | 6260 | 7601 | 9549 |
| 5022 | 5184 | 5402 | 5479 | 5545 | 5703 | 6216 | 6306 | 7855 | 9553 |
| 5037 | 5188 | 5403 | 5480 | 5547 | 5709 | 6217 | 6319 | 8227 | |
| 5040 | 5190 | 5428 | | | | | | | |

The basis for determining the credit is the limited payroll of each employee for the number of hours worked (excluding overtime premium pay) for each construction classification (other than employees engaged in the construction of one or two-family residential housing) for the third quarter, as reported to taxing authorities, for the year preceding the policy date. Total payroll is to continue to be reported for employees engaged in the construction of one or two-family residential housing. For example:

| POLICY EFFECTIVE DATE | THIRD QUARTER PAYROLL |
|---|---|
| 4/1/09 thru 3/31/10 | 2008 |
| 4/1/10 thru 3/31/11 | 2009 |
| 4/1/11 thru 3/31/12 | 2010 |
| 4/1/12 thru 3/31/13 | 2011 |
| 4/1/13 thru 3/31/14 | 2012 |
| 4/1/14 thru 3/31/15 | 2013 |

If you have any eligible classes on your policy, you should have been notified by your insurance carrier or the New York Compensation Insurance Rating Board approximately nine months prior to the inception date of this policy. If you believe you may be eligible for a credit and have not received an application, you should immediately contact your agent, insurance carrier, or the New York Compensation Insurance Rating Board.

Credits are calculated by the New York Compensation Insurance Rating Board. You must submit a completed application to: Attention: Field Services Department, New York Compensation Insurance Rating Board, 733 Third Avenue, New York, New York 10017.

Applications must be received by the Rating Board three (3) months prior to the policy renewal effective date. The Rating Board will accept and process an application if it is received between the policy effective and expiration date, however, it must be accompanied by a letter stating the reason for the delay. Under no circumstances will an application be accepted for any policy if it is received after the expiration date of the policy. For short-term policies the application must be received prior to the expiration date of the short-term policy. If it is received after the policy expiration, no credit will be calculated.

The New York Workers Compensation and Employers Liability Insurance Manual, and not this endorsement, govern the implementation and use of the NYCCPAP.

For online entry of the information requested on this form refer to: http://cpap.nycirb.org/

WC 31 03 19 F
(Ed. 02/11)
© 2011 New York Compensation Insurance Rating Board

Countersigned by ______________________

Archive Copy

EXHIBIT A

Authorized Representative

**NOTICE TO POLICYHOLDERS**
**CHANGES TO ASSESSMENTS**

Legislation enacted in December 1993 and applicable to policies effective April 1st, 1994 specifically prohibited assessments based on losses. The New York Compensation Rating Board was instructed to prepare a single "New York State Assessment" to be charged based on your standard workers compensation premium, which is your premium after application of experience modification. For your information, the components of this assessment are described below. These assessment percentages are effective on new and renewal policies effective October 1st, 2010 and later.

Workers Compensation Board (WCB) Assessment
The WCB is the administrator of the workers compensation law in New York. Its administrative law judges hear cases and establish benefit eligibility and awards.
The assessment for this service is 2.7%

Reopened Case Fund
The Reopened Case Fund pays for benefits determined by the Workers Compensation Board after a lapse of seven years from the date of injury, or in those cases where an earlier determination is set aside.
The assessment for this service is 4.4%

Special Disability Fund
The Special Disability Fund provides for the reimbursement of the insurance company for compensation and medical benefits paid as the result of a subsequent (second) injury.
The assessment for this service is 10.0%

Interdepartmental Expenses
This assessment pays for the programs administered by the New York Department of Health, Occupational Health Clinics Network, and the New York Department of Labor, both the Occupational Safety and Training Fund and the Enforcement of Occupational Safety and Health Regulation.
The assessment of this service is 0.9%

Special Funds Conservation Committee
This assessment pays the expenses of the state attorney responsible for handling second injury and reopened case matters.
The assessment for this service is 0.1%
The total assessment effective October 1st, 2010 is 18.1%



***Archive Copy*** EXHIBIT A

**NEW YORK NOTICE TO THE POLICYHOLDER**

**Pursuant to New York Insurance Regulations, you may purchase a Workers' Compensation deductible. The available deductible options, per occurrence, are $100, $200, $300, $400, $500, $1000, $1500, $2000, $2500 or $5000.**

**If you are interested in either purchasing a deductible or receiving a premium quotation for one or more of the available deductible options, please contact your Agent or Broker.**



***Archive Copy*** EXHIBIT A

**NEW YORK SECURITY FUND SURCHARGE NOTICE**
**IMPORTANT NOTICE TO POLICYHOLDERS**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 11/04/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

Companies writing workers compensation insurance insurance business in New York are required to participate in the New York Compensation Security Fund. If a company becomes insolvent, the security fund settles unpaid claims and assesses each insurance company for its fair share.

New York law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged "NY surcharge", an amount will be displayed on your premium notice.



Countersigned by ______________________________

*Archive Copy* EXHIBIT A

Authorized Representative

**EXTENSION OF ITEM 1. OF THE INFORMATION PAGE**

This endorsement, effective 12:01 AM 11/04/2011

Forms a part of policy no.: WC 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

Issued to: PARTS DISTRIBUTION XPRESS INC

By: COMMERCE AND INDUSTRY INSURANCE COMPANY

| LOC NO. | NAME AND ADDRESS SCHEDULE | FEIN | UI # |
|---|---|---|---|
| 0001 | PARTS DISTRIBUTION XPRESS INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>USA<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0002 | PARTS DISTRIBUTION XPRESS INC.<br>320 PARK AVENUE<br>WHITMAN, MA 02382-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0003 | PARTS DISTRIBUTION XPRESS INC.<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | 232854323000 |
| 0004 | PDX NORTH INC<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |
| 0005 | PDX SOUTH, INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0006 | PDX SOUTH, INC.<br>960 SW 95TH AVE<br>MIAMI, FL 33174-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0007 | PDX NORTH INC<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | 201314049000 |
| 0008 | PDX NORTH INC<br>NO FIXED ADDRESS<br>MA<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |

CONTINUED NEXT PAGE

Issue Date: 07/16/12

**EXTENSION OF ITEM 1. OF THE INFORMATION PAGE**

This endorsement, effective 12:01 AM 11/04/2011

Forms a part of policy no.: WC 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

Issued to: PARTS DISTRIBUTION XPRESS INC

By: COMMERCE AND INDUSTRY INSURANCE COMPANY

| LOC NO. | NAME AND ADDRESS SCHEDULE | FEIN | UI # |
|---|---|---|---|
| 0009 | PDX NORTH INC<br>NO FIXED ADDRESS<br>NY<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |

Issue Date: 07/16/12

Authorized Representative



Archive Copy EXHIBIT A

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Endorsement No. 003

This endorsement, effective 12:01 AM 11/04/2011

Forms a part of Policy No. WC 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

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-10

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

**NOTICE TO POLICYHOLDER**

This endorsement modifies insurance provided under this Workers Compensation and Employers Liability Insurance Policy

Premium for this endorsement: 0

THE FOLLOWING LOCATION IS DELETED FROM THIS POLICY:
LOC NO 9 NAME: PDX NORTH INC
ADDRESS: NO FIXED ADDRESS, NY
FEIN: 201314049 U/I:

THE STATE OF NEW YORK IS DELETED FROM ITEM 3A OF THIS POLICY.

Issue Date: 06/25/13



*Archive Copy* EXHIBIT A

Authorized Representative

## EXTENSION OF ITEM 4. OF THE INFORMATION PAGE

| WC 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 | FLORIDA | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0004-01 | | | | | |
| TRUCKING: NOC-ALL EMPLOYEES AND DRIVERS. | | 7219 | IF ANY | 8.87 | |
| SALESPERSONS OR COLLECTORS-OUTSIDE | | 8742 | IF ANY | 0.49 | |
| CLERICAL OFFICE EMPLOYEES NOC. | | 8810 | 60,000 | 0.25 | 150 |
| STATE OF FLORIDA TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 150 |
| INCREASE LIMITS | 1.40% | 9812 | | | 2 |
| TOTAL UNMODIFIED PREMIUM | | | | | 152 |
| MODIFIED STANDARD PREMIUM | | | | | 152 |
| UNDISCOUNTED PREMIUM | | | | | 152 |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -7 |
| DISCOUNTED PREMIUM | | | | | 145 |
| TERRORISM | 0.03 | 9740 | | | 18 |
| TOTAL ESTIMATED PREMIUM | | | | | 163 |
| ANNUALIZED TOTAL | | | | | 163 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $18 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | MASSACHUSETTS | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis<br>Estimated Total Annual Remuneration | Rates<br>Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0002-01 | | | | | |
| LOC ID. 0002 | | | | | |
| SALESPERSONS, COLLECTORS OR MESSENGERS - OUTSIDE | | 8742 | 47,865 | 0.15 | 72 |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | IF ANY | 0.09 | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 72 |
| INCREASE LIMITS | 2.00% | 9812 | | | 1 |
| SUBJECT PREMIUM | | | | | 73 |
| MODIFIED STANDARD PREMIUM | | | | | 73 |
| UNDISCOUNTED PREMIUM | | | | | 73 |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -3 |
| DISCOUNTED PREMIUM | | | | | 70 |
| LOSS CONSTANT | | 0032 | | | 20 |
| TERRORISM | 3.00% | 9740 | | | 2 |
| ESTIMATED PREMIUM | | | | | 92 |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | 5 |
| RATING GROUP ANNUALIZED TOTAL | | | | | 97 |
| RATING GROUP: 0002-02 | | | | | |
| LOC ID. 0008 | | | | | |
| TRUCKING: NOC - ALL EMPLOYEES & DRIVERS | | 7219 | IF ANY | 8.28 | |
| TOTAL CLASSIFICATION PREMIUM | | | | | |
| INCREASE LIMITS | 2.00% | 9812 | | | |
| SUBJECT PREMIUM | | | | | |
| MODIFIED STANDARD PREMIUM | | | | | |
| UNDISCOUNTED PREMIUM | | | | | |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | |
| DISCOUNTED PREMIUM | | | | | |
| TERRORISM | 3.00% | 9740 | | | 0 |
| ESTIMATED PREMIUM | | | | | |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | |
| RATING GROUP ANNUALIZED TOTAL | | | | | |
| STATE OF MASSACHUSETTS TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 72 |
| INCREASE LIMITS | 2.00% | 9812 | | | 1 |
| SUBJECT PREMIUM | | | | | 73 |
| MODIFIED STANDARD PREMIUM | | | | | 73 |
| UNDISCOUNTED PREMIUM | | | | | 73 |



***Archive Copy*** EXHIBIT A

## EXTENSION OF ITEM 4. OF THE INFORMATION PAGE

| WC 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 | MASSACHUSETTS | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis<br>Estimated Total Annual Remuneration | Rates<br>Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -3 |
| DISCOUNTED PREMIUM | | | | | 70 |
| LOSS CONSTANT | | 0032 | | | 20 |
| TERRORISM | 3.00% | 9740 | | | 2 |
| TOTAL ESTIMATED PREMIUM | | | | | 92 |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | 5 |
| ANNUALIZED TOTAL | | | | | 97 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $2 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | NEW JERSEY | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
| 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-10 | PARTS DISTRIBUTION XPRESS INC | |

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0003-01 | | | | | |
| TRUCKMEN: NOC-& DRIVERS | | 7219 | IF ANY | 13.04 | |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | 73,410 | 0.26 | 191 |
| STATE OF NEW JERSEY TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 191 |
| INCREASE LIMITS | 3.30% | 6199 | | | 6 |
| TOTAL UNMODIFIED PREMIUM | | | | | 197 |
| MODIFIED STANDARD PREMIUM | | | | | 197 |
| UNDISCOUNTED PREMIUM | | | | | 197 |
| DISCOUNTED PREMIUM | | | | | 197 |
| EXPENSE CONSTANT | | 0900 | | | 220 |
| TERRORISM | 0.06 | 9740 | | | 44 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.01 | 9741 | | | 7 |
| TOTAL ESTIMATED PREMIUM | | | | | 468 |
| SECOND INJURY FUND SURCHARGE | 7.60% | 0935 | | | 15 |
| ANNUALIZED TOTAL | | | | | 483 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $44 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
|---|---|---|
| WC 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 | PENNSYLVANIA | |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0001-01 | | | | | |
| TRUCKING N.O.C. | | 811 | 298,392 | 15.07 | 44,968 |
| SALESPERSON - OUTSIDE | | 951 | 229,275 | 0.86 | 1,972 |
| CLERICAL OFFICE EMPLOYEES | | 953 | 414,833 | 0.45 | 1,867 |
| STATE OF PENNSYLVANIA TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 48,807 |
| BLANKET WAIVER | | 0930 | | | 976 |
| INCREASE LIMITS | 3.30% | 9812 | | | 1,611 |
| TOTAL UNMODIFIED PREMIUM | | | | | 51,394 |
| EXPERIENCE PREMIUM (ACTUAL) | 1.1760 | 9898 | | | 9,045 |
| SCHEDULE MODIFICATION | 5.00% | 9889 | | | 3,022 |
| MODIFIED STANDARD PREMIUM | | | | | 63,461 |
| UNDISCOUNTED PREMIUM | | | | | 63,461 |
| PREMIUM DISCOUNT | -10.00% | 0063 | | | -6,346 |
| DISCOUNTED PREMIUM | | | | | 57,115 |
| TERRORISM | 3.00% | 9740 | | | 1,464 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.02 | 9741 | | | 189 |
| TOTAL ESTIMATED PREMIUM | | | | | 58,768 |
| EMPLOYER ASSESSMENT (NON-COAL) | 1.88% | 0938 | | | 1,105 |
| ANNUALIZED TOTAL | | | | | 59,873 |
| EXPERIENCE RATING MODIFICATION = 1.18 | | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $1,464 | | | | |



***Archive Copy*** EXHIBIT A

**EXTENSION OF ITEM 1. OF THE INFORMATION PAGE**

This endorsement, effective 12:01 AM 11/04/2011

Forms a part of policy no.: WC 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

Issued to: PARTS DISTRIBUTION XPRESS INC

By: COMMERCE AND INDUSTRY INSURANCE COMPANY

| LOC NO. | NAME AND ADDRESS SCHEDULE | FEIN | UI # |
|---|---|---|---|
| 0001 | PARTS DISTRIBUTION XPRESS INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>USA<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0002 | PARTS DISTRIBUTION XPRESS INC.<br>320 PARK AVENUE<br>WHITMAN, MA 02382-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0003 | PARTS DISTRIBUTION XPRESS INC.<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | 232854323000 |
| 0004 | PDX NORTH INC<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |
| 0005 | PDX SOUTH, INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0006 | PDX SOUTH, INC.<br>960 SW 95TH AVE<br>MIAMI, FL 33174-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0007 | PDX NORTH INC<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | 201314049000 |
| 0008 | PDX NORTH INC<br>NO FIXED ADDRESS<br>MA<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |

Issue Date: 06/25/13

Authorized Representative

WC990610 (Ed. 1-97) (Rev'd 04/08)

Archive Copy

EXHIBIT A

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Endorsement No. 004

This endorsement, effective 12:01 AM 11/04/2011

Forms a part of Policy No. WC 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

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-10

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

**NOTICE TO POLICYHOLDER**

This endorsement modifies insurance provided under this Workers Compensation and Employers Liability Insurance Policy

Premium for this endorsement: SUBJECT TO AUDIT

THE FOLLOWING LOCATION IS ADDED TO THIS POLICY:
LOC NO 10 NAME: PDX NORTH INC
ADDRESS: NO FIXED ADDRESS, NY
FEIN:201314049 U/I:

THE STATE OF NEW YORK IS ADDED TO ITEM 3A OF THIS POLICY.

THE FOLLOWING CLASS CODE IS ADDED TO THIS POLICY:
STATE: NEW YORK RATING GROUP: 0006-01
CLASS CODE: 7219(TRUCKING: TRUCKING NOC-ALL EMPLOYEES & DRIVERS)
ANNUAL PREMIUM BASIS: $0.00 PRO RATA FACTOR: 0.405
FINAL RATE: 13.44 ANNUAL CLASSIFICATION PREMIUM: $0.00

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
INCREASE LIMITS STATE: NY AMOUNT: 2.80%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
TERRORISM STATE: NY AMOUNT: .70%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
TERRORISM STATE: NY AMOUNT: 6.00%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
PREMIUM DISCOUNT STATE: NY AMOUNT: -10.00%

Issue Date: 06/25/13



*Archive Copy* EXHIBIT A

**Authorized Representative**

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| | | |
|---|---|---|
| WC 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 | FLORIDA | |
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Premium Basis | Rates | |
|---|---|---|---|---|
| | Code No. | Estimated Total Annual Remuneration | Per $100 of Remuneration | Estimated Annual Premiums |
| RATING GROUP: 0004-01 | | | | |
| TRUCKING: NOC-ALL EMPLOYEES AND DRIVERS. | 7219 | IF ANY | 8.87 | |
| SALESPERSONS OR COLLECTORS-OUTSIDE | 8742 | IF ANY | 0.49 | |
| CLERICAL OFFICE EMPLOYEES NOC. | 8810 | 60,000 | 0.25 | 150 |
| STATE OF FLORIDA TOTALS | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | 150 |
| INCREASE LIMITS 1.40% | 9812 | | | 2 |
| TOTAL UNMODIFIED PREMIUM | | | | 152 |
| MODIFIED STANDARD PREMIUM | | | | 152 |
| UNDISCOUNTED PREMIUM | | | | 152 |
| PREMIUM DISCOUNT -4.30% | 0064 | | | -7 |
| DISCOUNTED PREMIUM | | | | 145 |
| TERRORISM 0.03 | 9740 | | | 18 |
| TOTAL ESTIMATED PREMIUM | | | | 163 |
| ANNUALIZED TOTAL | | | | 163 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM $18 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
|---|---|---|
| WC 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 | MASSACHUSETTS | |
| 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-10 | PARTS DISTRIBUTION XPRESS INC | |

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0002-01 | | | | | |
| LOC ID. 0002 | | | | | |
| SALESPERSONS, COLLECTORS OR MESSENGERS - OUTSIDE | | 8742 | 47,865 | 0.15 | 72 |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | IF ANY | 0.09 | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 72 |
| INCREASE LIMITS | 2.00% | 9812 | | | 1 |
| SUBJECT PREMIUM | | | | | 73 |
| MODIFIED STANDARD PREMIUM | | | | | 73 |
| UNDISCOUNTED PREMIUM | | | | | 73 |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -3 |
| DISCOUNTED PREMIUM | | | | | 70 |
| LOSS CONSTANT | | 0032 | | | 20 |
| TERRORISM | 3.00% | 9740 | | | 2 |
| ESTIMATED PREMIUM | | | | | 92 |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | 5 |
| RATING GROUP ANNUALIZED TOTAL | | | | | 97 |
| RATING GROUP: 0002-02 | | | | | |
| LOC ID. 0008 | | | | | |
| TRUCKING: NOC - ALL EMPLOYEES & DRIVERS | | 7219 | IF ANY | 8.28 | |
| TOTAL CLASSIFICATION PREMIUM | | | | | |
| INCREASE LIMITS | 2.00% | 9812 | | | |
| SUBJECT PREMIUM | | | | | |
| MODIFIED STANDARD PREMIUM | | | | | |
| UNDISCOUNTED PREMIUM | | | | | |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | |
| DISCOUNTED PREMIUM | | | | | |
| TERRORISM | 3.00% | 9740 | | | 0 |
| ESTIMATED PREMIUM | | | | | |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | |
| RATING GROUP ANNUALIZED TOTAL | | | | | |
| STATE OF MASSACHUSETTS TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 72 |
| INCREASE LIMITS | 2.00% | 9812 | | | 1 |
| SUBJECT PREMIUM | | | | | 73 |
| MODIFIED STANDARD PREMIUM | | | | | 73 |
| UNDISCOUNTED PREMIUM | | | | | 73 |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | MASSACHUSETTS | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -3 |
| DISCOUNTED PREMIUM | | | | | 70 |
| LOSS CONSTANT | | 0032 | | | 20 |
| TERRORISM | 3.00% | 9740 | | | 2 |
| TOTAL ESTIMATED PREMIUM | | | | | 92 |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | 5 |
| ANNUALIZED TOTAL | | | | | 97 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $2 | | | | |



***Archive Copy*** EXHIBIT A

# EXTENSION OF ITEM 4. OF THE INFORMATION PAGE

| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
|---|---|---|
| WC 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 | NEW JERSEY | |
| 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-10 | PARTS DISTRIBUTION XPRESS INC | |

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0003-01 | | | | | |
| TRUCKMEN: NOC-& DRIVERS | | 7219 | IF ANY | 13.04 | |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | 73,410 | 0.26 | 191 |
| STATE OF NEW JERSEY TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 191 |
| INCREASE LIMITS | 3.30% | 6199 | | | 6 |
| TOTAL UNMODIFIED PREMIUM | | | | | 197 |
| MODIFIED STANDARD PREMIUM | | | | | 197 |
| UNDISCOUNTED PREMIUM | | | | | 197 |
| DISCOUNTED PREMIUM | | | | | 197 |
| EXPENSE CONSTANT | | 0900 | | | 220 |
| TERRORISM | 0.06 | 9740 | | | 44 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.01 | 9741 | | | 7 |
| TOTAL ESTIMATED PREMIUM | | | | | 468 |
| SECOND INJURY FUND SURCHARGE | 7.60% | 0935 | | | 15 |
| ANNUALIZED TOTAL | | | | | 483 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $44 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| | | |
|---|---|---|
| WC 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 | NEW YORK | |
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
| ------------------------ | | |
| 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-10 | PARTS DISTRIBUTION XPRESS INC | |

| Item 4. Classification of Operations | Code No. | Premium Basis Estimated Total Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|
| RATING GROUP: 0006-01 | | | | |
| TRUCKING: TRUCKING NOC-ALL EMPLOYEES & DRIVERS | 7219 | IF ANY | 13.44 | |
| STATE OF NEW YORK TOTALS | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | |
| TOTAL UNMODIFIED PREMIUM | | | | |
| MODIFIED STANDARD PREMIUM | | | | |
| UNDISCOUNTED PREMIUM | | | | |
| TERRORISM | 9740 | | | 0 |
| CATASTROPHE (SEE WC 00 04 21C) 0.013 | 9741 | | | 0 |
| TOTAL ESTIMATED PREMIUM | | | | |
| ANNUALIZED TOTAL | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM $0 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

WC 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
Policy Prefix & No.

PENNSYLVANIA
Schedule

INTRA/Independent State Risk ID

-------------------------

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis Estimated Total Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0001-01 | | | | | |
| TRUCKING N.O.C. | | 811 | 298,392 | 15.07 | 44,968 |
| SALESPERSON - OUTSIDE | | 951 | 229,275 | 0.86 | 1,972 |
| CLERICAL OFFICE EMPLOYEES | | 953 | 414,833 | 0.45 | 1,867 |
| STATE OF PENNSYLVANIA TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 48,807 |
| BLANKET WAIVER | | 0930 | | | 976 |
| INCREASE LIMITS | 3.30% | 9812 | | | 1,611 |
| TOTAL UNMODIFIED PREMIUM | | | | | 51,394 |
| EXPERIENCE PREMIUM (ACTUAL) | 1.1760 | 9898 | | | 9,045 |
| SCHEDULE MODIFICATION | 5.00% | 9889 | | | 3,022 |
| MODIFIED STANDARD PREMIUM | | | | | 63,461 |
| UNDISCOUNTED PREMIUM | | | | | 63,461 |
| PREMIUM DISCOUNT | -10.00% | 0063 | | | -6,346 |
| DISCOUNTED PREMIUM | | | | | 57,115 |
| TERRORISM | 3.00% | 9740 | | | 1,464 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.02 | 9741 | | | 189 |
| TOTAL ESTIMATED PREMIUM | | | | | 58,768 |
| EMPLOYER ASSESSMENT (NON-COAL) | 1.88% | 0938 | | | 1,105 |
| ANNUALIZED TOTAL | | | | | 59,873 |
| EXPERIENCE RATING MODIFICATION = 1.18 | | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $1,464 | | | | |



*Archive Copy* EXHIBIT A

## NEW YORK LIMIT OF LIABILITY ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 11/04/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New York is shown in item 3.A. of the Information Page.

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to your employees if the bodily injury arises out of and in the course of employment that is subject to and is compensable under the Workers Compensation Law of New York.



Countersigned by ______________________________

Authorized Representative

*Archive Copy* EXHIBIT A

## NEW YORK CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM EXPLANATORY ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 11/04/2011 forms a part of Policy No. WC 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

Issued to **PARTS DISTRIBUTION XPRESS INC**

By **COMMERCE AND INDUSTRY INSURANCE COMPANY**

The New York Construction Classification Premium Adjustment Program (NYCCPAP) allows premium credits for some employers in the construction industry. These credits exist to recognize the difference in wage rates between employers within the same construction industries in New York.

The declarations section of this policy will show a credit of 0.00% if you are not eligible for this credit, or if you are eligible for this credit and have not yet applied for a credit. Credits are earned for average wages in excess of $15.50 per hour for each eligible class. If your policy shows one of the following classification codes, and you are experience rated, you are eligible to apply for an NYCCPAP credit:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0042 | 5057 | 5193 | 5429 | 5491 | 5606 | 6003 | 6229 | 6325 | 9526 |
| 3365 | 5059 | 5213 | 5443 | 5506 | 5610 | 6005 | 6233 | 6400 | 9527 |
| 3724 | 5069 | 5221 | 5445 | 5507 | 5645 | 6017 | 6235 | 6701 | 9534 |
| 3726 | 5102 | 5222 | 5462 | 5508 | 5648 | 6018 | 6251 | 7536 | 9539 |
| 3737 | 5160 | 5223 | 5473 | 5536 | 5651 | 6045 | 6252 | 7538 | 9545 |
| 5000 | 5183 | 5348 | 5474 | 5538 | 5701 | 6204 | 6260 | 7601 | 9549 |
| 5022 | 5184 | 5402 | 5479 | 5545 | 5703 | 6216 | 6306 | 7855 | 9553 |
| 5037 | 5188 | 5403 | 5480 | 5547 | 5709 | 6217 | 6319 | 8227 | |
| 5040 | 5190 | 5428 | | | | | | | |

The basis for determining the credit is the limited payroll of each employee for the number of hours worked (excluding overtime premium pay) for each construction classification (other than employees engaged in the construction of one or two-family residential housing) for the third quarter, as reported to taxing authorities, for the year preceding the policy date. Total payroll is to continue to be reported for employees engaged in the construction of one or two-family residential housing. For example:

| POLICY EFFECTIVE DATE | THIRD QUARTER PAYROLL |
|---|---|
| 4/1/09 thru 3/31/10 | 2008 |
| 4/1/10 thru 3/31/11 | 2009 |
| 4/1/11 thru 3/31/12 | 2010 |
| 4/1/12 thru 3/31/13 | 2011 |
| 4/1/13 thru 3/31/14 | 2012 |
| 4/1/14 thru 3/31/15 | 2013 |

If you have any eligible classes on your policy, you should have been notified by your insurance carrier or the New York Compensation Insurance Rating Board approximately nine months prior to the inception date of this policy. If you believe you may be eligible for a credit and have not received an application, you should immediately contact your agent, insurance carrier, or the New York Compensation Insurance Rating Board.

Credits are calculated by the New York Compensation Insurance Rating Board. You must submit a completed application to: Attention: Field Services Department, New York Compensation Insurance Rating Board, 733 Third Avenue, New York, New York 10017.

Applications must be received by the Rating Board three (3) months prior to the policy renewal effective date. The Rating Board will accept and process an application if it is received between the policy effective and expiration date, however, it must be accompanied by a letter stating the reason for the delay. Under no circumstances will an application be accepted for any policy if it is received after the expiration date of the policy. For short-term policies the application must be received prior to the expiration date of the short-term policy. If it is received after the policy expiration, no credit will be calculated.

The New York Workers Compensation and Employers Liability Insurance Manual, and not this endorsement, govern the implementation and use of the NYCCPAP.

For online entry of the information requested on this form refer to: http://cpap.nycirb.org/

**WC 31 03 19 F**
**(Ed. 02/11)**
© 2011 New York Compensation Insurance Rating Board

**Countersigned by** ______________________________

**Authorized Representative**

*Archive Copy*

EXHIBIT A

**NOTICE TO POLICYHOLDERS**
**CHANGES TO ASSESSMENTS**

Legislation enacted in December 1993 and applicable to policies effective April 1st, 1994 specifically prohibited assessments based on losses. The New York Compensation Rating Board was instructed to prepare a single "New York State Assessment" to be charged based on your standard workers compensation premium, which is your premium after application of experience modification. For your information, the components of this assessment are described below. These assessment percentages are effective on new and renewal policies effective October 1st, 2010 and later.

Workers Compensation Board (WCB) Assessment
The WCB is the administrator of the workers compensation law in New York. Its administrative law judges hear cases and establish benefit eligibility and awards.
The assessment for this service is 2.7%

Reopened Case Fund
The Reopened Case Fund pays for benefits determined by the Workers Compensation Board after a lapse of seven years from the date of injury, or in those cases where an earlier determination is set aside.
The assessment for this service is 4.4%

Special Disability Fund
The Special Disability Fund provides for the reimbursement of the insurance company for compensation and medical benefits paid as the result of a subsequent (second) injury.
The assessment for this service is 10.0%

Interdepartmental Expenses
This assessment pays for the programs administered by the New York Department of Health, Occupational Health Clinics Network, and the New York Department of Labor, both the Occupational Safety and Training Fund and the Enforcement of Occupational Safety and Health Regulation.
The assessment of this service is 0.9%

Special Funds Conservation Committee
This assessment pays the expenses of the state attorney responsible for handling second injury and reopened case matters.
The assessment for this service is 0.1%
The total assessment effective October 1st, 2010 is 18.1%



***Archive Copy*** EXHIBIT A

**NEW YORK NOTICE TO THE POLICYHOLDER**

**Pursuant to New York Insurance Regulations, you may purchase a Workers' Compensation deductible. The available deductible options, per occurrence, are $100, $200, $300, $400, $500, $1000, $1500, $2000, $2500 or $5000.**

**If you are interested in either purchasing a deductible or receiving a premium quotation for one or more of the available deductible options, please contact your Agent or Broker.**



***Archive Copy*** EXHIBIT A

**NEW YORK SECURITY FUND SURCHARGE NOTICE**
**IMPORTANT NOTICE TO POLICYHOLDERS**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 11/04/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

Companies writing workers compensation insurance insurance business in New York are required to participate in the New York Compensation Security Fund. If a company becomes insolvent, the security fund settles unpaid claims and assesses each insurance company for its fair share.

New York law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged "NY surcharge", an amount will be displayed on your premium notice.

WC 99 31 18
(Ed. 10/04)

Countersigned by ______________________________

Authorized Representative

*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 1. OF THE INFORMATION PAGE**

This endorsement, effective 12:01 AM 11/04/2011

Forms a part of policy no.: WC 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

Issued to: PARTS DISTRIBUTION XPRESS INC

By: COMMERCE AND INDUSTRY INSURANCE COMPANY

| LOC NO. | NAME AND ADDRESS SCHEDULE | FEIN | UI # |
|---|---|---|---|
| 0001 | PARTS DISTRIBUTION XPRESS INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>USA<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0002 | PARTS DISTRIBUTION XPRESS INC.<br>320 PARK AVENUE<br>WHITMAN, MA 02382-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0003 | PARTS DISTRIBUTION XPRESS INC.<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | 232854323000 |
| 0004 | PDX NORTH INC<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |
| 0005 | PDX SOUTH, INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0006 | PDX SOUTH, INC.<br>960 SW 95TH AVE<br>MIAMI, FL 33174-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0007 | PDX NORTH INC<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | 201314049000 |
| 0008 | PDX NORTH INC<br>NO FIXED ADDRESS<br>MA<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |

CONTINUED NEXT PAGE

Issue Date: 06/25/13



Archive Copy

EXHIBIT A

## EXTENSION OF ITEM 1. OF THE INFORMATION PAGE

This endorsement, effective 12:01 AM 11/04/2011

Forms a part of policy no.: WC 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

Issued to: PARTS DISTRIBUTION XPRESS INC

By: COMMERCE AND INDUSTRY INSURANCE COMPANY

| LOC NO. | NAME AND ADDRESS SCHEDULE | FEIN | UI # |
|---|---|---|---|
| 0010 | PDX NORTH INC<br>NO FIXED ADDRESS<br>NY<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |

Issue Date: 06/25/13

Authorized Representative



Archive Copy

EXHIBIT A

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Endorsement No. 005

This endorsement, effective 12:01 AM 11/04/2011

Forms a part of Policy No. WC 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

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-10

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

**NOTICE TO POLICYHOLDER**

This endorsement modifies insurance provided under this Workers Compensation and Employers Liability Insurance Policy

Premium for this endorsement: 0

THE FOLLOWING LOCATION IS DELETED FROM THIS POLICY:
LOC NO 10 NAME: PDX NORTH INC
ADDRESS: NO FIXED ADDRESS, NY
FEIN: 201314049 U/I:

THE STATE OF NEW YORK IS DELETED FROM ITEM 3A OF THIS POLICY.

Issue Date: 06/26/13



*Archive Copy* EXHIBIT A

Authorized Representative

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
|---|---|---|
| WC 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 | FLORIDA | |

-------------------------

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Premium Basis | Rates | |
|---|---|---|---|---|
| | Code No. | Estimated Total Annual Remuneration | Per $100 of Remuneration | Estimated Annual Premiums |
| RATING GROUP: 0004-01 | | | | |
| TRUCKING: NOC-ALL EMPLOYEES AND DRIVERS. | 7219 | IF ANY | 8.87 | |
| SALESPERSONS OR COLLECTORS-OUTSIDE | 8742 | IF ANY | 0.49 | |
| CLERICAL OFFICE EMPLOYEES NOC. | 8810 | 60,000 | 0.25 | 150 |
| STATE OF FLORIDA TOTALS | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | 150 |
| INCREASE LIMITS 1.40% | 9812 | | | 2 |
| TOTAL UNMODIFIED PREMIUM | | | | 152 |
| MODIFIED STANDARD PREMIUM | | | | 152 |
| UNDISCOUNTED PREMIUM | | | | 152 |
| PREMIUM DISCOUNT -4.30% | 0064 | | | -7 |
| DISCOUNTED PREMIUM | | | | 145 |
| TERRORISM 0.03 | 9740 | | | 18 |
| TOTAL ESTIMATED PREMIUM | | | | 163 |
| ANNUALIZED TOTAL | | | | 163 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM $18 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
|---|---|---|
| WC 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 | MASSACHUSETTS | |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis<br>Estimated Total Annual Remuneration | Rates<br>Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0002-01 | | | | | |
| LOC ID. 0002 | | | | | |
| SALESPERSONS, COLLECTORS OR MESSENGERS - OUTSIDE | | 8742 | 47,865 | 0.15 | 72 |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | IF ANY | 0.09 | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 72 |
| INCREASE LIMITS | 2.00% | 9812 | | | 1 |
| SUBJECT PREMIUM | | | | | 73 |
| MODIFIED STANDARD PREMIUM | | | | | 73 |
| UNDISCOUNTED PREMIUM | | | | | 73 |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -3 |
| DISCOUNTED PREMIUM | | | | | 70 |
| LOSS CONSTANT | | 0032 | | | 20 |
| TERRORISM | 3.00% | 9740 | | | 2 |
| ESTIMATED PREMIUM | | | | | 92 |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | 5 |
| RATING GROUP ANNUALIZED TOTAL | | | | | 97 |
| RATING GROUP: 0002-02 | | | | | |
| LOC ID. 0008 | | | | | |
| TRUCKING: NOC - ALL EMPLOYEES & DRIVERS | | 7219 | IF ANY | 8.28 | |
| TOTAL CLASSIFICATION PREMIUM | | | | | |
| INCREASE LIMITS | 2.00% | 9812 | | | |
| SUBJECT PREMIUM | | | | | |
| MODIFIED STANDARD PREMIUM | | | | | |
| UNDISCOUNTED PREMIUM | | | | | |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | |
| DISCOUNTED PREMIUM | | | | | |
| TERRORISM | 3.00% | 9740 | | | 0 |
| ESTIMATED PREMIUM | | | | | |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | |
| RATING GROUP ANNUALIZED TOTAL | | | | | |
| STATE OF MASSACHUSETTS TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 72 |
| INCREASE LIMITS | 2.00% | 9812 | | | 1 |
| SUBJECT PREMIUM | | | | | 73 |
| MODIFIED STANDARD PREMIUM | | | | | 73 |
| UNDISCOUNTED PREMIUM | | | | | 73 |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | MASSACHUSETTS | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -3 |
| DISCOUNTED PREMIUM | | | | | 70 |
| LOSS CONSTANT | | 0032 | | | 20 |
| TERRORISM | 3.00% | 9740 | | | 2 |
| TOTAL ESTIMATED PREMIUM | | | | | 92 |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | 5 |
| ANNUALIZED TOTAL | | | | | 97 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $2 | | | | |

WC 7754 (Ed. 4-81) (Rev'd 04/08)

***Archive Copy*** EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | NEW JERSEY | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

-------------------------

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis Estimated Total Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0003-01 | | | | | |
| TRUCKMEN: NOC-& DRIVERS | | 7219 | IF ANY | 13.04 | |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | 73,410 | 0.26 | 191 |
| STATE OF NEW JERSEY TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 191 |
| INCREASE LIMITS | 3.30% | 6199 | | | 6 |
| TOTAL UNMODIFIED PREMIUM | | | | | 197 |
| MODIFIED STANDARD PREMIUM | | | | | 197 |
| UNDISCOUNTED PREMIUM | | | | | 197 |
| DISCOUNTED PREMIUM | | | | | 197 |
| EXPENSE CONSTANT | | 0900 | | | 220 |
| TERRORISM | 0.06 | 9740 | | | 44 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.01 | 9741 | | | 7 |
| TOTAL ESTIMATED PREMIUM | | | | | 468 |
| SECOND INJURY FUND SURCHARGE | 7.60% | 0935 | | | 15 |
| ANNUALIZED TOTAL | | | | | 483 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $44 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | PENNSYLVANIA | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis Estimated Total Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0001-01 | | | | | |
| TRUCKING N.O.C. | | 811 | 298,392 | 15.07 | 44,968 |
| SALESPERSON - OUTSIDE | | 951 | 229,275 | 0.86 | 1,972 |
| CLERICAL OFFICE EMPLOYEES | | 953 | 414,833 | 0.45 | 1,867 |
| STATE OF PENNSYLVANIA TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 48,807 |
| BLANKET WAIVER | | 0930 | | | 976 |
| INCREASE LIMITS | 3.30% | 9812 | | | 1,611 |
| TOTAL UNMODIFIED PREMIUM | | | | | 51,394 |
| EXPERIENCE PREMIUM (ACTUAL) | 1.1760 | 9898 | | | 9,045 |
| SCHEDULE MODIFICATION | 5.00% | 9889 | | | 3,022 |
| MODIFIED STANDARD PREMIUM | | | | | 63,461 |
| UNDISCOUNTED PREMIUM | | | | | 63,461 |
| PREMIUM DISCOUNT | -10.00% | 0063 | | | -6,346 |
| DISCOUNTED PREMIUM | | | | | 57,115 |
| TERRORISM | 3.00% | 9740 | | | 1,464 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.02 | 9741 | | | 189 |
| TOTAL ESTIMATED PREMIUM | | | | | 58,768 |
| EMPLOYER ASSESSMENT (NON-COAL) | 1.88% | 0938 | | | 1,105 |
| ANNUALIZED TOTAL | | | | | 59,873 |
| EXPERIENCE RATING MODIFICATION = 1.18 | | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $1,464 | | | | |



*Archive Copy* EXHIBIT A

## EXTENSION OF ITEM 1. OF THE INFORMATION PAGE

This endorsement, effective 12:01 AM 11/04/2011

Forms a part of policy no.: WC 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

Issued to: PARTS DISTRIBUTION XPRESS INC

By: COMMERCE AND INDUSTRY INSURANCE COMPANY

| LOC NO. | NAME AND ADDRESS SCHEDULE | FEIN | UI # |
|---|---|---|---|
| 0001 | PARTS DISTRIBUTION XPRESS INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>USA<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0002 | PARTS DISTRIBUTION XPRESS INC.<br>320 PARK AVENUE<br>WHITMAN, MA 02382-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0003 | PARTS DISTRIBUTION XPRESS INC.<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | 232854323000 |
| 0004 | PDX NORTH INC<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |
| 0005 | PDX SOUTH, INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0006 | PDX SOUTH, INC.<br>960 SW 95TH AVE<br>MIAMI, FL 33174-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0007 | PDX NORTH INC<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | 201314049000 |
| 0008 | PDX NORTH INC<br>NO FIXED ADDRESS<br>MA<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |

Authorized Representative

Issue Date: 06/26/13



Archive Copy EXHIBIT A

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Endorsement No. 006

This endorsement, effective 12:01 AM 11/02/2011

Forms a part of Policy No. WC 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

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-10

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

**NOTICE TO POLICYHOLDER**

This endorsement modifies insurance provided under this Workers Compensation and Employers Liability Insurance Policy

Premium for this endorsement: SUBJECT TO AUDIT

THE FOLLOWING LOCATION IS ADDED TO THIS POLICY:
LOC NO 11 NAME: PARTS DISTRIBUTION XPRESS INC.
ADDRESS: NO FIXED ADDRESS, NY
FEIN:232854323 U/I:

THE STATE OF NEW YORK IS ADDED TO ITEM 3A OF THIS POLICY.

THE FOLLOWING CLASS CODE IS ADDED TO THIS POLICY:
STATE: NEW YORK RATING GROUP: 0007-01
CLASS CODE: 7219(TRUCKING: TRUCKING NOC-ALL EMPLOYEES & DRIVERS)
ANNUAL PREMIUM BASIS: $0.00 PRO RATA FACTOR: 0.411
FINAL RATE: 13.44 ANNUAL CLASSIFICATION PREMIUM: $0.00

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
INCREASE LIMITS STATE: NY AMOUNT: 2.80%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
TERRORISM STATE: NY AMOUNT: .70%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
TERRORISM STATE: NY AMOUNT: 6.00%

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
PREMIUM DISCOUNT STATE: NY AMOUNT: -10.00%

CONTINUED NEXT PAGE

Issue Date: 06/26/13



*Archive Copy* EXHIBIT A

Authorized Representative

Endorsement No. 006

This endorsement, effective 12:01 AM 11/02/2011

Forms a part of policy no: WC 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

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-10

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

**NOTICE TO POLICYHOLDER (continued)**

THE FOLLOWING RATING PLAN IS ADDED TO THIS POLICY:
BLANKET WAIVER STATE: NY AMOUNT: 2.00%

Issue Date: 06/26/13



***Archive Copy*** EXHIBIT A

**Authorized Representative**

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | FLORIDA | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Premium Basis | Rates | |
|---|---|---|---|---|
| | Code No. | Estimated Total Annual Remuneration | Per $100 of Remuneration | Estimated Annual Premiums |
| RATING GROUP: 0004-01 | | | | |
| TRUCKING: NOC-ALL EMPLOYEES AND DRIVERS. | 7219 | IF ANY | 8.87 | |
| SALESPERSONS OR COLLECTORS-OUTSIDE | 8742 | IF ANY | 0.49 | |
| CLERICAL OFFICE EMPLOYEES NOC. | 8810 | 60,000 | 0.25 | 150 |
| STATE OF FLORIDA TOTALS | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | 150 |
| INCREASE LIMITS 1.40% | 9812 | | | 2 |
| TOTAL UNMODIFIED PREMIUM | | | | 152 |
| MODIFIED STANDARD PREMIUM | | | | 152 |
| UNDISCOUNTED PREMIUM | | | | 152 |
| PREMIUM DISCOUNT -4.30% | 0064 | | | -7 |
| DISCOUNTED PREMIUM | | | | 145 |
| TERRORISM 0.03 | 9740 | | | 18 |
| TOTAL ESTIMATED PREMIUM | | | | 163 |
| ANNUALIZED TOTAL | | | | 163 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM $18 | | | | |



***Archive Copy*** EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
|---|---|---|
| WC 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 | MASSACHUSETTS | |
| 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-10 | PARTS DISTRIBUTION XPRESS INC | |

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0002-01 | | | | | |
| LOC ID. 0002 | | | | | |
| SALESPERSONS, COLLECTORS OR MESSENGERS - OUTSIDE | | 8742 | 47,865 | 0.15 | 72 |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | IF ANY | 0.09 | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 72 |
| INCREASE LIMITS | 2.00% | 9812 | | | 1 |
| SUBJECT PREMIUM | | | | | 73 |
| MODIFIED STANDARD PREMIUM | | | | | 73 |
| UNDISCOUNTED PREMIUM | | | | | 73 |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -3 |
| DISCOUNTED PREMIUM | | | | | 70 |
| LOSS CONSTANT | | 0032 | | | 20 |
| TERRORISM | 3.00% | 9740 | | | 2 |
| ESTIMATED PREMIUM | | | | | 92 |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | 5 |
| RATING GROUP ANNUALIZED TOTAL | | | | | 97 |
| RATING GROUP: 0002-02 | | | | | |
| LOC ID. 0008 | | | | | |
| TRUCKING: NOC - ALL EMPLOYEES & DRIVERS | | 7219 | IF ANY | 8.28 | |
| TOTAL CLASSIFICATION PREMIUM | | | | | |
| INCREASE LIMITS | 2.00% | 9812 | | | |
| SUBJECT PREMIUM | | | | | |
| MODIFIED STANDARD PREMIUM | | | | | |
| UNDISCOUNTED PREMIUM | | | | | |
| PREMIUM DISCOUNT | -4.30% | 0064 | | | |
| DISCOUNTED PREMIUM | | | | | |
| TERRORISM | 3.00% | 9740 | | | 0 |
| ESTIMATED PREMIUM | | | | | |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | |
| RATING GROUP ANNUALIZED TOTAL | | | | | |
| STATE OF MASSACHUSETTS TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 72 |
| INCREASE LIMITS | 2.00% | 9812 | | | 1 |
| SUBJECT PREMIUM | | | | | 73 |
| MODIFIED STANDARD PREMIUM | | | | | 73 |
| UNDISCOUNTED PREMIUM | | | | | 73 |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
|---|---|---|
| WC 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 | MASSACHUSETTS | |
| 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-10 | PARTS DISTRIBUTION XPRESS INC | |

| Item 4. Classification of Operations | | Code No. | Premium Basis Estimated Total Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| PREMIUM DISCOUNT | -4.30% | 0064 | | | -3 |
| DISCOUNTED PREMIUM | | | | | 70 |
| LOSS CONSTANT | | 0032 | | | 20 |
| TERRORISM | 3.00% | 9740 | | | 2 |
| TOTAL ESTIMATED PREMIUM | | | | | 92 |
| MACHWC (SURCHARGE) | 6.80% | 9136 | | | 5 |
| ANNUALIZED TOTAL | | | | | 97 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $2 | | | | |



*Archive Copy* EXHIBIT A

EXTENSION OF ITEM 4. OF THE INFORMATION PAGE

| | | |
|---|---|---|
| WC 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 | NEW JERSEY | |
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |

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-10    PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0003-01 | | | | | |
| TRUCKMEN: NOC-& DRIVERS | | 7219 | IF ANY | 13.04 | |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | 73,410 | 0.26 | 191 |
| STATE OF NEW JERSEY TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 191 |
| INCREASE LIMITS | 3.30% | 6199 | | | 6 |
| TOTAL UNMODIFIED PREMIUM | | | | | 197 |
| MODIFIED STANDARD PREMIUM | | | | | 197 |
| UNDISCOUNTED PREMIUM | | | | | 197 |
| DISCOUNTED PREMIUM | | | | | 197 |
| EXPENSE CONSTANT | | 0900 | | | 220 |
| TERRORISM | 0.06 | 9740 | | | 44 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.01 | 9741 | | | 7 |
| TOTAL ESTIMATED PREMIUM | | | | | 468 |
| SECOND INJURY FUND SURCHARGE | 7.60% | 0935 | | | 15 |
| ANNUALIZED TOTAL | | | | | 483 |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $44 | | | | |



*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| WC 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 | NEW YORK | |
|---|---|---|
| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
| 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-10 | PARTS DISTRIBUTION XPRESS INC | |

| Item 4. Classification of Operations | Code No. | Premium Basis<br>Estimated Total Annual Remuneration | Rates<br>Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|
| RATING GROUP: 0007-01 | | | | |
| TRUCKING: TRUCKING NOC-ALL EMPLOYEES & DRIVERS | 7219 | IF ANY | 13.44 | |
| STATE OF NEW YORK TOTALS | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | |
| TOTAL UNMODIFIED PREMIUM | | | | |
| MODIFIED STANDARD PREMIUM | | | | |
| UNDISCOUNTED PREMIUM | | | | |
| TERRORISM | 9740 | | | 0 |
| CATASTROPHE (SEE WC 00 04 21C) 0.013 | 9741 | | | 0 |
| TOTAL ESTIMATED PREMIUM | | | | |
| ANNUALIZED TOTAL | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM $0 | | | | |



***Archive Copy*** EXHIBIT A

**EXTENSION OF ITEM 4. OF THE INFORMATION PAGE**

| Policy Prefix & No. | Schedule | INTRA/Independent State Risk ID |
|---|---|---|
| WC 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 | PENNSYLVANIA | |

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-10 PARTS DISTRIBUTION XPRESS INC

| Item 4. Classification of Operations | | Code No. | Premium Basis: Estimated Total Annual Remuneration | Rates: Per $100 of Remuneration | Estimated Annual Premiums |
|---|---|---|---|---|---|
| RATING GROUP: 0001-01 | | | | | |
| TRUCKING N.O.C. | | 811 | 298,392 | 15.07 | 44,968 |
| SALESPERSON - OUTSIDE | | 951 | 229,275 | 0.86 | 1,972 |
| CLERICAL OFFICE EMPLOYEES | | 953 | 414,833 | 0.45 | 1,867 |
| STATE OF PENNSYLVANIA TOTALS | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 48,807 |
| BLANKET WAIVER | | 0930 | | | 976 |
| INCREASE LIMITS | 3.30% | 9812 | | | 1,611 |
| TOTAL UNMODIFIED PREMIUM | | | | | 51,394 |
| EXPERIENCE PREMIUM (ACTUAL) | 1.1760 | 9898 | | | 9,045 |
| SCHEDULE MODIFICATION | 5.00% | 9889 | | | 3,022 |
| MODIFIED STANDARD PREMIUM | | | | | 63,461 |
| UNDISCOUNTED PREMIUM | | | | | 63,461 |
| PREMIUM DISCOUNT | -10.00% | 0063 | | | -6,346 |
| DISCOUNTED PREMIUM | | | | | 57,115 |
| TERRORISM | 3.00% | 9740 | | | 1,464 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.02 | 9741 | | | 189 |
| TOTAL ESTIMATED PREMIUM | | | | | 58,768 |
| EMPLOYER ASSESSMENT (NON-COAL) | 1.88% | 0938 | | | 1,105 |
| ANNUALIZED TOTAL | | | | | 59,873 |
| EXPERIENCE RATING MODIFICATION = 1.18 | | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $1,464 | | | | |



*Archive Copy* EXHIBIT A

## NEW YORK LIMIT OF LIABILITY ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 11/02/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New York is shown in item 3.A. of the Information Page.

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to your employees if the bodily injury arises out of and in the course of employment that is subject to and is compensable under the Workers Compensation Law of New York.



Countersigned by ______________________________

*Archive Copy* EXHIBIT A

Authorized Representative

## NEW YORK CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM EXPLANATORY ENDORSEMENT

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 11/02/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

The New York Construction Classification Premium Adjustment Program (NYCCPAP) allows premium credits for some employers in the construction industry. These credits exist to recognize the difference in wage rates between employers within the same construction industries in New York.

The declarations section of this policy will show a credit of 0.00% if you are not eligible for this credit, or if you are eligible for this credit and have not yet applied for a credit. Credits are earned for average wages in excess of $15.50 per hour for each eligible class. If your policy shows one of the following classification codes, and you are experience rated, you are eligible to apply for an NYCCPAP credit:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0042 | 5057 | 5193 | 5429 | 5491 | 5606 | 6003 | 6229 | 6325 | 9526 |
| 3365 | 5059 | 5213 | 5443 | 5506 | 5610 | 6005 | 6233 | 6400 | 9527 |
| 3724 | 5069 | 5221 | 5445 | 5507 | 5645 | 6017 | 6235 | 6701 | 9534 |
| 3726 | 5102 | 5222 | 5462 | 5508 | 5648 | 6018 | 6251 | 7536 | 9539 |
| 3737 | 5160 | 5223 | 5473 | 5536 | 5651 | 6045 | 6252 | 7538 | 9545 |
| 5000 | 5183 | 5348 | 5474 | 5538 | 5701 | 6204 | 6260 | 7601 | 9549 |
| 5022 | 5184 | 5402 | 5479 | 5545 | 5703 | 6216 | 6306 | 7855 | 9553 |
| 5037 | 5188 | 5403 | 5480 | 5547 | 5709 | 6217 | 6319 | 8227 | |
| 5040 | 5190 | 5428 | | | | | | | |

The basis for determining the credit is the limited payroll of each employee for the number of hours worked (excluding overtime premium pay) for each construction classification (other than employees engaged in the construction of one or two-family residential housing) for the third quarter, as reported to taxing authorities, for the year preceding the policy date. Total payroll is to continue to be reported for employees engaged in the construction of one or two-family residential housing. For example:

| POLICY EFFECTIVE DATE | THIRD QUARTER PAYROLL |
|---|---|
| 4/1/09 thru 3/31/10 | 2008 |
| 4/1/10 thru 3/31/11 | 2009 |
| 4/1/11 thru 3/31/12 | 2010 |
| 4/1/12 thru 3/31/13 | 2011 |
| 4/1/13 thru 3/31/14 | 2012 |
| 4/1/14 thru 3/31/15 | 2013 |

If you have any eligible classes on your policy, you should have been notified by your insurance carrier or the New York Compensation Insurance Rating Board approximately nine months prior to the inception date of this policy. If you believe you may be eligible for a credit and have not received an application, you should immediately contact your agent, insurance carrier, or the New York Compensation Insurance Rating Board.

Credits are calculated by the New York Compensation Insurance Rating Board. You must submit a completed application to: Attention: Field Services Department, New York Compensation Insurance Rating Board, 733 Third Avenue, New York, New York 10017.

Applications must be received by the Rating Board three (3) months prior to the policy renewal effective date. The Rating Board will accept and process an application if it is received between the policy effective and expiration date, however, it must be accompanied by a letter stating the reason for the delay. Under no circumstances will an application be accepted for any policy if it is received after the expiration date of the policy. For short-term policies the application must be received prior to the expiration date of the short-term policy. If it is received after the policy expiration, no credit will be calculated.

The New York Workers Compensation and Employers Liability Insurance Manual, and not this endorsement, govern the implementation and use of the NYCCPAP.

For online entry of the information requested on this form refer to: http://cpap.nycirb.org/


© 2011 New York Compensation Insurance Rating Board

Countersigned by ______________________

Archive Copy

EXHIBIT A

Authorized Representative

**NOTICE TO POLICYHOLDERS**
**CHANGES TO ASSESSMENTS**

Legislation enacted in December 1993 and applicable to policies effective April 1st, 1994 specifically prohibited assessments based on losses. The New York Compensation Rating Board was instructed to prepare a single "New York State Assessment" to be charged based on your standard workers compensation premium, which is your premium after application of experience modification. For your information, the components of this assessment are described below. These assessment percentages are effective on new and renewal policies effective October 1st, 2010 and later.

Workers Compensation Board (WCB) Assessment
The WCB is the administrator of the workers compensation law in New York. Its administrative law judges hear cases and establish benefit eligibility and awards.
The assessment for this service is 2.7%

Reopened Case Fund
The Reopened Case Fund pays for benefits determined by the Workers Compensation Board after a lapse of seven years from the date of injury, or in those cases where an earlier determination is set aside.
The assessment for this service is 4.4%

Special Disability Fund
The Special Disability Fund provides for the reimbursement of the insurance company for compensation and medical benefits paid as the result of a subsequent (second) injury.
The assessment for this service is 10.0%

Interdepartmental Expenses
This assessment pays for the programs administered by the New York Department of Health, Occupational Health Clinics Network, and the New York Department of Labor, both the Occupational Safety and Training Fund and the Enforcement of Occupational Safety and Health Regulation.
The assessment of this service is 0.9%

Special Funds Conservation Committee
This assessment pays the expenses of the state attorney responsible for handling second injury and reopened case matters.
The assessment for this service is 0.1%
The total assessment effective October 1st, 2010 is 18.1%



***Archive Copy*** EXHIBIT A

## NEW YORK NOTICE TO THE POLICYHOLDER

**Pursuant to New York Insurance Regulations, you may purchase a Workers' Compensation deductible. The available deductible options, per occurrence, are $100, $200, $300, $400, $500, $1000, $1500, $2000, $2500 or $5000.**

**If you are interested in either purchasing a deductible or receiving a premium quotation for one or more of the available deductible options, please contact your Agent or Broker.**



*Archive Copy* EXHIBIT A

**NEW YORK SECURITY FUND SURCHARGE NOTICE**
**IMPORTANT NOTICE TO POLICYHOLDERS**

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.

(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy).

This endorsement, effective 12:01 AM 11/02/2011 forms a part of Policy No. WC 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

Issued to PARTS DISTRIBUTION XPRESS INC

By COMMERCE AND INDUSTRY INSURANCE COMPANY

Companies writing workers compensation insurance insurance business in New York are required to participate in the New York Compensation Security Fund. If a company becomes insolvent, the security fund settles unpaid claims and assesses each insurance company for its fair share.

New York law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged "NY surcharge", an amount will be displayed on your premium notice.



Countersigned by ______________________________
Authorized Representative

*Archive Copy* EXHIBIT A

**EXTENSION OF ITEM 1. OF THE INFORMATION PAGE**

This endorsement, effective 12:01 AM 11/02/2011

Forms a part of policy no.: WC 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

Issued to: PARTS DISTRIBUTION XPRESS INC

By: COMMERCE AND INDUSTRY INSURANCE COMPANY

| LOC NO. | NAME AND ADDRESS SCHEDULE | FEIN | UI # |
|---|---|---|---|
| 0001 | PARTS DISTRIBUTION XPRESS INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>USA<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0002 | PARTS DISTRIBUTION XPRESS INC.<br>320 PARK AVENUE<br>WHITMAN, MA 02382-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |
| 0003 | PARTS DISTRIBUTION XPRESS INC.<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | 232854323000 |
| 0004 | PDX NORTH INC<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |
| 0005 | PDX SOUTH, INC.<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0006 | PDX SOUTH, INC.<br>960 SW 95TH AVE<br>MIAMI, FL 33174-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 263621839 | |
| 0007 | PDX NORTH INC<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | 201314049000 |
| 0008 | PDX NORTH INC<br>NO FIXED ADDRESS<br>MA<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 201314049 | |

CONTINUED NEXT PAGE

**EXTENSION OF ITEM 1. OF THE INFORMATION PAGE**

This endorsement, effective 12:01 AM 11/02/2011

Forms a part of policy no.: WC 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

Issued to: PARTS DISTRIBUTION XPRESS INC

By: COMMERCE AND INDUSTRY INSURANCE COMPANY

| LOC NO. | NAME AND ADDRESS SCHEDULE | FEIN | UI # |
|---|---|---|---|
| 0011 | PARTS DISTRIBUTION XPRESS INC.<br>NO FIXED ADDRESS<br>NY<br>BUSINESS TYPE: CORPORATION<br>NAIC: 484110 | 232854323 | |

Issue Date: 06/26/13

Authorized Representative



Archive Copy

EXHIBIT A