AIG

**PARTS DISTRIBUTION XPRESS**
**Attn: ANTHONY KLONDAR**
**223 S GOVERNOR PRINTZ BLVD.**
**ESSINGTON, PA 19029**

# Workers' Compensation Audit

Prepared for: **Commerce & Industry Ins Co**

Report prepared by: **AIG - Premium Audit Division**

Policy Number: **009868856**

Policy Term: **04/01/2011 - 04/01/2012**

Audit Period: **04/01/2011 - 04/01/2012**

Audit Date: **07/27/2013**

EXHIBIT B

**Workers Compensation**

| | | | | |
|---|---|---|---|---|
| Legal Entity: | **Corporation** | Audit Date: | **7/27/2013** | |
| Agent ID: | **0075190-00** | Auditor ID: | **CAPXDFI** | |
| Account Number: | **009868856-000-R-4 7/27/2013 009** | Auditor Name: | | |
| Policy Number: | **009868856** | Audit Period: | **4/1/2011** | **4/1/2012** |
| Insured Name: | **PARTS DISTRIBUTION XPRESS** | Policy Period: | **4/1/2011** | **4/1/2012** |
| | | Audit Method: | **Physical** | |

**Exposure Summary**

| State | Class Code | Description | Exposure | From | To |
|---|---|---|---|---|---|
| **Entity:** | 0003 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0006 | FL | | | |
| FL | BLNC | BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| FL | 7219 | TRUCKING: NOC-ALL EMPLOYEES AND | 362,412 | 04/01/11 | 04/01/12 |
| FL | 8742 | SALESPERSONS OR COLLECTORS-OUTSI | 36,635 | 04/01/11 | 04/01/12 |
| FL | 8810 | CLERICAL OFFICE EMPLOYEES NOC. | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0001 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0002 | MA | | | |
| MA | 8742 | SALESPERSONS, COLLECTORS OR MESS | 0 | 04/01/11 | 04/01/12 |
| MA | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 0 | 04/01/11 | 04/01/12 |
| MA | BLNC | BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0002 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0002 | MA | | | |
| MA | BLNC | BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| MA | 7219 | TRUCKMEN: NOC-& DRIVERS | 82,750 | 04/01/11 | 04/01/12 |
| MA | 8742 | SALESPERSONS, COLLECTORS OR MESS | 0 | 04/01/11 | 04/01/12 |
| MA | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0002 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0008 | MA | | | |
| MA | 7219 | TRUCKING: NOC - ALL EMPLOYEES & DI | 0 | 04/01/11 | 04/01/12 |
| MA | BLNC | BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0001 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0003 | NJ | | | |
| NJ | 7219 | TRUCKMEN: NOC-& DRIVERS | 0 | 04/01/11 | 04/01/12 |
| NJ | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 0 | 04/01/11 | 04/01/12 |
| NJ | BLNC | BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0002 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0003 | NJ | | | |
| NJ | BLNC | Balance Class | 0 | 04/01/11 | 04/01/12 |
| NJ | 7219 | TRUCKMEN: NOC-& DRIVERS | 2,429,505 | 04/01/11 | 04/01/12 |
| NJ | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0001 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0011 | NY | | | |
| NY | 7219 | TRUCKING: TRUCKING NOC-ALL EMPLC | 0 | 04/01/11 | 04/01/12 |
| NY | BLNC | BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0002 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0008 | MA | | | |
| NY | BLNC | Balance Class | 0 | 04/01/11 | 04/01/12 |
| NY | 7219 | TRUCKMEN: NOC-& DRIVERS | 16,096 | 04/01/11 | 04/01/12 |
| **Entity:** | 0002 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0009 | NY | | | |
| NY | 7219 | TRUCKING: TRUCKING NOC-ALL EMPLC | 0 | 04/01/11 | 04/01/12 |
| NY | BLNC | BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0001 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0001 | PA | | | |
| PA | BLNC | BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |



EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| Account Number: | 009868856-000-R-4 7/27/2013 009 | Audit Period: | 4/1/2011 | 4/1/2012 |
| Policy Number: | 009868856 | Policy Period: | 4/1/2011 | 4/1/2012 |
| Insured Name: | PARTS DISTRIBUTION XPRESS | Audit Method: | Physical | |

| | | | | | |
|---|---|---|---|---|---|
| PA | 811 | TRUCKING N.O.C. | 2,122,062 | 04/01/11 | 04/01/12 |
| PA | 951 | SALESPERSON - OUTSIDE | 212,481 | 04/01/11 | 04/01/12 |
| PA | 953 | CLERICAL OFFICE EMPLOYEES | 321,180 | 04/01/11 | 04/01/12 |

**INSURED INFORMATION**

**Contact:** ANTHONY KLONDAR
**Title:**
**Company Name:** PARTS DISTRIBUTION XPRESS
**Address:** 223 S GOVERNOR PRINTZ BLVD.
ESSINGTON, PA 19029
**E-Mail:** AKLONDAR@MYRUSHDELIVERY.NET

**Phone:** (610) 595-3370
**Phone 2:**
**Mobile:**
**Fax:**

**Entities**

| Number | Entity Name | Federal ID | State ID | Date Added | Date Deleted |
|---|---|---|---|---|---|
| 0001 | PARTS DISTRIBUTION XPRESS | 232854323 | | | |
| 0002 | PARTS DISTRIBUTION XPRESS | 201314049 | | | |
| 0003 | PARTS DISTRIBUTION XPRESS | 263621839 | | | |

**Locations**

| | | | | |
|---|---|---|---|---|
| **Location:** | 0001 | PA | **Added:** | **Deleted:** |
| **Location:** | 0002 | MA | **Added:** | **Deleted:** |
| **Location:** | 0003 | NJ | **Added:** | **Deleted:** |
| **Location:** | 0004 | PA | **Added:** | **Deleted:** |
| **Location:** | 0005 | PA | **Added:** | **Deleted:** |
| **Location:** | 0006 | FL | **Added:** | **Deleted:** |
| **Location:** | 0007 | NJ | **Added:** | **Deleted:** |
| **Location:** | 0008 | MA | **Added:** | **Deleted:** |

**Contact Name:**
**Contact Title:**
**Company Name:** PARTS DISTRIBUTION XPRESS
**Address:**
**Email:**

**Phone:**
**Phone 2:**
**Mobile:**
**Fax:**

| | | | | |
|---|---|---|---|---|
| **Location:** | 0009 | NY | **Added:** | **Deleted:** |
| **Location:** | 0011 | NY | **Added:** | **Deleted:** |

**Location of Records**

**Entity:** **0001** **Location:** **0001**

**Sequence:** 1 **Territory:** **Description:**

**Description of Operations**

The separately named insured's Parts Distribution Xpress, Inc. (FEIN - 23-2854323); PDX North, Inc. (FEIN - 20-1314049); and PDX South, Inc.(FEIN - 26-3621839) are product transportation companies specializing in the delivery of customer goods (automotive parts) exclusively .Customers of the company are medium to large automotive parts distributors. The insured's are all organized as privately held corporations and all have been established as a businesses for several years. All named companies are related to each other by common ownership. The insured's are headquartered at 223 S. Governor Printz Blvd, Essington, PA where the they maintains administrative office facilities. The insured's conduct services and operations within multiple state's/locations as follows:

Parts Distribution Xpress, Inc. (FEIN - 23-2854323) Entity 0001 - State of PA
PDX North, Inc. (FEIN - 20-1314049) Entity 0002 - States of MA, NY and NJ
PDX South, Inc. (FEIN - 26-3621839) Entity 0003 - State of FL

Parts Distribution Xpress, Inc. conducts operations and provides services exclusively within and from within the state of PA. PDX North, Inc. and PDX South, Inc .conduct operations and services within and from within the states of New York,



EXHIBIT B

| Account Number: | 009868856-000-R-4 7/27/2013 009 | Audit Period: | 4/1/2011 | 4/1/2012 |
|---|---|---|---|---|
| Policy Number: | 009868856 | Policy Period: | 4/1/2011 | 4/1/2012 |
| Insured Name: | PARTS DISTRIBUTION XPRESS | Audit Method: | Physical | |

Florida, Massachusetts and New Jersey during the operating period. PDX North, Inc. and PDX South, Inc. do not maintain company business locations within the states of NY, FL, MA or NJ. Other than the state of PA headquarters address, the insured's maintain no other fixed location of operations.

Client product transportation/delivery operations conducted by the insured involves the taking receipt of customer automotive products and delivering the items to customer designated locations. Automotive part transportation/delivery operations are conducted using employee owned trucks and automobiles. Direct labor employees completing delivery operations include vehicle drivers and any helpers who may work with delivery employees. All direct labor customer product - transportation/delivery operations conducted by PDX North, Inc. and PDX South, Inc. within the states of NY, FL, NJ and MA during this operating period are properly classified and assigned to class code (7219). All direct labor customer product - transportation/delivery operations conducted by Parts Distribution Xpress, Inc .within and from within the state PA are properly classified and assigned to class code (811). Customer product - transportation/delivery operations conducted by the insured's represent approximately 95% of total exposure during the operating period. The company's customer product - transportation/delivery services conducted during the operating period did not include or involve any industry related transportation of company owned goods or materials.

Mobile sales operations were conducted by Parts Distribution Xpress, Inc. and PDX South, Inc. during this operating period from within the states of PA and FL:. Mobile sales operations involved visiting new and existing customers at their business locations to provide product information, identify client needs and to finalize customer sales. Mobile sales operations were conducted by mobile sales employee who worked within and from within their company's headquarters or their residence location. The mobile sales workers devote their entire time to mobile sales activities. Mobile sales operations conducted by PDX South, Inc. within and from within the state of FL during this operating period, are properly classified and assigned to class code (8742). Mobile sales operations conducted by Parts Distribution Xpress, Inc. within and from within the state of PA during this operating period, are properly classified and assigned to class code (951). Mobile sales operations completed by these company's represent approximately 2% of total company exposure during the operating period. Company mobile sales operations completed by these company's during this operating period did not include or involve any company related delivery operations or sales conducted exclusively from within an administrative office.

Parts Distribution Xpress, Inc., located within the state of PA, maintains physically separate administrative office facilities for the purpose of conducting company related administrative operations. Administrative office operations conducted by the insured during the operating period include; financial management, customer service, in office work scheduling, in office truck dispatching, HR management and general record keeping activities. Employee's conducting administrative operations include accounting personnel, scheduling, office management and administrative office managers. Key employees identified working within the administrative office department is the controller of the company who is responsible for the daily management of employee payroll, all accounting/financial management activities and general administrative office supervision. The company's administrative office operations are and were conducted exclusively within company physically separate administrative office facilities located within the state of Pennsylvania. All administrative office operations conducted within the state of Pennsylvania, by Parts Distribution Xpress, Inc. during the operating period, are properly classified and assigned to class code (953). Administrative office operations completed by this company represents approximately 2% of total company exposure during the operating period .Administrative office operations completed by the insured during this operating period did not include or involve any other company related operations or operations requiring direct customer contact.

PDX North, Inc. did not develop exposure for mobile sales or administrative office operations within the states of MA or NJ during the operating period. Therefore, class codes (8742) and (8810) were unavailable for use within these states during the operating period.
PDX South, Inc. did not develop exposure for administrative office operations within the state of FL during the operating period. Therefore, class code (8810) was unavailable for use within this state during the operating period.

The principal of all three companies is involved in and conduct all company management and business development operations for Parts Distribution Xpress, Inc. and works exclusively within the state of PA. He has no daily responsibilities with the related company's PDX North, Inc. and PDX South, Inc. He conducts mobile business development work on a daily basis. Operations conducted by this employee are assigned to class code (951).

**General Notes**

Re-audit 5/23/14



EXHIBIT B

-In the dispute, Parts Distribution Xpress, PDX, asserts that there should be no payroll in classification codes 7219 - Trucking: NOC-All Employees and Drivers and 811- Trucking NOC because, based upon (a) contracts entered into between PDX and certain drivers, (b) membership agreements between those drivers and Contractor Management Services (?CMS?), and (c) the contract between CMS and PDX (collectively, the ?Contracts?), PDX asserts that certain drivers are not PDX employees, but rather are independent contractors. PDX further asserts that it was therefore erroneous for C&I to include those drivers' remuneration in the calculation of the premium due.

-The revision request was reviewed along with all related items. It was determined that the revision request is not valid. The reasons that the revision request is not valid were outlined in the letter sent to PDX's attorney, Timothy P. Law, Esq., on 5/7/14. This reasoning has been outlined below.

C&I has reviewed the documents submitted with the January 9th Letter and has also completed an analysis of the claims history related to the Policy and to other prior policies issued to PDX (collectively, the ?Policies?). Notwithstanding PDX's assertions in the July Letter, our review of claims filed by PDX's drivers has revealed that many of those drivers have been held to be PDX employees by the workers' compensation courts of several states, making C&I liable under the policies. Because the language of the Policy includes in the premium basis the remuneration ?paid or payable during the policy period for the services of . . . all . . . persons engaged in work that could make us liable under . . . this policy? (Policy Part Five, Paragraph C.2.) (emphasis added), there can be no question that the remuneration paid to these types of drivers - drivers whose work did make C&I liable under the Policies - is properly included in the premium basis for the Policies. Accordingly, C&I's inclusion of payroll in class codes 7219 and 811 was plainly appropriate.

Indeed, the claims history related to the Policies reveals that, in holding these types of drivers to be PDX employees, workers' compensation judges in several states have considered and rejected the very arguments that PDX advances in the July Letter, including considering the very same type of documentation that was submitted with the January 9th Letter.

Moreover, significantly, contracts pertaining to many of the claimants described above were included on the disk submitted with the January 9th Letter. Specifically, information regarding Robert Urban (discussed above), Carl Howell (discussed above), Jeff Schreiber (discussed above) and Robert King (not discussed above, but the subject of an open claim) was part of the documentation provided on the disk.

As noted above, pursuant to Part Five, Section C of the Policy, C&I is entitled to collect premium for any persons ?engaged in work that could make us liable under Part One (Workers' Compensation Insurance) of this policy.?1 The drivers assigned at audit to class codes 7219 and 811 plainly increase C&I's risk exposure, as demonstrated by the claims information described above.

Under the terms of the Policy, C&I would be - and, in fact, has been - required to defend and pay claims brought by these drivers under the Policies. As such, the drivers at issue are persons who not only could make,

1 It is well-established that insurers may collect premium for any workers who increase the insurer's risk exposure was recently reaffirmed in Compassionate Care, Inc. v. Travelers Indemnity Co., No. 34963, 2013 WL 6818024, *11 (Conn. . App. Ct., Sept. 16, 2013).

In this recent case, the court, considering healthcare practitioners whom it found to be independent contractors, held that the insurer had the contractual right to charge an increased premium after a final audit for any workers who increased the insurers' risk exposure, regardless of whether the workers were employees or independent contractors. Like the insured in Compassionate Care, PDX's Policy contains both the provision recited above regarding the collection of premium for persons who could render C&I liable, and an explicit statement advising PDX that the final policy premium would be determined at audit. (Part Five, Section E). but actually have made C&I liable under the Policy. C&I is therefore contractually entitled to include these drivers' remuneration in the premium basis.

---

This revision statement was prepared on 11/11/13 and addresses the field audit issues raised in a re-open request audit initiated by the policy holder.

The policy holder contacted the carrier to request revision of the previously completed audit and is requesting the carrier revise the previously completed audit to remove all exposure developed by the policy holder's use of contract drivers within



EXHIBIT B

the states of PA, NJ and FL. For this re-open request the reviewer examined the original completed audit and has researched and analyzed the state laws related to contract drivers/owner operators within the states of PA, NJ and FL. Documentation originally provided by the policy holder included unexecuted copies of contracts used by the policy holder to obtain services from various contract drivers. The reviewer used these unexecuted contracts to conduct an evaluation and determine if the contract driver would fall within the meaning of the law as an independent driver within the states of PA, NJ and FL, had the contracts been properly executed.

Based on the reviewer's analysis of the unexecuted copies of the policy holder provided contract forms, it appears that many of the identified contractual elements of the contract form for the contract drivers, would fall within the meaning of state law within the states of PA, NJ and FL, showing that the drivers are independent drivers. However, the reviewer does not have copies of properly executed contracts for this re-open request and therefore, may not recommend the carrier make any revisions to remove the contract driver exposure at this time.

This re-open audit has been processed with no revisions necessary at this time.

---

The entrance and exit interview was conducted in person with the insured's Controller Mr. Anthony Klondar. The auditor and insured contact discussed company operations including company operations and exposure variance. A tour of the premises was included and provided by the audit contact as part of the examination Visit verification forms were signed by the insured. The audit contact did not sign the agent worksheet release forms and does not agree with the auditor's recommendations regarding the treatment of indirect labor for this coverage period. The policy holder uses a staffing/management company to provide their client companies with drivers. The drivers are not paid by our policy holder rather they are paid by a company using the trade name Contractor Management Services. Our policy holder contracts with Contract Management Services to provide drivers to transport the our insured's client goods. The auditor was unable to establish from the insured records, that Contractor Management Services provides workers compensation coverage to the drivers who provide transportation services to our insured. The audit contact advises Contractor Management Services does not provide workers compensation coverage for the drivers.

The following information was obtained from the policy holder contact, Mr. Anthony Klondar regarding the indirect labor arrangement the policy holder has with their client companies:

a. Parts Distribution Xpress (PDX) provides drivers to various client companies to transport client company products. Some drivers provided by our policy holder are direct labor employees (included in the payroll) and others are drivers provided by a staffing/management company, Contractor Management Services (CMS), engaged by our policy holder. Drivers provided by CMS are not included in the payroll records of our policy holder.

b. Drivers working as employees for our policy holder, Parts Distribution Xpress, use policy holder owned vehicles to conduct driving/transportation operations for the policy holder. Drivers provided to policy holder clients by Contractor Management Services (CMS) use their own vehicles to transport the products of our policy holder's clients.

c. Our policy holder, Parts Distribution Xpress (PDX) does not contract with or have access to contracts with any of the drivers supplied to policy holder clients by Contractor Management Services (CMS). All contracts for driving services are established and agreed to between the indirect labor drivers and Contractor Management Services (CMS). Our policy holder does not have any control or discretion over who is actually hired for any location. All discretion over who is hired belongs to Contractor Management Services (CMS).

In support of this information, the policy holder contact provided copies of unexecuted contracts used by Parts Distribution Xpress and drivers and also copies of unexecuted membership agreements used by (CMS) and the drivers. This information was forwarded to our technical services division for additional review. Technical services conducted an analysis of this information and advises the information provided does not provide adequate information to demonstrate that the drivers provided to our insured by CMS are independent contractors. The technical services division further advises the audit should be processed adding the contract drivers based on 1/3 payments to (CMS), until information is provided by our policy holder showing that contract drivers are independent.



EXHIBIT B

The auditor contacted the policy holder contact, Mr. Anthony Klondar again on 5/23/13 to communicate the recommendations of our technical services division. The policy holder contact does not agree with this recommendation and informs the auditor that when the results of the audit are received by the policy holder, the audit will be disputed based on the outcome of prior year's audits that did not find this contract driver arrangement an issue.

The company provided payroll records payroll data and all company expense records. The payroll records were reconciled to the state of PA, NY, MA, NJ and FL/UC reports. Company financial statements and expense records were provided during the audit examination. An examination of the available records for the period audited 4/1/11 to 4/1/12 including comparison to the policy period 4/1/11 to 4/1/12 revealed the following;

Company expense records examined confirmed the company engaged the services of Contractor Management Services (CMS) during the coverage period. Contractor Management Services is identified in the subcontractor section of the file showing payments made by our insured to this company. It should be noted again that the drivers who conduct driving operations as indirect labor under this arrangement, provide their own transportation/vehicles when conducting driving services for our policy holder client's and payroll for each worker cannot be obtained. Therefore, remuneration paid by our policy holder for services provided by Contractor Management Services is scheduled at one third of the total paid. Refer to the subcontractor summary for detail.

Our insured is related to another company by common ownership and trading under the name Auto Parts Xpress, LLC located at the same address and providing the same type of services. This company is insured by a Chartis Company under policy #WC 1652677.

No miscellaneous employees were identified during the audit examination.
The auditor confirmed the first pay date in PA occurred on 4-8-2011; The last pay date occurred 3-23-2012: Employees are paid weekly.
The auditor confirmed the officers of the corporation from company internal records.
Overtime wages were identified during the audit examination. However, it should be noted that the premium portion of overtime is not excluded for operations conducted within the states of PA or DE.
Third party sick pay and severance pay was not identified during the audit examination.
Key employees were identified during the audit examination. Refer to the payroll summary.

Monthly PA payrolls were requested during the audit. The insured advises monthly PA payrolls are not available.

The following are state of PA approved class codes for the most current effective date under Bureau File #2984991

| Class | Description |
|---|---|
| 0811 | Truckmen |
| 0951 | Salesperson - Outside |
| 0953 | Office |

Exposure Analysis

| State | Class Code | Estimated Exposure | Audited Exposure |
|---|---|---|---|
| PA | 811 | $ 298,392 | $ 2,122,062 |
| PA | 951 | $ 229,275 | $ 212,481 |
| PA | 953 | $ 414,833 | $ 321,180 |
| *MA | 7219 | $ - | $ 82,750 |
| MA | 8742 | $ 47,865 | $ - |
| *NJ | 7219 | $ - | $ 2,429,505 |
| NJ | 8810 | $ 73,410 | $ - |
| * NY | 7219 | $ - | $ 16,096 |
| *FL | 7219 | $ - | $ 363,412 |
| *FL | 8742 | $ - | $ 36,635 |
| FL | 8810 | $ 60,000 | $ - |



EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| Account Number: | 009868856-000-R-4 7/27/2013 009 | Audit Period: | 4/1/2011 | 4/1/2012 |
| Policy Number: | 009868856 | Policy Period: | 4/1/2011 | 4/1/2012 |
| Insured Name: | PARTS DISTRIBUTION XPRESS | Audit Method: | Physical | |

Total $ 1,123,775 $ 5,584,121

-----------------------------------------------------------------------------------------------

Total audited exposure is higher by approximately 400% more than policy estimates. This higher trend is due to the addition of the staffing/management company exposure during the operating period. Refer to the subcontractor summary. The underwriter may wish to revise the estimate for policies currently in force for this insured. Also, the underwriter may want to remove class codes 8810 for the states of MA, NJ, and FL since the company does not maintain any other fixed locations of operation within those location and therefore, could not maintain a physically separate administrative office required to use class code (8810).
*Class codes should be added at audit effective 4/1/11. State of MA cannot be added at audit. The underwriter should contact the MA bureau and forward a copy of this audit report to request that class code (7219) be added for future policies in effect. Auditor scheduled the MA driving operations under class code 8742 for this audit.
Class code 7219 should be added at audit for the states of NJ and FL effective 4/1/11. Also, the state of NY and class code 7219 should be added effective 11/2/11.
Class code 8742 should be added at audit for the state of FL effective 4/1/11.

The auditor notes that the policy contains blanket waiver of our right to recover endorsement WC000313. No specific jobs were identified which would be subject to this waiver.
The auditor confirmed that coverage for this policy period is not anniversary rated.
Claims verifications was completed during and prior to the physical audit. The auditor identified and confirmed that the insured had two active claims during the operating period. Injuries sustained by the identified claimants appear consistent with the duties and operations conducted by the claimants. As noted, these claimants do not appear in any insured payroll records.
Also, it should be noted the auditor identified two claimants from our internal records and the claims run who had active claims related to driving during the operating period. The claimants are James Coles and Robert King. James Coles worked and was injured within the state of NY, Robert King worked and was injured within the state of NJ. Neither claimant can be found in our insured's payroll records. Both claimants were contract drivers for Contractor Management Services. This further supports the need to add the payments made by our insured to Contractor Management Services for premium calculation purposes.

**Audit Reconciliation**

| State | Class Code | Description | Exposure | From | To |
|---|---|---|---|---|---|
| **Entity:** | 0001 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0001 | PA | | | |
| PA | | Gross Payroll | 1,606,274 | 04/01/11 | 04/01/12 |
| PA | | <Classified> | -740,074 | 04/01/11 | 04/01/12 |
| PA | | <Principals> | -866,200 | 04/01/11 | 04/01/12 |
| PA | BLNC | Balance BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| PA | 811 | TRUCKING N.O.C. | 315,613 | 04/01/11 | 04/01/12 |
| PA | 811 | TRUCKING N.O.C. | 1,806,449 | 04/01/11 | 04/01/12 |
| PA | 811 | Total TRUCKING N.O.C. | 2,122,062 | 04/01/11 | 04/01/12 |
| PA | 951 | SALESPERSON - OUTSIDE | 103,281 | 04/01/11 | 04/01/12 |
| PA | 951 | Principals | 109,200 | 04/01/11 | 04/01/12 |
| PA | 951 | Total SALESPERSON - OUTSIDE | 212,481 | 04/01/11 | 04/01/12 |
| PA | 953 | CLERICAL OFFICE EMPLOYEES | 321,180 | 04/01/11 | 04/01/12 |
| PA | 953 | Total CLERICAL OFFICE EMPLOYEES | 321,180 | 04/01/11 | 04/01/12 |
| **Entity:** | 0001 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0002 | MA | | | |
| MA | 8742 | SALESPERSONS, COLLECTORS OR MESSEN | 0 | 04/01/11 | 04/01/12 |
| MA | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 0 | 04/01/11 | 04/01/12 |
| MA | BLNC | BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0001 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0003 | NJ | | | |
| NJ | 7219 | TRUCKMEN: NOC-& DRIVERS | 0 | 04/01/11 | 04/01/12 |



EXHIBIT B

| | | | |
|---|---|---|---|
| Account Number: | **009868856-000-R-4 7/27/2013 009** | Audit Period: | **4/1/2011** **4/1/2012** |
| Policy Number: | **009868856** | Policy Period: | **4/1/2011** **4/1/2012** |
| Insured Name: | **PARTS DISTRIBUTION XPRESS** | Audit Method: | **Physical** |

| | | | | | |
|---|---|---|---|---|---|
| NJ | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 0 | 04/01/11 | 04/01/12 |
| NJ | BLNC | BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0001 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0011 | NY | | | |
| NY | 7219 | TRUCKING: TRUCKING NOC-ALL EMPLOYI | 0 | 04/01/11 | 04/01/12 |
| NY | BLNC | BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0002 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0002 | MA | | | |
| MA | | Gross Payroll | 82,750 | 04/01/11 | 04/01/12 |
| MA | | <Classified> | -82,750 | 04/01/11 | 04/01/12 |
| MA | BLNC | Balance BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| MA | 7219 | TRUCKMEN: NOC-& DRIVERS | 82,750 | 04/01/11 | 04/01/12 |
| MA | 7219 | Total TRUCKMEN: NOC-& DRIVERS | 82,750 | 04/01/11 | 04/01/12 |
| MA | 8742 | SALESPERSONS, COLLECTORS OR MESSEN | 0 | 04/01/11 | 04/01/12 |
| MA | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0002 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0003 | NJ | | | |
| NJ | | Gross Payroll | 85,500 | 04/01/11 | 04/01/12 |
| NJ | | <Classified> | -85,500 | 04/01/11 | 04/01/12 |
| NJ | BLNC | Balance Balance Class | 0 | 04/01/11 | 04/01/12 |
| NJ | 7219 | TRUCKMEN: NOC-& DRIVERS | 85,500 | 04/01/11 | 04/01/12 |
| NJ | 7219 | TRUCKMEN: NOC-& DRIVERS | 2,344,005 | 04/01/11 | 04/01/12 |
| NJ | 7219 | Total TRUCKMEN: NOC-& DRIVERS | 2,429,505 | 04/01/11 | 04/01/12 |
| NJ | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0002 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0008 | MA | | | |
| MA | 7219 | TRUCKING: NOC - ALL EMPLOYEES & DRIV | 0 | 04/01/11 | 04/01/12 |
| MA | BLNC | BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| NY | | Gross Payroll | 16,096 | 04/01/11 | 04/01/12 |
| NY | | <Classified> | -16,096 | 04/01/11 | 04/01/12 |
| NY | BLNC | Balance Balance Class | 0 | 04/01/11 | 04/01/12 |
| NY | 7219 | TRUCKMEN: NOC-& DRIVERS | 16,096 | 04/01/11 | 04/01/12 |
| NY | 7219 | Total TRUCKMEN: NOC-& DRIVERS | 16,096 | 04/01/11 | 04/01/12 |
| **Entity:** | 0002 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0009 | NY | | | |
| NY | 7219 | TRUCKING: TRUCKING NOC-ALL EMPLOYI | 0 | 04/01/11 | 04/01/12 |
| NY | BLNC | BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| **Entity:** | 0003 | PARTS DISTRIBUTION XPRESS | | | |
| **Location:** | 0006 | FL | | | |
| FL | | Gross Payroll | 63,135 | 04/01/11 | 04/01/12 |
| FL | | <Classified> | -63,135 | 04/01/11 | 04/01/12 |
| FL | BLNC | Balance BALANCE CLASS | 0 | 04/01/11 | 04/01/12 |
| FL | 7219 | TRUCKING: NOC-ALL EMPLOYEES AND DR | 26,500 | 04/01/11 | 04/01/12 |
| FL | 7219 | TRUCKMEN: NOC-& DRIVERS | 335,912 | 04/01/11 | 04/01/12 |
| FL | 7219 | Total TRUCKING: NOC-ALL EMPLOYEES AN | 362,412 | 04/01/11 | 04/01/12 |
| FL | 8742 | SALESPERSONS OR COLLECTORS-OUTSIDE | 36,635 | 04/01/11 | 04/01/12 |
| FL | 8742 | Total SALESPERSONS OR COLLECTORS-OUT | 36,635 | 04/01/11 | 04/01/12 |
| FL | 8810 | CLERICAL OFFICE EMPLOYEES NOC. | 0 | 04/01/11 | 04/01/12 |



EXHIBIT B

| | | | | |
|---|---|---|---|---|
| Account Number: | 009868856-000-R-4 7/27/2013 009 | Audit Period: | 4/1/2011 | 4/1/2012 |
| Policy Number: | 009868856 | Policy Period: | 4/1/2011 | 4/1/2012 |
| Insured Name: | PARTS DISTRIBUTION XPRESS | Audit Method: | Physical | |

## Principals

| State | Class Code | | Name | | Title | | | Dates | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Entity:** | **0001** | | **Location:** **0001** | | | | | | | |
| PA | 951 | | Frederick Frankel | | President | | | 04/01/11 | 04/01/12 | 1.000 |
| | | Min: | 20,800 | Max: | 109,200 | Payroll: | 866,200 | Amount Incl: | | 109,200 |
| | | | Business Development - Mobile Sales | | | | | | | |
| **Entity:** | **0002** | | **Location:** **0002** | | | | | | | |
| MA | EXCL | | Frederick Frankel | | President | | | 04/01/11 | 04/01/12 | 1.000 |
| | | Min: | 10,400 | Max: | 52,000 | Payroll: | 0 | Amount Incl: | | 0 |
| | | | Inactive in MA | | | | | | | |
| | | | **Location:** **0003** | | | | | | | |
| NJ | EXCL | | Frederick Frankel | | President | | | 04/01/11 | 04/01/12 | 1.000 |
| | | Min: | 29,640 | Max: | 118,040 | Payroll: | 0 | Amount Incl: | | 0 |
| | | | Inactive in NJ | | | | | | | |
| **Entity:** | **0003** | | **Location:** **0006** | | | | | | | |
| FL | EXCL | | Frederick Frankel | | President | | | 04/01/11 | 04/01/12 | 1.000 |
| | | Min: | 20,800 | Max: | 119,600 | Payroll: | 0 | Amount Incl: | | 0 |
| | | | Inactive in Florida | | | | | | | |

## Payroll Verification

**Entity:** **0001** **Location:** **0001**

Verification Type: **State Unemployment Forms** State: **PA**

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2011 | 371,666 | 0 | 371,666 | |
| 3rd Qtr 2011 | 435,510 | 0 | 435,510 | |
| 4th Qtr 2011 | 426,302 | 0 | 426,302 | |
| 1st Qtr 2012 | 372,796 | 0 | 372,796 | |
| 2nd Qtr 2012 | 0 | 0 | 0 | |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 1,606,274 | **Verification Total:** | 1,606,274 | **Deviation:** 0 |

**Entity:** **0002** **Location:** **0002**

Verification Type: **State Unemployment Forms** State: **MA**

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2011 | 18,923 | 0 | 18,923 | |
| 3rd Qtr 2011 | 22,077 | 0 | 22,077 | |
| 4th Qtr 2011 | 22,827 | 0 | 22,827 | |
| 1st Qtr 2012 | 18,923 | 0 | 18,923 | |
| 2nd Qtr 2012 | 0 | 0 | 0 | |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 82,750 | **Verification Total:** | 82,750 | **Deviation:** 0 |

**Location:** **0003**

Verification Type: **State Unemployment Forms** State: **NJ**



EXHIBIT B

| | | | |
|---|---|---|---|
| Account Number: | 009868856-000-R-4 7/27/2013 009 | Audit Period: | 4/1/2011 4/1/2012 |
| Policy Number: | 009868856 | Policy Period: | 4/1/2011 4/1/2012 |
| Insured Name: | PARTS DISTRIBUTION XPRESS | Audit Method: | Physical |

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2011 | 18,923 | 0 | 18,923 | |
| 3rd Qtr 2011 | 22,077 | 0 | 22,077 | |
| 4th Qtr 2011 | 25,577 | 0 | 25,577 | |
| 1st Qtr 2012 | 18,923 | 0 | 18,923 | |
| 2nd Qtr 2012 | 0 | 0 | 0 | |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 85,500 | **Verification Total:** | 85,500 | **Deviation:** 0 |

**Location:** 0008

Verification Type: **State Unemployment Forms** State: **NY**

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2011 | 0 | 0 | 0 | |
| 3rd Qtr 2011 | 0 | 0 | 0 | |
| 4th Qtr 2011 | 6,865 | 0 | 6,865 | |
| 1st Qtr 2012 | 9,231 | 0 | 9,231 | |
| 2nd Qtr 2012 | 0 | 0 | 0 | |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 16,096 | **Verification Total:** | 16,096 | **Deviation:** 0 |

**Entity:** 0003 **Location:** 0006

Verification Type: **Federal 941**

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2011 | 14,308 | 0 | 14,308 | |
| 3rd Qtr 2011 | 16,827 | 0 | 16,827 | |
| 4th Qtr 2011 | 17,577 | 0 | 17,577 | |
| 1st Qtr 2012 | 14,423 | 0 | 14,423 | |
| 2nd Qtr 2012 | 0 | 0 | 0 | |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 63,135 | **Verification Total:** | 63,135 | **Deviation:** 0 |

Verification Type: **State Unemployment Forms** State: **FL**

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2011 | 14,308 | 0 | 14,308 | |
| 3rd Qtr 2011 | 16,827 | 0 | 16,827 | |
| 4th Qtr 2011 | 17,577 | 0 | 17,577 | |
| 1st Qtr 2012 | 14,423 | 0 | 14,423 | |
| 2nd Qtr 2012 | 0 | 0 | 0 | |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 63,135 | **Verification Total:** | 63,135 | **Deviation:** 0 |

**Audit Worksheet**

| State | Class Code | Name | Order | Dept | Empl. Dates | | Total |
|---|---|---|---|---|---|---|---|
| **Entity:** 0001 | | **Location:** 0001 | | | | | |
| | | Gross Payroll | | | | | |
| PA | | Gross Payroll<br>Duties: Gross Payroll | 50 | | 04/01/11 | 04/01/12 | 1,606,274 |



EXHIBIT B

| | | | |
|---|---|---|---|
| Account Number: | 009868856-000-R-4 7/27/2013 009 | Audit Period: | 4/1/2011 4/1/2012 |
| Policy Number: | 009868856 | Policy Period: | 4/1/2011 4/1/2012 |
| Insured Name: | PARTS DISTRIBUTION XPRESS | Audit Method: | Physical |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2011: | 371,666 | 07/01/2011: | 435,510 | 10/01/2011: | 426,302 | 01/01/2012:<br>Adjustment: | 372,796<br>0 |

Total Gross Payroll **1,606,274**

Classified

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA 811 | Anderson Dasilva | | | 190 | 04/01/11 | 04/01/12 | 22,711 |
| | Duties: Driving Operations | | | | | | |
| 04/01/2011: | 8,654 | 07/01/2011: | 10,096 | 10/01/2011: | 3,961 | 01/01/2012:<br>Adjustment: | 0<br>0 |
| PA 811 | Anthony Walburn | | | 110 | 04/01/11 | 04/01/12 | 100,999 |
| | Duties: Driver Forman | | | | | | |
| 04/01/2011: | 23,076 | 07/01/2011: | 26,923 | 10/01/2011: | 27,923 | 01/01/2012:<br>Adjustment: | 23,077<br>0 |
| PA 811 | Arthur Duke | | | 100 | 04/01/11 | 04/01/12 | 36,120 |
| | Duties: Driving Operations | | | | | | |
| 04/01/2011: | 8,220 | 07/01/2011: | 9,590 | 10/01/2011: | 10,090 | 01/01/2012:<br>Adjustment: | 8,220<br>0 |
| PA 811 | Charles O Lawrence | | | 180 | 04/01/11 | 04/01/12 | 52,903 |
| | Duties: Driving Operations | | | | | | |
| 04/01/2011: | 12,692 | 07/01/2011: | 14,808 | 10/01/2011: | 15,307 | 01/01/2012:<br>Adjustment: | 10,096<br>0 |
| PA 811 | Edwin R. Matos | | | 90 | 04/01/11 | 04/01/12 | 40,800 |
| | Duties: Driving Operations | | | | | | |
| 04/01/2011: | 9,300 | 07/01/2011: | 10,850 | 10/01/2011: | 11,350 | 01/01/2012:<br>Adjustment: | 9,300<br>0 |
| PA 811 | Michelle Curet | | | 230 | 04/01/11 | 04/01/12 | 7,384 |
| | Duties: Billing and Invoicing - Admin. Office | | | | | | |
| 04/01/2011: | 0 | 07/01/2011: | 0 | 10/01/2011: | 0 | 01/01/2012:<br>Adjustment: | 7,384<br>0 |
| PA 811 | Patricia Barbosa | | | 200 | 04/01/11 | 04/01/12 | 27,273 |
| | Duties: Driving Operations | | | | | | |
| 04/01/2011: | 9,231 | 07/01/2011: | 10,769 | 10/01/2011: | 1,538 | 01/01/2012:<br>Adjustment: | 5,735<br>0 |
| PA 811 | Pedro Barboso | | | 210 | 04/01/11 | 04/01/12 | 27,423 |
| | Duties: Driving Operations | | | | | | |
| 04/01/2011: | 0 | 07/01/2011: | 9,423 | 10/01/2011: | 9,923 | 01/01/2012:<br>Adjustment: | 8,077<br>0 |
| PA 951 | Joseph Connolly | | | 130 | 04/01/11 | 04/01/12 | 103,281 |
| | Duties: Mobile Sales Operations | | | | | | |
| 04/01/2011: | 24,207 | 07/01/2011: | 25,002 | 10/01/2011: | 29,392 | 01/01/2012:<br>Adjustment: | 24,680<br>0 |
| PA 953 | Anthony Klondar | | | 140 | 04/01/11 | 04/01/12 | 1,300 |
| | Duties: In Office Financial Management Operations | | | | | | |
| Notes | Notes: Key Employee | | | | | | |
| 04/01/2011: | 300 | 07/01/2011: | 350 | 10/01/2011: | 350 | 01/01/2012:<br>Adjustment: | 300<br>0 |
| PA 953 | Dorothy Rogers | | | 150 | 04/01/11 | 04/01/12 | 57,724 |
| | Duties: In office billing operations | | | | | | |
| 04/01/2011: | 13,090 | 07/01/2011: | 15,272 | 10/01/2011: | 16,272 | 01/01/2012:<br>Adjustment: | 13,090<br>0 |
| PA 953 | Kasandra Dougherty | | | 170 | 04/01/11 | 04/01/12 | 32,012 |



EXHIBIT B

| | | | |
|---|---|---|---|
| Account Number: | 009868856-000-R-4 7/27/2013 009 | Audit Period: | 4/1/2011 4/1/2012 |
| Policy Number: | 009868856 | Policy Period: | 4/1/2011 4/1/2012 |
| Insured Name: | PARTS DISTRIBUTION XPRESS | Audit Method: | Physical |

Duties: In office billing operations

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2011: | 7,039 | 07/01/2011: | 8,227 | 10/01/2011: | 4,054 | 01/01/2012: | 12,692 |
| | | | | | | Adjustment: | 0 |

PA 953 | Michael Frankel | 120 | 04/01/11 | 04/01/12 | 159,394

Duties: In Office Sales/Management Operations

Notes — Notes: Key Employee

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2011: | 36,119 | 07/01/2011: | 42,138 | 10/01/2011: | 44,638 | 01/01/2012: | 36,499 |
| | | | | | | Adjustment: | 0 |

PA 953 | Michelle McGowan | 160 | 04/01/11 | 04/01/12 | 35,000

Duties: In office billing operations

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2011: | 7,538 | 07/01/2011: | 8,962 | 10/01/2011: | 10,654 | 01/01/2012: | 7,846 |
| | | | | | | Adjustment: | 0 |

PA 953 | Wayne Plytynski | 220 | 04/01/11 | 04/01/12 | 35,750

Duties: HR - Administrative Office Operations

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2011: | 0 | 07/01/2011: | 2,500 | 10/01/2011: | 18,250 | 01/01/2012: | 15,000 |
| | | | | | | Adjustment: | 0 |

Total Classified **740,074**

## Principals

PA 951 | Frederick Frankel | 40 | 04/01/11 | 04/01/12 | 866,200

Duties: Business Development - Mobile Sales

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2011: | 212,200 | 07/01/2011: | 240,600 | 10/01/2011: | 222,600 | 01/01/2012: | 190,800 |
| | | | | | | Adjustment: | 0 |

Total Principals **866,200**

**Entity:** **0002** **Location:** **0002**

## Gross Payroll

MA | Gross Payroll | 60 | 04/01/11 | 04/01/12 | 82,750

Duties: Gross Payroll

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2011: | 18,923 | 07/01/2011: | 22,077 | 10/01/2011: | 22,827 | 01/01/2012: | 18,923 |
| | | | | | | Adjustment: | 0 |

Total Gross Payroll **82,750**

## Classified

MA 7219 | Alvaro Carvalho | 270 | 04/01/11 | 04/01/12 | 40,250

Duties: Delivery Driving Operations

Notes — Notes: This employee is a delivery driver. The policy does not endorse the correct class code (7219) for MA. Therefore the auditor scheduled under class code (8742) which is endorsed. Underwriter has been notified.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2011: | 9,231 | 07/01/2011: | 10,769 | 10/01/2011: | 11,019 | 01/01/2012: | 9,231 |
| | | | | | | Adjustment: | 0 |

MA 7219 | Hugh Carozza | 260 | 04/01/11 | 04/01/12 | 42,500

Duties: Delivery Driving Operations

Notes — Notes: This employee is a delivery driver. The policy does not endorse the correct class code (7219) for MA. Therefore the auditor scheduled under class code (8742) which is endorsed. Underwriter has been notified.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2011: | 9,692 | 07/01/2011: | 11,308 | 10/01/2011: | 11,808 | 01/01/2012: | 9,692 |
| | | | | | | Adjustment: | 0 |

Total Classified **82,750**

## Principals



EXHIBIT B

| | | | |
|---|---|---|---|
| Account Number: | 009868856-000-R-4 7/27/2013 009 | Audit Period: | 4/1/2011 4/1/2012 |
| Policy Number: | 009868856 | Policy Period: | 4/1/2011 4/1/2012 |
| Insured Name: | PARTS DISTRIBUTION XPRESS | Audit Method: | Physical |

MA EXCL Frederick Frankel 20 04/01/11 04/01/12 0
Duties: Inactive in MA

04/01/2011: 0 07/01/2011: 0 10/01/2011: 0 01/01/2012: 0
Adjustment: 0

Total Principals **0**

**Location: 0003**

Gross Payroll

NJ Gross Payroll 70 04/01/11 04/01/12 85,500
Duties: Gross Payroll

04/01/2011: 18,923 07/01/2011: 22,077 10/01/2011: 25,577 01/01/2012: 18,923
Adjustment: 0

Total Gross Payroll **85,500**

Classified

NJ 7219 Martin Klose 240 04/01/11 04/01/12 43,500
Duties: Delivery Driving Operations

04/01/2011: 9,692 07/01/2011: 11,308 10/01/2011: 12,808 01/01/2012: 9,692
Adjustment: 0

NJ 7219 Patrick Hughes 250 04/01/11 04/01/12 42,000
Duties: Delivery Driving Operations

04/01/2011: 9,231 07/01/2011: 10,769 10/01/2011: 12,769 01/01/2012: 9,231
Adjustment: 0

Total Classified **85,500**

Principals

NJ EXCL Frederick Frankel 30 04/01/11 04/01/12 0
Duties: Inactive in NJ

04/01/2011: 0 07/01/2011: 0 10/01/2011: 0 01/01/2012: 0
Adjustment: 0

Total Principals **0**

**Location: 0008**

Gross Payroll

NY Gross Payroll 280 04/01/11 04/01/12 16,096
Duties: Gross Payroll

04/01/2011: 0 07/01/2011: 0 10/01/2011: 6,865 01/01/2012: 9,231
Adjustment: 0

Total Gross Payroll **16,096**

Classified

NY 7219 Sean Ordonez 290 04/01/11 04/01/12 16,096
Duties: Driving Operations

04/01/2011: 0 07/01/2011: 0 10/01/2011: 6,865 01/01/2012: 9,231
Adjustment: 0

Total Classified **16,096**

**Entity: 0003** **Location: 0006**

Gross Payroll



EXHIBIT B

| | | | | |
|---|---|---|---|---|
| Account Number: | 009868856-000-R-4 7/27/2013 009 | Audit Period: | 4/1/2011 | 4/1/2012 |
| Policy Number: | 009868856 | Policy Period: | 4/1/2011 | 4/1/2012 |
| Insured Name: | PARTS DISTRIBUTION XPRESS | Audit Method: | Physical | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FL | | Gross Payroll | | 80 | 04/01/11 | 04/01/12 | 63,135 |
| | | Duties: Gross Payroll | | | | | |
| 04/01/2011: | 14,308 | 07/01/2011: | 16,827 | 10/01/2011: | 17,577 | 01/01/2012: | 14,423 |
| | | | | | | Adjustment: | 0 |
| | | | | | Total Gross Payroll | | **63,135** |

Classified

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FL | 7219 | Robert Zabrocki | | 310 | 04/01/11 | 04/01/12 | 26,500 |
| | | Duties: Driving Operations | | | | | |
| 04/01/2011: | 6,000 | 07/01/2011: | 7,000 | 10/01/2011: | 7,500 | 01/01/2012: | 6,000 |
| | | | | | | Adjustment: | 0 |
| FL | 8742 | Joaquin Gessa | | 300 | 04/01/11 | 04/01/12 | 36,635 |
| | | Duties: Mobile Sales Operations | | | | | |
| 04/01/2011: | 8,308 | 07/01/2011: | 9,827 | 10/01/2011: | 10,077 | 01/01/2012: | 8,423 |
| | | | | | | Adjustment: | 0 |
| | | | | | Total Classified | | **63,135** |

Principals

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FL | EXCL | Frederick Frankel | | 10 | 04/01/11 | 04/01/12 | 0 |
| | | Duties: Inactive in Florida | | | | | |
| 04/01/2011: | 0 | 07/01/2011: | 0 | 10/01/2011: | 0 | 01/01/2012: | 0 |
| | | | | | | Adjustment: | 0 |
| | | | | | Total Principals | | **0** |

**Subcontractors Summary**

**Entity:** **0001** **Location:** **0001**

**Sub Code/Name:** 0001 Contractor Management Services **Contract Period:** 04/01/2011 03/31/2012

**State:** PA **Class Code:** 811 **Description:** TRUCKING N.O.C.

| | | | | | |
|---|---|---|---|---|---|
| **Labor:** | $0 x | 100.0000 pct = | $0 | | |
| **Labor/Mat'l:** | $5,474,088 x | 33.0000 pct = | $1,806,449 | **Insured?** | No |
| **Mobile Equipment/Trucking:** | $0 x | 0.0000 pct = | $0 | | |

**Notes:** This company furnishes workers who provide trucking services for the insured during the operating period. The insured has not provided proof of workers compensation coverage for the management/staffing company. The auditor has added the payments made by the insured to contractor for premium calcualtion purposes and assigned the exposure to class code (7219).

It should be noted that the drivers who conduct driving operations as indirect labor under this arrangement, provide their own tranporation/vehicles when conducting driving services for our insured and payroll for each worker cannot be obtained. Therefore, remuneration paid by our insured for these services is scheduled at one third of the total amount paid by our insured to Contractor Management Services for this coverage period.

**Entity:** **0002** **Location:** **0003**

**Sub Code/Name:** 0001 Contractor Management Services **Contract Period:** 04/01/2011 03/31/2012

**State:** NJ **Class Code:** 7219 **Description:** TRUCKMEN: NOC-& DRIVERS

| | | | | | |
|---|---|---|---|---|---|
| **Labor:** | $0 x | 100.0000 pct = | $0 | | |
| **Labor/Mat'l:** | $7,103,046 x | 33.0000 pct = | $2,344,005 | **Insured?** | No |
| **Mobile Equipment/Trucking:** | $0 x | 0.0000 pct = | $0 | | |

**Notes:** This company furnishes workers who provide trucking services for the insured during the operating period. The insured has not provided proof of workers compensation coverage for the management/staffing company. The auditor has added the payments made by the insured to contractor for premium calcualtion purposes and assigned the exposure to class code (7219). Until proof of insurance can be established.



EXHIBIT B

It should be noted that the drivers who conduct driving operations as indirect labor under this arrangement, provide their own tranporation/vehicles when conducting driving services for our insured and payroll for each worker cannot be obtained. Therefore, remuneration paid by our insured for these services is scheduled at one third of the total amount paid by our insured to Contractor Management Services for this coverage period.

**Entity: 0003** **Location: 0006**

**Sub Code/Name:** 0001 Contractor Management Services **Contract Period:** 04/01/2011 03/31/2012

**State:** FL **Class Code:** 7219 **Description:** TRUCKMEN: NOC-& DRIVERS

| | | | | | |
|---|---|---|---|---|---|
| **Labor:** | $0 x | 100.0000 pct = | $0 | | |
| **Labor/Mat'l:** | $1,017,914 x | 33.0000 pct = | $335,912 | **Insured?** | No |
| **Mobile Equipment/Trucking:** | $0 x | 0.0000 pct = | $0 | | |

**Notes:** This company furnishes workers who provide trucking services for the insured during the operating period. The insured has not provided proof of workers compensation coverage for the management/staffing company. The auditor has added the payments made by the insured to contractor for premium calcualtion purposes and assigned the exposure to class code (7219).

It should be noted that the drivers who conduct driving operations as indirect labor under this arrangement, provide their own tranporation/vehicles when conducting driving services for our insured and payroll for each worker cannot be obtained. Therefore, remuneration paid by our insured for these services is scheduled at one third of the total amount paid by our insured to Contractor Management Services for this coverage period.

**Subcontractors Detail**

| | | Sub Code | Date | Amount | Type |
|---|---|---|---|---|---|
| **Entity: 0001** | **Location:** | **0001** | | | |
| | | 0001 | 03/31/2012 | 5,474,088 | Labor & Material |
| **Entity: 0002** | **Location:** | **0003** | | | |
| | | 0001 | 03/31/2012 | 7,103,046 | Labor & Material |
| **Entity: 0003** | **Location:** | **0006** | | | |
| | | 0001 | 03/31/2012 | 1,017,914 | Labor & Material |

**Class Codes**

| State | Class Code | | Seq | Balance | Description |
|---|---|---|---|---|---|
| **Entity:** | **0001** | **Location:** | **0001** | | |
| PA | 811 | | 0 | | TRUCKING N.O.C. |
| PA | 951 | | 0 | | SALESPERSON - OUTSIDE |
| PA | 953 | | 0 | | CLERICAL OFFICE EMPLOYEES |
| PA | BLNC | | 0 | Balance | BALANCE CLASS |
| | | **Location:** | **0002** | | |
| MA | 8742 | | 0 | | SALESPERSONS, COLLECTORS OR MESSENGERS - OUTSIDE |
| MA | 8810 | | 0 | | CLERICAL OFFICE EMPLOYEES NOC |
| MA | BLNC | | 0 | Balance | BALANCE CLASS |
| | | **Location:** | **0003** | | |
| NJ | 7219 | | 0 | | TRUCKMEN: NOC-& DRIVERS |
| NJ | 8810 | | 0 | | CLERICAL OFFICE EMPLOYEES NOC |
| NJ | BLNC | | 0 | Balance | BALANCE CLASS |
| | | **Location:** | **0011** | | |
| NY | 7219 | | 0 | | TRUCKING: TRUCKING NOC-ALL EMPLOYEES & DRIVERS |
| NY | BLNC | | 0 | Balance | BALANCE CLASS |
| **Entity:** | **0002** | **Location:** | **0002** | | |
| MA | 7219 | | 30 | | TRUCKMEN: NOC-& DRIVERS |
| MA | 8742 | | 0 | | SALESPERSONS, COLLECTORS OR MESSENGERS - OUTSIDE |
| MA | 8810 | | 0 | | CLERICAL OFFICE EMPLOYEES NOC |
| MA | BLNC | | 0 | Balance | BALANCE CLASS |
| | | **Location:** | **0003** | | |
| NJ | 7219 | | 10 | | TRUCKMEN: NOC-& DRIVERS |
| NJ | 8810 | | 0 | | CLERICAL OFFICE EMPLOYEES NOC |



EXHIBIT B

| | | | |
|---|---|---|---|
| Account Number: | 009868856-000-R-4 7/27/2013 009 | Audit Period: | 4/1/2011 4/1/2012 |
| Policy Number: | 009868856 | Policy Period: | 4/1/2011 4/1/2012 |
| Insured Name: | PARTS DISTRIBUTION XPRESS | Audit Method: | Physical |

| | | | | |
|---|---|---|---|---|
| NJ | BLNC | 20 | Balance | Balance Class |
| | **Location:** | **0008** | | |
| MA | 7219 | 0 | | TRUCKING: NOC - ALL EMPLOYEES & DRIVERS |
| MA | BLNC | 0 | Balance | BALANCE CLASS |
| NY | 7219 | 60 | | TRUCKMEN: NOC-& DRIVERS |
| NY | BLNC | 70 | Balance | Balance Class |
| | **Location:** | **0009** | | |
| NY | 7219 | 0 | | TRUCKING: TRUCKING NOC-ALL EMPLOYEES & DRIVERS |
| NY | BLNC | 0 | Balance | BALANCE CLASS |
| **Entity:** **0003** | **Location:** | **0006** | | |
| FL | 7219 | 0 | | TRUCKING: NOC-ALL EMPLOYEES AND DRIVERS. |
| FL | 8742 | 0 | | SALESPERSONS OR COLLECTORS-OUTSIDE |
| FL | 8810 | 0 | | CLERICAL OFFICE EMPLOYEES NOC. |
| FL | BLNC | 0 | Balance | BALANCE CLASS |

**Records Requested/Audited**

**Entity: 0001 Location: 0001**

| R | A | Description | R | A | Description |
|---|---|---|---|---|---|
| ☒ | ☐ | Social Security (Fed 941's) | ☐ | ☐ | Sales Journal |
| ☐ | ☐ | Sales Tax Reports | ☐ | ☐ | Cash Disbursements |
| ☒ | ☒ | State Unemployment Reports | ☐ | ☐ | Checkbook |
| ☒ | ☐ | Individual Payroll Cards | ☐ | ☐ | Job Costs Sheet |
| ☒ | ☒ | Payroll Book (Listings) | ☐ | ☐ | Receipts Journal |
| ☒ | ☒ | General Ledger | ☐ | ☐ | Summaries |
| ☒ | ☐ | Certificates of Insurance | ☒ | ☒ | Financial Statement |



EXHIBIT B

| | | | | |
|---|---|---|---|---|
| Account Number: | **009868856-000-R-4 7/27/2013 009** | Audit Period: | **4/1/2011** | **4/1/2012** |
| Policy Number: | **009868856** | Policy Period: | **4/1/2011** | **4/1/2012** |
| Insured Name: | **PARTS DISTRIBUTION XPRESS** | Audit Method: | **Physical** | |

**Status/Non-Productive Report**

| | | | |
|---|---|---|---|
| **Auditor Name:** | | **Auditor Number:** | CAPXDFI |
| **Insured:** | PARTS DISTRIBUTION XPRESS | **Policy #:** | 009868856 |
| **Company:** | 0107 | **Audit Period:** | 04/01/2011-04/01/2012 |
| **Division/Region:** | 013 | **Policy Period:** | 04/01/2011-04/01/2012 |
| **Location of Audit:** | | | |
| **VisitDate:** | | | |
| **Estimate %:** | | | |

| Contact Type | Contact Name | Telephone # |
|---|---|---|

| Date | Contact | Results |
|---|---|---|



EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| Account Number: | **009868856-000-R-4 7/27/2013 009** | Audit Period: | **4/1/2011** | **4/1/2012** |
| Policy Number: | **009868856** | Policy Period: | **4/1/2011** | **4/1/2012** |
| Insured Name: | **PARTS DISTRIBUTION XPRESS** | Audit Method: | **Physical** | |

**Policies**

| **Policy Number** | **Policy Dates** | |
|---|---|---|
| 009868856 | 04/01/2011 | 04/01/2012 |

**INSURED'S VERIFICATION OF AUDIT PERFORMANCE AND INSURED MAILING ADDRESS**

On 07/27/2013, Auditor visited our offices and reviewed those records necessary to complete a Premium Audit of the above listed policy(ies). The audit was reviewed with me and I fully understand what records were used and how the exposures were derived. I/We hereby certify that the foregoing truly and correctly includes all information required under the terms of the policy(ies) specified above for premium calculation. A copy of completed audit worksheets will be forwarded to you in the mail.

| | Michael Frankel | Manager | 06/18/2012 |
|---|---|---|---|
| (Signature of Insured or Authorized Representative) | (Printed Name) | (Title) | (Date) |

**SIGNATURE OF PREMIUM AUDIT REPRESENTATIVE**

| | Paul Paquette | Auditor | 07/12/2012 |
|---|---|---|---|
| (Signature of Premium Audit Representative) | (Printed Name) | (Title) | (Date) |



EXHIBIT B