| | |
|---|---|
| AS OF DATE : | 11/15/2016 |
| PAPER COMPANY | |
| INSURED: | PARTS DISTRIBUTION XPRESS INC |
| POLICY NUMBER: | 9868856-01311091 |
| POLICY PERIOD: | 4/1/2011-2012 |
| CANCEL DATE: | |
| PRODUCER: | PMC INSURANCE AGENCY, INC. |

| | PREMIUM AMOUNT |
|---|---|
| NEW/RENEWAL PREMIUM | $60,616.00 |
| CANCELLATION | |
| ENDORSEMENT(S) | |
| AUDIT PREMIUM | $702,548.00 |
| REVISED AUDIT | |
| POLICY PREMIUM | $763,164.00 |
| SURCHARGES/FEES | $100.00 |
| WRITE-OFF | |
| APPLIED FROM POLICY | |
| LESS PAYMENTS | -$60,716.00 |
| REMAINING BALANCE DUE | $702,548.00 |

| Date Received | | Amount | CHECK NO. / Wire Indicator |
|---|---|---|---|
| 04/06/11 | $ | (9,086.00) | 3296 |
| 04/20/11 | $ | (5,163.00) | 3342 |
| 05/12/11 | $ | (5,163.00) | 3495 |
| 06/24/11 | $ | (5,163.00) | 3693 |
| 07/13/11 | $ | (5,163.00) | 3746 |
| 08/10/11 | $ | (5,163.00) | 3854 |
| 09/22/11 | $ | (5,163.00) | 3964 |
| 10/20/11 | $ | (5,163.00) | 4053 |
| 11/08/11 | $ | (5,163.00) | 4139 |
| 12/15/11 | $ | (5,163.00) | 4253 |
| 01/12/12 | $ | (5,163.00) | 4370 |
| TOTAL PAID | $ | (60,716.00) | |

EXHIBIT D