AIG

# AIG
## Specialty Workers Compensation Group
## INVOICE

**Invoice number:** 080000152050
For billing inquiries call: (800) 645-2259
Email SWCLCD@aig.com
**POLICY: 9868856**

Billed to: 1003988087

**Billing Date:** 06/04/2013
**Page** 1 of 1

Producer: P0075190

PARTS DISTRIBUTION XPRESS INC PDX NORTH
INC
223 S GOVERNOR PRINTZ BLVD.
ESSINGTON, PA 19029-0000

PMC INSURANCE AGENCY, INC
PMC INSURANCE GROUP
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

***FINAL AUDIT PREMIUM BILLING***
***Please contact your producer for any questions regarding your policy***

| | | | | | AMOUNT BILLED ON THIS INVOICE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEMS | POLICY | PAYMENT RECEIVED | FEE CHARGE | TOTAL OUTSTANDING BALANCE* | OUTSTANDING PREVIOUSLY BILLED Due Date | OUTSTANDING PREVIOUSLY BILLED Amount | + | CURRENTLY BILLED Due Date | CURRENTLY BILLED Amount |
| AUDIT | WC 9868856 | 0.00 | 0.00 | 702,503.00 | | 0.00 | + | 07/04/2013 | 702,503.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| AMOUNT DUE** | | | | | | 0.00 | | | 702,503.00 |

**Account summary through**

| | |
|---|---|
| TOTAL POLICY PREMIUM | 763,119.00 |
| TOTAL PAYMENT RECEIVED TO DATE | 60,716.00 |
| TOTAL REFUNDS | |
| FEES BILLED TO DATE | 100.00 |
| TOTAL OUTSTANDING BALANCE* | 702,503.00 |

**Failure to pay the above might result in cancellation of any workers' compensation policy that is currently in force covering the insured referenced above.**

***Thank you for Insuring with AIG***

RETURN PAYMENT COUPON BELOW WITH YOUR PAYMENT **** DO NOT SEND A PHOTOCOPY

| INVOICE | CUSTOMER ID | AMOUNT DUE DETAIL ABOVE** | AMOUNT ENCLOSED |
|---|---|---|---|
| 080000152050 | 1003988087 | 702,503.00 | |
| **POLICIES INVOICED** | | | |
| WC 9868856 | | | |

☐ CHECK HERE IF YOUR ADDRESS HAS CHANGED AND COMPLETE FORM ON REVERSE SIDE

☐ CHECK HERE IF YOUR POLICY IS FINANCED

Please make your check payable to AIG and include this Payment Coupon to ensure proper credit to your account.

**AIG**
**22427 Network Place**
**Chicago, IL 60673-1224**

BILLED TO:
PARTS DISTRIBUTION XPRESS INC PDX NORTH
INC
223 S GOVERNOR PRINTZ BLVD.
ESSINGTON, PA 19029-0000

**INSUREDS COPY**

013 000000000800000152050 07042013 0 00000070250300 7

EXHIBIT E

**AIG**

AUDUBON INSURANCE COMPANY
CHARTIS SPECIALTY INS. CO.
CHARTIS SELECT INSURANCE COMPANY
AMERICAN HOME INSURANCE CO.
CHARTIS PROPERTY CASUALTY CO.
COMMERCE & INDUSTRY INS CO.

GRANITE STATE INSURANCE CO.
ILLINOIS NATIONAL INSURANCE CO.
INS CO OF THE STATE OF PENN
LEXINGTON INSURANCE COMPANY
CHARTIS CASUALTY COMPANY
NATIONAL UNION FIRE INS. CO.

AUDUBON INDEMNITY COMPANY
NEW HAMPSHIRE INSURANCE CO.
LANDMARK INSURANCE COMPANY
NATIONAL UNION F.L. OF LA
CHARTIS EXCESS LIMITED
AIG INSURANCE COMPANY OF CANADA

**ADDITIONAL INFORMATION**

Please refer to the policy Extension form 7754 for each state for any state surcharges/assessments.

**EXPLANATION OF TERMS and CANCELLATION PROCEDURE**

- If a Notice of Cancellation has been issued in connection with any policy identified in the Invoice, this Invoice does not rescind or supercede the Notice of Cancellation or reinstate the policy; nor is it an offer to do so.

- The "Currently Billed Due Date" is the date your payment is due in our office. Fees and charges, if applicable, will be assessed on the next bill date. See fees and charges section for detail.

- If you fail to pay the currently billed amount, or pay less than the currently billed amount, we may issue a legal cancellation notice due to nonpayment of premium.

**PAYMENT OPTIONS**

**FULL PAYMENT**
Pay the premium in full, with no installment fee.

**SELECTED PAYMENT PLAN**
Pay the premium on the payment schedule shown below.

**WC** **Policy Period: 04/01/2011 to 04/01/2012 Full Pay**
**Due Date:**
**Due Amt:**

**FEES AND CHARGES, IF APPLICABLE**

Fees and charges vary by state. Actual fees and charges are specified on the reverse side of the invoice where applicable.
Fees and charges applicable to your account may include the following:
-An installment service fee of up to $10.00 may be charged for each installment billed.
-A late fee of up to $25.00 may be charged if an invoiced amount is not received by the invoice due date.
-An insufficient funds (NSF) fee of up to $30.00 may be charged for checks returned due to insufficient funds.
-A reinstatement fee of up to $30.00 may be charged when we agree to reinstate the policy after it has been cancelled for non-payment of premium.

---

**GENERAL INFORMATION**

Please make your check payable to AIG. Include this Payment Coupon with your check to ensure proper credit to your account.
Please notify us immediately of any changes of address. It will help us to serve you better, and may prevent a late payment fee or revocation of the installment payment privileges.
For policy changes please contact your producer.

**SEND PAYMENTS TO:**
AIG
22427 Network Place
Chicago, IL 60673-1224

**SEND CORRESPONDENCE TO:**
AIG
Specialty Workers Compensation Group
PO Box 409
Parsippany, NJ 07054-0409

**Print change of address, fax, telephone and e-mail below.**

STREET ADDRESS

CITY STATE ZIP

BUSINESS PHONE NUMBER

FAX NUMBER

E-MAIL ADDRESS

EXHIBIT E