AIG

**AUTO PARTS XPRESS LLC**
**Attn: ANTHONY KLONDAR**
**POB 329**
**ESSINGTON, PA 19029**

# Workers' Compensation Audit

| | |
|---|---|
| Prepared for: | **Commerce & Industry Ins Co** |
| Report prepared by: | **AIG - Premium Audit Division** |

| | |
|---|---|
| Policy Number: | **001652677** |
| Policy Term: | **04/28/2012 - 04/28/2013** |
| Audit Period: | **04/28/2012 - 04/28/2013** |
| Audit Date: | **09/10/2013** |

EXHIBIT H

**Workers Compensation**

| | | | | |
|---|---|---|---|---|
| Legal Entity: | **Limited Liability Co** | Audit Date: | **9/10/2013** | |
| Agent ID: | **0075190-00** | Auditor ID: | **CAPXDFI** | |
| Account Number: | **001652677-000-R-4 5/23/2014 003** | Auditor Name: | | |
| Policy Number: | **001652677** | Audit Period: | **4/28/2012** | **4/28/2013** |
| Insured Name: | **AUTO PARTS XPRESS LLC** | Policy Period: | **4/28/2012** | **4/28/2013** |
| | | Audit Method: | **Physical** | |

**Exposure Summary**

| State | Class Code | Description | Exposure | From | To |
|---|---|---|---|---|---|
| **Entity:** | 0004 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0010 | FL | | | |
| FL | BLNC | BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |
| FL | 7219 | TRUCKING: HAULING EXPLOSIVES OR A | 343,177 | 04/28/12 | 04/28/13 |
| FL | 8810 | CLERICAL OFFICE EMPLOYEES NOC. | 0 | 04/28/12 | 04/28/13 |
| **Entity:** | 0001 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0002 | MA | | | |
| MA | BLNC | BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |
| MA | 7219 | TRUCKING: NOC - ALL EMPLOYEES & DI | 224,891 | 04/28/12 | 04/28/13 |
| MA | 8742 | SALESPERSONS, COLLECTORS OR MESS | 0 | 04/28/12 | 04/28/13 |
| MA | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 0 | 04/28/12 | 04/28/13 |
| **Entity:** | 0003 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0002 | MA | | | |
| MA | BLNC | Balance Class | 0 | 04/28/12 | 04/28/13 |
| MA | 7219 | Trucking: Hauling Explosives or Ammuniti | 84,249 | 04/28/12 | 04/28/13 |
| **Entity:** | 0003 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0012 | MA | | | |
| MA | 7219 | TRUCKING: HAULING EXPLOSIVES OR A | 0 | 04/28/12 | 04/28/13 |
| MA | BLNC | BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |
| **Entity:** | 0001 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0003 | NJ | | | |
| NJ | BLNC | BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |
| NJ | 7219 | TRUCKMEN: NOC-& DRIVERS | 2,543,830 | 04/28/12 | 04/28/13 |
| NJ | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 0 | 04/28/12 | 04/28/13 |
| **Entity:** | 0002 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0003 | NJ | | | |
| NJ | BLNC | Balance Class | 0 | 04/28/12 | 04/28/13 |
| NJ | 7219 | Trucking: Hauling Explosives or Ammuniti | 82,247 | 04/28/12 | 04/28/13 |
| NJ | 8810 | Clerical Office Employees | 0 | 04/28/12 | 04/28/13 |
| **Entity:** | 0003 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0003 | NJ | | | |
| NJ | BLNC | Balance Class | 0 | 04/28/12 | 04/28/13 |
| NJ | 7219 | Trucking: Hauling Explosives or Ammuniti | 120,419 | 04/28/12 | 04/28/13 |
| NJ | 8810 | Clerical Office Employees | 20,923 | 04/28/12 | 04/28/13 |
| **Entity:** | 0003 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0011 | NY | | | |
| NY | BLNC | BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |
| NY | 7219 | TRUCKING: TRUCKING NOC-ALL EMPLC | 1,677,519 | 04/28/12 | 04/28/13 |
| **Entity:** | 0001 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0001 | PA | | | |
| PA | 811 | TRUCKING N.O.C. | 0 | 04/28/12 | 04/28/13 |
| PA | 951 | SALESPERSON - OUTSIDE | 0 | 04/28/12 | 04/28/13 |
| PA | 953 | CLERICAL OFFICE EMPLOYEES | 0 | 04/28/12 | 04/28/13 |
| PA | BLNC | BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |
| **Entity:** | 0002 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0001 | PA | | | |



EXHIBIT H

| | | | |
|---|---|---|---|
| Account Number: | 001652677-000-R-4 5/23/2014 003 | Audit Period: | 4/28/2012 4/28/2013 |
| Policy Number: | 001652677 | Policy Period: | 4/28/2012 4/28/2013 |
| Insured Name: | AUTO PARTS XPRESS LLC | Audit Method: | Physical |

| | | | | | |
|---|---|---|---|---|---|
| PA | BLNC | BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |
| PA | 811 | TRUCKING N.O.C. | 1,442,622 | 04/28/12 | 04/28/13 |
| PA | 951 | SALESPERSON - OUTSIDE | 215,917 | 04/28/12 | 04/28/13 |
| PA | 953 | CLERICAL OFFICE EMPLOYEES | 305,810 | 04/28/12 | 04/28/13 |

**INSURED INFORMATION**

**Contact:** ANTHONY KLONDAR
**Title:** Controller
**Company Name:** AUTO PARTS XPRESS LLC
**Address:** POB 329
ESSINGTON, PA 19029
**E-Mail:** aklondar@myrushdelivery.net

**Phone:** (610) 761-9706
**Phone 2:**
**Mobile:**
**Fax:**

**Entities**

| Number | Entity Name | Federal ID | State ID | Date Added | Date Deleted |
|---|---|---|---|---|---|
| 0001 | AUTO PARTS XPRESS LLC | 450602365 | | | |
| 0002 | AUTO PARTS XPRESS LLC | 232854323 | | | |
| 0003 | AUTO PARTS XPRESS LLC | 201314049 | | | |
| 0004 | AUTO PARTS XPRESS LLC | 263621839 | | | |

**Locations**

| | | | | |
|---|---|---|---|---|
| **Location:** | 0001 | PA<br>Same as insured address. | **Added:** | **Deleted:** |
| **Location:** | 0002 | MA | **Added:** | **Deleted:** |
| **Location:** | 0003 | NJ | **Added:** | **Deleted:** |
| **Location:** | 0004 | PA | **Added:** | **Deleted:** |
| **Location:** | 0005 | NJ | **Added:** | **Deleted:** |
| **Location:** | 0006 | MA | **Added:** | **Deleted:** |
| **Location:** | 0007 | PA | **Added:** | **Deleted:** |
| **Location:** | 0008 | NJ | **Added:** | **Deleted:** |
| **Location:** | 0009 | PA | **Added:** | **Deleted:** |
| **Location:** | 0010 | FL | **Added:** | **Deleted:** |
| **Location:** | 0011 | NY | **Added:** | **Deleted:** |
| **Location:** | 0012 | MA | **Added:** | **Deleted:** |

**Location of Records**

**Entity:** **Location:**

**Sequence:** 1 **Territory:** **Description:**
Same as insured address.

**Description of Operations**

The policy names four separate policy holders related by common ownership - Auto Parts Xpress, LLC; Parts Distribution Xpress, Inc.; PDX North, Inc.; and PDX South, Inc. The policy holders are a transportation companies specializing in the delivery of customer goods (automotive parts) exclusively. Customers of the company are medium to large automotive parts distributors. The policy holders have been established for several years and operate within and from within the states of MA, NJ, FL, NY and PA. All policy holders are headquartered at 223 S. Governor Printz Blvd, Essington, PA where the company maintains it's administrative office facilities. Additional fixed business locations of are properly scheduled on the policy.

The separately policy holder's are product transportation companies specializing in the delivery of customer goods (automotive parts) exclusively .Customers of the company are medium to large automotive parts distributors located within the states of FL, PA, NY, MA and NJ. The insured's conduct services and operations within multiple state's/locations as follows:

Auto Parts Xpress, LLC (FEIN - 45-0602365) Entity 0001 - States of MA and NJ
Parts Distribution Xpress, Inc. (FEIN - 23-2854323) Entity 0002 - States of PA and NJ



EXHIBIT H

| | | | | | |
|---|---|---|---|---|---|
| Account Number: | **001652677-000-R-4 5/23/2014 003** | Audit Period: | **4/28/2012** | **4/28/2013** |
| Policy Number: | **001652677** | Policy Period: | **4/28/2012** | **4/28/2013** |
| Insured Name: | **AUTO PARTS XPRESS LLC** | Audit Method: | **Physical** | |

PDX North, Inc. (FEIN - 20-1314049) Entity 0003 - States of MA, NY and NJ
PDX South, Inc. (FEIN - 26-3621839) Entity 0004 - State of FL

Client product transportation/delivery operations conducted by the insured involves the taking receipt of customer automotive products and delivering the items to customer designated locations. Automotive part transportation/delivery operations are conducted using company owned and employee owned trucks and automobiles. Direct labor employees completing delivery operations include vehicle drivers and any helpers who may work with delivery employees. All direct labor customer product - transportation/delivery operations conducted by the policy holder's within the states of NY, FL, NJ and MA during this operating period are properly classified and assigned to class code (7219). All direct labor customer product - transportation/delivery operations conducted by Parts Distribution Xpress, Inc .within and from within the state PA are properly classified and assigned to class code (811). The company's customer product - transportation/delivery services conducted during the operating period did not include or involve any industry related transportation of company owned goods or materials.

Mobile sales operations were conducted by Parts Distribution Xpress, Inc. and PDX South, Inc. during this operating period from within the states of PA and FL:. Mobile sales operations involved visiting new and existing customers at their business locations to provide product information, identify client needs and to finalize customer sales. Mobile sales operations were conducted by mobile sales employee who worked within and from within their company's headquarters or their residence location. The mobile sales workers devote their entire time to mobile sales activities. Mobile sales operations conducted by PDX South, Inc. within and from within the state of FL during this operating period, are properly classified and assigned to class code (8742). Mobile sales operations conducted by Parts Distribution Xpress, Inc. within and from within the state of PA during this operating period, are properly classified and assigned to class code (951). Company mobile sales operations completed by these company's during this operating period did not include or involve any company related delivery operations or sales conducted exclusively from within an administrative office.

The policy holder's conduct administrative office operations within the states of PA and NJ during this coverage period. Administrative office operations conducted by the insured during the operating period include; financial management, customer service, in office work scheduling, in office truck dispatching, HR management and general record keeping activities. Employee's conducting administrative operations include accounting personnel, scheduling, office management and administrative office managers. Key employees identified working within the administrative office department is the controller of the company who is responsible for the daily management of employee payroll, all accounting/financial management activities and general administrative office supervision. The company's administrative office operations are and were conducted exclusively within company physically separate administrative office facilities located within the states of Pennsylvania and New Jersey. All administrative office operations conducted by the policy holder during this coverage period, are properly classified and assigned to class code PA-(953) within the state of PA and NJ (8810) within the state of NJ. Administrative office operations completed by the policy holder's during this coverage period did not include or involve any company related client product transportation operations or other operations requiring travel away from policy holder administrative offices.

Exposure was not developed by Auto Parts Xpress within the states of MA and NJ for off premise sales or administrative office operations. Therefore, class code (8742) and (8810) was not available for use by this entity within the states of MA or NJ during this coverage period.

Exposure was not developed by Parts Distribution Xpress within the state of NJ for administrative office operations. Therefore, class code (8810) was not available for use by this entity within the state of or NJ during this coverage period.

Exposure was not developed by PDX South, Inc. within the state of FL for administrative office operations. Therefore, class code (8810) was not available for use by this entity within the state of or FL during this coverage period.

The principal of all three companies is involved in and conduct all company management and business development operations for Parts Distribution Xpress, Inc. and works exclusively within the state of PA. He has no daily responsibilities with the related company's PDX North, Inc. and PDX South, Inc. He conducts mobile business development work on a daily basis. Operations conducted by this employee are assigned to class code (951).

No changes in operation were noted by the policy holder for this coverage period.

**General Notes**



EXHIBIT H

| | | | | | |
|---|---|---|---|---|---|
| Account Number: | **001652677-000-R-4 5/23/2014 003** | Audit Period: | **4/28/2012** | **4/28/2013** |
| Policy Number: | **001652677** | Policy Period: | **4/28/2012** | **4/28/2013** |
| Insured Name: | **AUTO PARTS XPRESS LLC** | Audit Method: | **Physical** | |

Re-audit 5/23/14

-In the dispute, Parts Distribution Xpress, PDX, asserts that there should be no payroll in classification codes 7219 - Trucking: NOC-All Employees and Drivers and 811- Trucking NOC because, based upon (a) contracts entered into between PDX and certain drivers, (b) membership agreements between those drivers and Contractor Management Services ("CMS"), and (c) the contract between CMS and PDX (collectively, the "Contracts"), PDX asserts that certain drivers are not PDX employees, but rather are independent contractors. PDX further asserts that it was therefore erroneous for C&I to include those drivers' remuneration in the calculation of the premium due.

-The revision request was reviewed along with all related items. It was determined that the revision request is not valid. The reasons that the revision request is not valid were outlined in the letter sent to PDX's attorney, Timothy P. Law, Esq., on 5/7/14. This reasoning has been outlined below.

C&I has reviewed the documents submitted with the January 9th Letter and has also completed an analysis of the claims history related to the Policy and to other prior policies issued to PDX (collectively, the "Policies"). Notwithstanding PDX's assertions in the July Letter, our review of claims filed by PDX's drivers has revealed that many of those drivers have been held to be PDX employees by the workers' compensation courts of several states, making C&I liable under the policies. Because the language of the Policy includes in the premium basis the remuneration "paid or payable during the policy period for the services of . . . all . . . persons engaged in work that could make us liable under . . . this policy" (Policy Part Five, Paragraph C.2.) (emphasis added), there can be no question that the remuneration paid to these types of drivers - drivers whose work did make C&I liable under the Policies - is properly included in the premium basis for the Policies. Accordingly, C&I's inclusion of payroll in class codes 7219 and 811 was plainly appropriate.

Indeed, the claims history related to the Policies reveals that, in holding these types of drivers to be PDX employees, workers' compensation judges in several states have considered and rejected the very arguments that PDX advances in the July Letter, including considering the very same type of documentation that was submitted with the January 9th Letter.

Moreover, significantly, contracts pertaining to many of the claimants described above were included on the disk submitted with the January 9th Letter. Specifically, information regarding Robert Urban (discussed above), Carl Howell (discussed above), Jeff Schreiber (discussed above) and Robert King (not discussed above, but the subject of an open claim) was part of the documentation provided on the disk.

As noted above, pursuant to Part Five, Section C of the Policy, C&I is entitled to collect premium for any persons "engaged in work that could make us liable under Part One (Workers' Compensation Insurance) of this policy."1 The drivers assigned at audit to class codes 7219 and 811 plainly increase C&I's risk exposure, as demonstrated by the claims information described above.

Under the terms of the Policy, C&I would be - and, in fact, has been - required to defend and pay claims brought by these drivers under the Policies. As such, the drivers at issue are persons who not only could make,

1 It is well-established that insurers may collect premium for any workers who increase the insurer's risk exposure was recently reaffirmed in Compassionate Care, Inc. v. Travelers Indemnity Co., No. 34963, 2013 WL 6818024, *11 (Conn. App. Ct., Sept. 16, 2013).

In this recent case, the court, considering healthcare practitioners whom it found to be independent contractors, held that the insurer had the contractual right to charge an increased premium after a final audit for any workers who increased the insurers' risk exposure, regardless of whether the workers were employees or independent contractors. Like the insured in Compassionate Care, PDX's Policy contains both the provision recited above regarding the collection of premium for persons who could render C&I liable, and an explicit statement advising PDX that the final policy premium would be determined at audit. (Part Five, Section E). but actually have made C&I liable under the Policy. C&I is therefore contractually entitled to include these drivers' remuneration in the premium basis.

The entrance and exit interview was conducted in person with the insured's Controller Mr .Anthony Klondar. The auditor and insured contact discussed company operations including company operations and exposure variance. A tour of the premises was included and provided by the audit contact as part of the examination Visit verification forms were signed by the



EXHIBIT H

insured. The audit contact did not sign the agent worksheet release forms. The policy holder does not agree with the audit results related to the adding of independent contractor drivers for premium calculation purposes. Policy holder audit contact Anthony Klondar advises he will initiate a dispute of the audit for this coverage period.

The company provided payroll records payroll data and all company expense records. The payroll records were reconciled to the state of MA, NY, PA, FL and NJ/UC reports. Company financial statements and expense records were provided during the audit examination. An examination of the available records for the period audited 4/28/11 to 4/28/12 including comparison to the policy period 4/28/11 to 4/28/12 revealed the following;

Expense records did not reveal any cash labor, temporary labor or leased employees. Expense records did reveal the use of independent contractors who conducted driving operations for the policy holders. This method of operation was conducted during the previous operating period and was identified during the previous audit. The following should be noted with reference to the independent contractors for this coverage/adjustment period;

a. Based on expense records provided by the policy holder, independent contractors worked in the states of FL, PA and NJ. This is in addition to direct labor employees who also work within the same states.
b. For this audit, the policy holder advises the auditor to use supporting documentation provided during the prior audit period as to support the independent contractor status. The audit support provided include
copies of unexecuted (blank) contracts the policy holder uses to contract with independent contractors.
c. The policy holder advises there was no change in the method of operations from the prior coverage period to this coverage period.

Based on this, the auditor does not have adequate information or audit support to conduct independent contractor tests which may support the policy holder's position that the contract drivers are independent. As noted, the policy holder has advised the auditor that this audit will be disputed. If at a later date, the policy holder can provide adequate records to support their position that the contract drivers are independent, the auditor stands ready to conduct a re-examination of the records. At this time the auditor recommends that the independent contractors be included for premium calculation purposes based on 1/3 payments made, until information is provided by our policy holder showing that contract drivers are independent. Therefore, for this coverage/adjustment period, the auditor has added payments made for contract drivers during this coverage period as other remuneration. Refer to the payroll summary.

---

---

The auditor confirmed the 1st payroll date as 5/2/12 and last payroll date of 4/26/13 for this coverage period.
Severance pay, third party sick pay were not identified during the audit examination.
Miscellaneous employees were not identified during the audit examination.
Monthly payroll analysis was not conducted. The insured advises the monthly payroll records are not maintained.
Overtime wages were not identified during the audit examination.

---

The following are state of PA approved class codes for the most current effective date under Bureau File # 2984991

---

| Class | Description |
|---|---|
| 0811 | Truckmen |
| 0951 | Salesperson - Outside |
| 0953 | Office |

Class codes 811, 951 and 953 apply to operations conducted by the policyholder during this coverage period.

---

| State | Class Code | Estimated Exposure | Audited Exposure |
|---|---|---|---|
| PA | 811 | $ 298,392 | $ 1,442,622 |
| PA | 951 | $ 229,275 | $ 215,917 |



EXHIBIT H

| Account Number: | 001652677-000-R-4 5/23/2014 003 | Audit Period: | 4/28/2012 | 4/28/2013 |
|---|---|---|---|---|
| Policy Number: | 001652677 | Policy Period: | 4/28/2012 | 4/28/2013 |
| Insured Name: | AUTO PARTS XPRESS LLC | Audit Method: | Physical | |

| | | | | |
|---|---|---|---|---|
| PA 953 | $ | 414,833 | $ | 305,810 |
| MA 7219 | $ | 260,000 | $ | 309,140 |
| MA 8742 | $ | 47,865 | $ | - |
| MA 8810 | $ | 1,000 | $ | - |
| NJ 7219 | $ | 2,860,000 | $ | 2,746,496 |
| NJ 8810 | $ | 73,410 | $ | 20,923 |
| NY 7219 | $ | 40,000 | $ | 1,677,519 |
| *FL 7219 | $ | - | $ | 343,177 |
| FL 8810 | $ | 60,000 | 0 | |
| Total | $ | 4,284,775 | $ | 7,061,604 |

Variance explanation: Total audited exposure is greater than 20% of policy estimates. This higher trend is due to the additional wages added for the uninsured contract drivers for this coverage period. Revision to the estimates going forward are not necessary since the policy did not renew.

The auditor confirmed the coverage for this policy period is not anniversary rated.
Claims verifications was completed during and prior to the physical audit. The auditor confirmed the insured had twelve active claims during the operating period. Nine claimants were identified and confirmed on the insured's payroll records. Injuries sustained by the identified claimants appears consistent with the duties and operations completed by the claimants. Claimants not identified on the payroll records were injured during coverage periods earlier than this coverage period.

**Audit Reconciliation**

| State | Class Code | Description | Exposure | From | To |
|---|---|---|---|---|---|
| **Entity:** | 0001 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0001 | PA | | | |
| PA | 811 | TRUCKING N.O.C. | 0 | 04/28/12 | 04/28/13 |
| PA | 951 | SALESPERSON - OUTSIDE | 0 | 04/28/12 | 04/28/13 |
| PA | 953 | CLERICAL OFFICE EMPLOYEES | 0 | 04/28/12 | 04/28/13 |
| PA | BLNC | BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |
| **Entity:** | 0001 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0002 | MA | | | |
| MA | | Gross Payroll | 224,891 | 04/28/12 | 04/28/13 |
| MA | | <Classified> | -224,891 | 04/28/12 | 04/28/13 |
| MA | BLNC | Balance BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |
| MA | 7219 | TRUCKING: NOC - ALL EMPLOYEES & DRIV | 224,891 | 04/28/12 | 04/28/13 |
| MA | 7219 | Total TRUCKING: NOC - ALL EMPLOYEES & | 224,891 | 04/28/12 | 04/28/13 |
| MA | 8742 | SALESPERSONS, COLLECTORS OR MESSEN | 0 | 04/28/12 | 04/28/13 |
| MA | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 0 | 04/28/12 | 04/28/13 |
| **Entity:** | 0001 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0003 | NJ | | | |
| NJ | | Gross Payroll | 2,543,830 | 04/28/12 | 04/28/13 |
| NJ | | <Classified> | -2,543,830 | 04/28/12 | 04/28/13 |
| NJ | BLNC | Balance BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |
| NJ | 7219 | TRUCKMEN: NOC-& DRIVERS | 2,543,830 | 04/28/12 | 04/28/13 |
| NJ | 7219 | Total TRUCKMEN: NOC-& DRIVERS | 2,543,830 | 04/28/12 | 04/28/13 |
| NJ | 8810 | CLERICAL OFFICE EMPLOYEES NOC | 0 | 04/28/12 | 04/28/13 |
| **Entity:** | 0002 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0001 | PA | | | |
| PA | | Gross Payroll | 1,433,317 | 04/28/12 | 04/28/13 |
| PA | | <Classified> | -606,517 | 04/28/12 | 04/28/13 |
| PA | | <Principals> | -826,800 | 04/28/12 | 04/28/13 |
| PA | BLNC | Balance BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |



EXHIBIT H

| | | | |
|---|---|---|---|
| Account Number: | 001652677-000-R-4 5/23/2014 003 | Audit Period: | 4/28/2012 4/28/2013 |
| Policy Number: | 001652677 | Policy Period: | 4/28/2012 4/28/2013 |
| Insured Name: | AUTO PARTS XPRESS LLC | Audit Method: | Physical |

| | | | | | |
|---|---|---|---|---|---|
| PA | 811 | TRUCKING N.O.C. | 196,590 | 04/28/12 | 04/28/13 |
| PA | 811 | Other Remuneration | 1,246,032 | 04/28/12 | 04/28/13 |
| PA | 811 | Total TRUCKING N.O.C. | 1,442,622 | 04/28/12 | 04/28/13 |
| PA | 951 | SALESPERSON - OUTSIDE | 104,117 | 04/28/12 | 04/28/13 |
| PA | 951 | Principals | 111,800 | 04/28/12 | 04/28/13 |
| PA | 951 | Total SALESPERSON - OUTSIDE | 215,917 | 04/28/12 | 04/28/13 |
| PA | 953 | CLERICAL OFFICE EMPLOYEES | 305,810 | 04/28/12 | 04/28/13 |
| PA | 953 | Total CLERICAL OFFICE EMPLOYEES | 305,810 | 04/28/12 | 04/28/13 |
| **Entity:** | 0002 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0003 | NJ | | | |
| NJ | | Gross Payroll | 82,247 | 04/28/12 | 04/28/13 |
| NJ | | <Classified> | -82,247 | 04/28/12 | 04/28/13 |
| NJ | BLNC | Balance Balance Class | 0 | 04/28/12 | 04/28/13 |
| NJ | 7219 | Trucking: Hauling Explosives or Ammunition - Al | 82,247 | 04/28/12 | 04/28/13 |
| NJ | 7219 | Total Trucking: Hauling Explosives or Ammuniti | 82,247 | 04/28/12 | 04/28/13 |
| NJ | 8810 | Clerical Office Employees | 0 | 04/28/12 | 04/28/13 |
| **Entity:** | 0003 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0002 | MA | | | |
| MA | | Gross Payroll | 84,249 | 04/28/12 | 04/28/13 |
| MA | | <Classified> | -84,249 | 04/28/12 | 04/28/13 |
| MA | BLNC | Balance Balance Class | 0 | 04/28/12 | 04/28/13 |
| MA | 7219 | Trucking: Hauling Explosives or Ammunition - Al | 84,249 | 04/28/12 | 04/28/13 |
| MA | 7219 | Total Trucking: Hauling Explosives or Ammuniti | 84,249 | 04/28/12 | 04/28/13 |
| **Entity:** | 0003 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0003 | NJ | | | |
| NJ | | Gross Payroll | 141,342 | 04/28/12 | 04/28/13 |
| NJ | | <Classified> | -141,342 | 04/28/12 | 04/28/13 |
| NJ | BLNC | Balance Balance Class | 0 | 04/28/12 | 04/28/13 |
| NJ | 7219 | Trucking: Hauling Explosives or Ammunition - Al | 120,419 | 04/28/12 | 04/28/13 |
| NJ | 7219 | Total Trucking: Hauling Explosives or Ammuniti | 120,419 | 04/28/12 | 04/28/13 |
| NJ | 8810 | Clerical Office Employees | 20,923 | 04/28/12 | 04/28/13 |
| NJ | 8810 | Total Clerical Office Employees | 20,923 | 04/28/12 | 04/28/13 |
| **Entity:** | 0003 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0011 | NY | | | |
| NY | | Gross Payroll | 24,769 | 04/28/12 | 04/28/13 |
| NY | | <Classified> | -24,769 | 04/28/12 | 04/28/13 |
| NY | BLNC | Balance BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |
| NY | 7219 | TRUCKING: TRUCKING NOC-ALL EMPLOYE | 24,769 | 04/28/12 | 04/28/13 |
| NY | 7219 | Other Remuneration | 1,652,750 | 04/28/12 | 04/28/13 |
| NY | 7219 | Total TRUCKING: TRUCKING NOC-ALL EMP | 1,677,519 | 04/28/12 | 04/28/13 |
| **Entity:** | 0003 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0012 | MA | | | |
| MA | 7219 | TRUCKING: HAULING EXPLOSIVES OR AMI | 0 | 04/28/12 | 04/28/13 |
| MA | BLNC | BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |
| **Entity:** | 0004 | AUTO PARTS XPRESS LLC | | | |
| **Location:** | 0010 | FL | | | |
| FL | | Gross Payroll | 66,846 | 04/28/12 | 04/28/13 |
| FL | | <Classified> | -66,846 | 04/28/12 | 04/28/13 |
| FL | BLNC | Balance BALANCE CLASS | 0 | 04/28/12 | 04/28/13 |
| FL | 7219 | TRUCKING: HAULING EXPLOSIVES OR AMI | 66,846 | 04/28/12 | 04/28/13 |
| FL | 7219 | Other Remuneration | 276,331 | 04/28/12 | 04/28/13 |



EXHIBIT H

| | | | | | |
|---|---|---|---|---|---|
| Account Number: | 001652677-000-R-4 5/23/2014 003 | Audit Period: | 4/28/2012 | 4/28/2013 |
| Policy Number: | 001652677 | Policy Period: | 4/28/2012 | 4/28/2013 |
| Insured Name: | AUTO PARTS XPRESS LLC | Audit Method: | Physical | |

| | | | | | |
|---|---|---|---|---|---|
| FL | 7219 | Total TRUCKING: HAULING EXPLOSIVES OF | 343,177 | 04/28/12 | 04/28/13 |
| FL | 8810 | CLERICAL OFFICE EMPLOYEES NOC. | 0 | 04/28/12 | 04/28/13 |

**Principals**

| State | Class Code | Name | Title | Dates | | |
|---|---|---|---|---|---|---|
| **Entity:** | **0002** | **Location: 0001** | | | | |
| PA | 951 | Frederick Frankel | President | 04/28/12 | 04/28/13 | 1.000 |
| | Min: | 23,400 | Max: 111,800 | Payroll: 826,800 | Amount Incl: | 111,800 |
| | | Off Premise Business Development Operations | | | | |

**Payroll Verification**

**Entity: 0001** **Location: 0002**

Verification Type: **State Unemployment Forms** State: **MA**

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2012 | 65,327 | -14,640 | 50,687 | Less 4/1/12 to 4/28/12 |
| 3rd Qtr 2012 | 67,156 | 0 | 67,156 | |
| 4th Qtr 2012 | 33,632 | 0 | 33,632 | |
| 1st Qtr 2013 | 57,303 | 0 | 57,303 | |
| 2nd Qtr 2013 | 0 | 16,113 | 16,113 | Add 4/1/13 to 4/28/13 |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 224,891 | **Verification Total:** | 224,891 | **Deviation:** 0 |

**Location: 0003**

Verification Type: **State Unemployment Forms** State: **NJ**

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2012 | 651,646 | -212,600 | 439,046 | Less 4/1/12 to 4/28/12 |
| 3rd Qtr 2012 | 639,894 | 0 | 639,894 | |
| 4th Qtr 2012 | 612,574 | 0 | 612,574 | |
| 1st Qtr 2013 | 628,981 | 0 | 628,981 | |
| 2nd Qtr 2013 | 0 | 223,335 | 223,335 | Add 4/1/13 to 4/28/13 |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 2,543,830 | **Verification Total:** | 2,543,830 | **Deviation:** 0 |

**Entity: 0002** **Location: 0001**

Verification Type: **State Unemployment Forms** State: **PA**

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2012 | 404,359 | -117,195 | 287,164 | Less 4/1/12 to 4/28/12 |
| 3rd Qtr 2012 | 340,343 | 0 | 340,343 | |
| 4th Qtr 2012 | 389,438 | 0 | 389,438 | |
| 1st Qtr 2013 | 310,771 | 0 | 310,771 | |
| 2nd Qtr 2013 | 0 | 105,601 | 105,601 | Add 4/1/13 to 4/28/13 |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 1,433,317 | **Verification Total:** | 1,433,317 | **Deviation:** 0 |

**Location: 0003**

Verification Type: **State Unemployment Forms** State: **NJ**



EXHIBIT H

| | | | | |
|---|---|---|---|---|
| Account Number: | 001652677-000-R-4 5/23/2014 003 | Audit Period: | 4/28/2012 | 4/28/2013 |
| Policy Number: | 001652677 | Policy Period: | 4/28/2012 | 4/28/2013 |
| Insured Name: | AUTO PARTS XPRESS LLC | Audit Method: | Physical | |

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2012 | 34,941 | -9,984 | 24,957 | Less 4/1/12 to 4/28/12 |
| 3rd Qtr 2012 | 27,064 | 0 | 27,064 | |
| 4th Qtr 2012 | 30,226 | 0 | 30,226 | |
| 1st Qtr 2013 | 0 | 0 | 0 | No Payroll |
| 2nd Qtr 2013 | 0 | 0 | 0 | No Payroll |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 82,247 | **Verification Total:** | 82,247 | **Deviation:** 0 |

**Entity:** 0003 **Location:** 0002

Verification Type: **State Unemployment Forms** State: **MA**

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2012 | 25,731 | -6,308 | 19,423 | Less 4/1/12 to 4/28/12 |
| 3rd Qtr 2012 | 18,000 | 0 | 18,000 | |
| 4th Qtr 2012 | 22,519 | 0 | 22,519 | |
| 1st Qtr 2013 | 18,230 | 0 | 18,230 | |
| 2nd Qtr 2013 | 0 | 6,077 | 6,077 | Add 4/1/13 to 4/28/13 |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 84,249 | **Verification Total:** | 84,249 | **Deviation:** 0 |

**Location:** 0003

Verification Type: **State Unemployment Forms** State: **NJ**

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2012 | 22,077 | -6,308 | 15,769 | Less 4/1/12 to 4/28/12 |
| 3rd Qtr 2012 | 18,923 | 0 | 18,923 | |
| 4th Qtr 2012 | 22,231 | 0 | 22,231 | |
| 1st Qtr 2013 | 60,368 | 0 | 60,368 | |
| 2nd Qtr 2013 | 0 | 24,051 | 24,051 | Add 4/1/13 to 4/28/13 |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 141,342 | **Verification Total:** | 141,342 | **Deviation:** 0 |

**Location:** 0011

Verification Type: **State Unemployment Forms** State: **NY**

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2012 | 5,385 | -3,077 | 2,308 | Less 4/1/12 to 4/28/12 |
| 3rd Qtr 2012 | 2,019 | 0 | 2,019 | |
| 4th Qtr 2012 | 9,673 | 0 | 9,673 | |
| 1st Qtr 2013 | 8,077 | 0 | 8,077 | |
| 2nd Qtr 2013 | 0 | 2,692 | 2,692 | Add 4/1/13 to 4/28/13 |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 24,769 | **Verification Total:** | 24,769 | **Deviation:** 0 |

**Entity:** 0004 **Location:** 0010

Verification Type: **State Unemployment Forms** State: **FL**



EXHIBIT H

| | | | | |
|---|---|---|---|---|
| Account Number: | 001652677-000-R-4 5/23/2014 003 | Audit Period: | 4/28/2012 | 4/28/2013 |
| Policy Number: | 001652677 | Policy Period: | 4/28/2012 | 4/28/2013 |
| Insured Name: | AUTO PARTS XPRESS LLC | Audit Method: | Physical | |

| Qtr Starting | Amount | Adjustment | Qtr Total | Description |
|---|---|---|---|---|
| Adjustment | 0 | 0 | 0 | |
| 2nd Qtr 2012 | 16,827 | -4,808 | 12,019 | Less 4/1/12 to 4/28/12 |
| 3rd Qtr 2012 | 14,423 | 0 | 14,423 | |
| 4th Qtr 2012 | 17,577 | 0 | 17,577 | |
| 1st Qtr 2013 | 15,192 | 0 | 15,192 | |
| 2nd Qtr 2013 | 0 | 7,635 | 7,635 | Add 4/1/13 to 4/28/13 |
| Adjustment | 0 | 0 | 0 | |
| **Gross Total:** | 66,846 | **Verification Total:** | 66,846 | **Deviation:** 0 |

**Audit Worksheet**

| State | Class Code | Name | Order | Dept | Empl. Dates | | Total |
|---|---|---|---|---|---|---|---|

**Entity:** 0001 **Location:** 0002

Gross Payroll

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MA | | Gross Payroll | 10 | | 04/28/12 | 04/28/13 | 224,891 |

Duties: Gross Payroll

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2012: | 50,687 | 07/01/2012: | 67,156 | 10/01/2012: | 33,632 | 01/01/2013: | 57,303 |
| | | | | | | Adjustment: | 16,113 |

Total Gross Payroll **224,891**

Classified

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MA | 7219 | All Employees | 90 | | 04/28/12 | 04/28/13 | 224,891 |

Duties: Trucking Operations

Notes

Notes:
Birindjian, Sevag Driving Operations
De Los Santos, Kenny Williams Driving Operations
Nosile, Josue Driving Operations
Pascal, Ricardo Driving Operations
Abubakar, Abdulai Driving Operations
Bedova, Elvia Driving Operations
Chege, Paul Driving Operations
Hart, Dan Driving Operations
Kibe, George Driving Operations

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2012: | 50,687 | 07/01/2012: | 67,156 | 10/01/2012: | 33,632 | 01/01/2013: | 57,303 |
| | | | | | | Adjustment: | 16,113 |

Total Classified **224,891**

**Location:** 0003

Gross Payroll

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NJ | | Gross Payroll | 20 | | 04/28/12 | 04/28/13 | 2,543,830 |

Duties: Gross Payroll

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2012: | 439,046 | 07/01/2012: | 639,894 | 10/01/2012: | 612,574 | 01/01/2013: | 628,981 |
| | | | | | | Adjustment: | 223,335 |

Total Gross Payroll **2,543,830**

Classified

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NJ | 7219 | All Employees | 100 | | 04/28/12 | 04/28/13 | 2,543,830 |

Duties: Trucking Operations



EXHIBIT H

| | | | | |
|---|---|---|---|---|
| Account Number: | 001652677-000-R-4 5/23/2014 003 | Audit Period: | 4/28/2012 | 4/28/2013 |
| Policy Number: | 001652677 | Policy Period: | 4/28/2012 | 4/28/2013 |
| Insured Name: | AUTO PARTS XPRESS LLC | Audit Method: | Physical | |

**Notes**

Notes: Total Employees 107

Employees Tested and Sampled:

| | | |
|---|---|---|
| Lyonel Bordes | Driving Operations | Claimant |
| Kaba Abdoulaye | Driving Operations | Claimant |
| Jamelah Holdip | Driving Operations | Claimant |
| Michael West | Driving Operations | Claimant |
| Emanuel Ceus | Driving Operations | Claimant |
| Donna Modeste | Driving Operations | Claimant |
| Angel Valle | Driving Operations | Claimant |
| Joel Diaz | Driving Operations | |
| Jay Logan | Driving Operations | |
| George Tyme | Driving Operations | |
| Julio Rosero | Driving Operations | |
| Joseph Daniel | Driving Operations | |
| Gregory Destim | Driving Operations | |
| Henry Winston | Driving Operations | |
| Shane Williams | Driving Operations | |
| Jamie Argullo | Driving Operations | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2012: | 439,046 | 07/01/2012: | 639,894 | 10/01/2012: | 612,574 | 01/01/2013: | 628,981 |
| | | | | | | Adjustment: | 223,335 |

Total Classified **2,543,830**

**Entity:** **0002** **Location:** **0001**

Gross Payroll

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA | | Gross Payroll | | 30 | 04/28/12 | 04/28/13 | 1,433,317 |
| | | Duties: Gross Payroll | | | | | |
| 04/01/2012: | 287,164 | 07/01/2012: | 340,343 | 10/01/2012: | 389,438 | 01/01/2013: | 310,771 |
| | | | | | | Adjustment: | 105,601 |

Total Gross Payroll **1,433,317**

Classified

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PA | 811 | Barbosa, Pedro | | 140 | 04/28/12 | 04/28/13 | | 18,670 |
| | | Duties: Trucking Operations | | | | | | |
| 04/01/2012: | 6,555 | 07/01/2012: | 8,077 | 10/01/2012: | 4,038 | 01/01/2013: | | 0 |
| | | | | | | Adjustment: | | 0 |
| PA | 811 | Duke, Arthur | | 130 | 04/28/12 | 04/28/13 | | 36,120 |
| | | Duties: Trucking Operations | | | | | | |
| 04/01/2012: | 6,850 | 07/01/2012: | 8,220 | 10/01/2012: | 10,090 | 01/01/2013: | | 8,220 |
| | | | | | | Adjustment: | | 2,740 |
| PA | 811 | Matos, Edwin | | 120 | 04/28/12 | 04/28/13 | | 40,800 |
| | | Duties: Trucking Operations | | | | | | |
| 04/01/2012: | 7,750 | 07/01/2012: | 9,300 | 10/01/2012: | 11,350 | 01/01/2013: | | 9,300 |
| | | | | | | Adjustment: | | 3,100 |
| PA | 811 | Walburn, Anthony | | 110 | 04/28/12 | 04/28/13 | | 101,000 |
| | | Duties: Trucking Operations | | | | | | |
| 04/01/2012: | 19,231 | 07/01/2012: | 23,077 | 10/01/2012: | 27,923 | 01/01/2013: | | 23,077 |
| | | | | | | Adjustment: | | 7,692 |
| PA | 951 | Connolly, Joseph | | 160 | 04/28/12 | 04/28/13 | | 104,117 |
| | | Duties: Mobile Sales Operations | | | | | | |



EXHIBIT H

| | | | |
|---|---|---|---|
| Account Number: | 001652677-000-R-4 5/23/2014 003 | Audit Period: | 4/28/2012 4/28/2013 |
| Policy Number: | 001652677 | Policy Period: | 4/28/2012 4/28/2013 |
| Insured Name: | AUTO PARTS XPRESS LLC | Audit Method: | Physical |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 04/01/2012: | 19,430 | 07/01/2012: | 25,532 | 10/01/2012: | 26,527 | 01/01/2013:<br>Adjustment: | 24,530<br>8,098 |
| PA 953 | Curet, Michelle<br>Duties: In Office Record Keeping Operations | | | 210 | | 04/28/12 | 04/28/13 | 15,938 |
| | 04/01/2012: | 6,346 | 07/01/2012: | 7,034 | 10/01/2012: | 2,558 | 01/01/2013:<br>Adjustment: | 0<br>0 |
| PA 953 | Deborah Brooks<br>Duties: In Office Record Keeping Operations | | | 220 | | 04/28/12 | 04/28/13 | 15,054 |
| | 04/01/2012: | 0 | 07/01/2012: | 2,646 | 10/01/2012: | 5,753 | 01/01/2013:<br>Adjustment: | 4,879<br>1,776 |
| PA 953 | Frankel, Michael<br>Duties: In Office General Management Operations | | | 170 | | 04/28/12 | 04/28/13 | 158,490 |
| | 04/01/2012: | 30,478 | 07/01/2012: | 36,575 | 10/01/2012: | 42,670 | 01/01/2013:<br>Adjustment: | 36,575<br>12,192 |
| PA 953 | Klondar, Anthony<br>Duties: In Office Financial Management Operations | | | 180 | | 04/28/12 | 04/28/13 | 1,300 |
| | 04/01/2012: | 250 | 07/01/2012: | 300 | 10/01/2012: | 350 | 01/01/2013:<br>Adjustment: | 300<br>100 |
| PA 953 | McGowan, Michelle<br>Duties: In Office Record Keeping Operations | | | 200 | | 04/28/12 | 04/28/13 | 7,289 |
| | 04/01/2012: | 7,289 | 07/01/2012: | 0 | 10/01/2012: | 0 | 01/01/2013:<br>Adjustment: | 0<br>0 |
| PA 953 | Plytynski, Wayne<br>Duties: HR Operations | | | 150 | | 04/28/12 | 04/28/13 | 48,076 |
| | 04/01/2012: | 13,077 | 07/01/2012: | 15,692 | 10/01/2012: | 19,307 | 01/01/2013:<br>Adjustment: | 0<br>0 |
| PA 953 | Rodgers, Dorothy<br>Duties: In Office Record Keeping Operations | | | 190 | | 04/28/12 | 04/28/13 | 57,823 |
| | 04/01/2012: | 10,908 | 07/01/2012: | 13,090 | 10/01/2012: | 16,272 | 01/01/2013:<br>Adjustment: | 13,090<br>4,463 |
| PA 953 | Saralynda Sek<br>Duties: In Office Record Keeping Duties | | | 360 | | 04/28/12 | 04/28/13 | 1,840 |
| | 04/01/2012: | 0 | 07/01/2012: | 0 | 10/01/2012: | 0 | 01/01/2013:<br>Adjustment: | 0<br>1,840 |
| | | | | | | Total Classified | | **606,517** |

Principals

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PA 951 | Frederick Frankel<br>Duties: Off Premise Business Development Operations | | | 10 | | 04/28/12 | 04/28/13 | 826,800 |
| | 04/01/2012: | 159,000 | 07/01/2012: | 190,800 | 10/01/2012: | 222,600 | 01/01/2013:<br>Adjustment: | 190,800<br>63,600 |
| | | | | | | Total Principals | | **826,800** |

Other Remuneration

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PA 811 | TRUCKING N.O.C.<br>Duties: TRUCKING N.O.C. | | | 390 | | 04/28/12 | 04/28/13 | 1,246,032 |



EXHIBIT H

| | | | |
|---|---|---|---|
| Account Number: | 001652677-000-R-4 5/23/2014 003 | Audit Period: | 4/28/2012 4/28/2013 |
| Policy Number: | 001652677 | Policy Period: | 4/28/2012 4/28/2013 |
| Insured Name: | AUTO PARTS XPRESS LLC | Audit Method: | Physical |

**Notes**

Notes: This company furnishes workers who provide trucking services for the insured during the operating period. The insured has not provided proof of workers compensation coverage for the management/staffing company. The auditor has added the payments made by the insured to contractor for premium calcualtion purposes and assigned the exposure to class code (811).

It should be noted that the drivers who conduct driving operations as indirect labor under this arrangement, provide their own tranporation/vehicles when conducting driving services for our insured and payroll for each worker cannot be obtained. Therefore, remuneration paid by our insured for these services is scheduled at one third of the total amount paid by our insured to Contractor Management Services for this coverage period.

Total Remuneration is $3,738,469 * 1/3 = $ 1,246,032.

All remunerations is assigned to the state of PA since the policy holder records do not break out the payments by state/location.

04/01/2012: 0 07/01/2012: 0 10/01/2012: 0 01/01/2013: 0 Adjustment: 1,246,032

Total Other Remuneration **1,246,032**

**Location: 0003**

Gross Payroll

| State | Class | Name / Duties | | Period Start | Period End | Amount |
|---|---|---|---|---|---|---|
| NJ | | Gross Payroll — Duties: Gross Payroll | 40 | 04/28/12 | 04/28/13 | 82,247 |

04/01/2012: 24,957 07/01/2012: 27,064 10/01/2012: 30,226 01/01/2013: 0 Adjustment: 0

Total Gross Payroll **82,247**

Classified

| State | Class | Name / Duties | | Period Start | Period End | Amount |
|---|---|---|---|---|---|---|
| NJ | 7219 | Barbosa, Patricia — Duties: Trucking: Hauling Explosives or Ammunition - All E | 250 | 04/28/12 | 04/28/13 | 21,407 |
| | | 04/01/2012: 7,169 07/01/2012: 8,603 10/01/2012: 5,635 01/01/2013: 0 Adjustment: 0 | | | | |
| NJ | 7219 | Charles, Lawrence — Duties: Trucking: Hauling Explosives or Ammunition - All E | 230 | 04/28/12 | 04/28/13 | 38,577 |
| | | 04/01/2012: 10,577 07/01/2012: 12,692 10/01/2012: 15,308 01/01/2013: 0 Adjustment: 0 | | | | |
| NJ | 7219 | Dasilva, Anderson — Duties: Trucking: Hauling Explosives or Ammunition - All E | 240 | 04/28/12 | 04/28/13 | 22,263 |
| | | 04/01/2012: 7,211 07/01/2012: 5,769 10/01/2012: 9,283 01/01/2013: 0 Adjustment: 0 | | | | |

Total Classified **82,247**

**Entity: 0003** **Location: 0002**

Gross Payroll

| State | Class | Name / Duties | | Period Start | Period End | Amount |
|---|---|---|---|---|---|---|
| MA | | Gross Payroll — Duties: Gross Payroll | 60 | 04/28/12 | 04/28/13 | 84,249 |

04/01/2012: 19,423 07/01/2012: 18,000 10/01/2012: 22,519 01/01/2013: 18,230 Adjustment: 6,077

Total Gross Payroll **84,249**

Classified



EXHIBIT H

| | | | |
|---|---|---|---|
| Account Number: | **001652677-000-R-4 5/23/2014 003** | Audit Period: | **4/28/2012 4/28/2013** |
| Policy Number: | **001652677** | Policy Period: | **4/28/2012 4/28/2013** |
| Insured Name: | **AUTO PARTS XPRESS LLC** | Audit Method: | **Physical** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MA 7219 | Alvaro Carvalho | | 290 | | 04/28/12 | 04/28/13 | | 4,615 |
| | Duties: | Trucking: Hauling Explosives or Ammunition - All E | | | | | | |
| 04/01/2012: | 4,615 | 07/01/2012: | 0 | 10/01/2012: | 0 | | 01/01/2013: | 0 |
| | | | | | | | Adjustment: | 0 |
| MA 7219 | Hugh Carozza | | 280 | | 04/28/12 | 04/28/13 | | 42,499 |
| | Duties: | Trucking: Hauling Explosives or Ammunition - All E | | | | | | |
| 04/01/2012: | 8,077 | 07/01/2012: | 9,692 | 10/01/2012: | 11,807 | | 01/01/2013: | 9,692 |
| | | | | | | | Adjustment: | 3,231 |
| MA 7219 | Sean T. Mahon | | 300 | | 04/28/12 | 04/28/13 | | 37,135 |
| | Duties: | Trucking: Hauling Explosives or Ammunition - All E | | | | | | |
| 04/01/2012: | 6,731 | 07/01/2012: | 8,308 | 10/01/2012: | 10,712 | | 01/01/2013: | 8,538 |
| | | | | | | | Adjustment: | 2,846 |
| | | | | Total Classified | | | | **84,249** |

**Location:** **0003**

Gross Payroll

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NJ | Gross Payroll | | 50 | | 04/28/12 | 04/28/13 | | 141,342 |
| | Duties: | Gross Payroll | | | | | | |
| 04/01/2012: | 15,769 | 07/01/2012: | 18,923 | 10/01/2012: | 22,231 | | 01/01/2013: | 60,368 |
| | | | | | | | Adjustment: | 24,051 |
| | | | | Total Gross Payroll | | | | **141,342** |

Classified

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NJ 7219 | All Employees | | 260 | | 04/28/12 | 04/28/13 | | 120,419 |
| | Duties: | Trucking: Hauling Explosives or Ammunition - All E | | | | | | |
| Notes | Notes: | Klose, Martin Trucking Operations<br>Barbosa, Pedro Trucking Operations<br>Charles, Lawrence Trucking Operations<br>West, Michael Trucking Operations<br>Lopez, Ivan Trucking Operations<br>Williams, Shane Trucking Operations<br>Patrick Hughes Trucking Operations | | | | | | |
| 04/01/2012: | 15,769 | 07/01/2012: | 18,923 | 10/01/2012: | 22,231 | | 01/01/2013: | 44,676 |
| | | | | | | | Adjustment: | 18,820 |
| NJ 8810 | Plytynski, Wayne | | 270 | | 04/28/12 | 04/28/13 | | 20,923 |
| | Duties: | HR Operations | | | | | | |
| 04/01/2012: | 0 | 07/01/2012: | 0 | 10/01/2012: | 0 | | 01/01/2013: | 15,692 |
| | | | | | | | Adjustment: | 5,231 |
| | | | | Total Classified | | | | **141,342** |

**Location:** **0011**

Gross Payroll

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NY | Gross Payroll | | 70 | | 04/28/12 | 04/28/13 | | 24,769 |
| | Duties: | Gross Payroll | | | | | | |
| 04/01/2012: | 2,308 | 07/01/2012: | 2,019 | 10/01/2012: | 9,673 | | 01/01/2013: | 8,077 |
| | | | | | | | Adjustment: | 2,692 |
| | | | | Total Gross Payroll | | | | **24,769** |

Classified

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NY 7219 | Sean Ordonez | | 320 | | 04/28/12 | 04/28/13 | | 2,308 |



EXHIBIT H

Duties: Trucking: Hauling Explosives or Ammunition - All E

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2012: | 2,308 | 07/01/2012: | 0 | 10/01/2012: | 0 | 01/01/2013: | 0 |
| | | | | | | Adjustment: | 0 |

| | | | | | |
|---|---|---|---|---|---|
| NY 7219 | Thomas O'Brien | 310 | 04/28/12 | 04/28/13 | 22,461 |

Duties: Trucking: Hauling Explosives or Ammunition - All E

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2012: | 0 | 07/01/2012: | 2,019 | 10/01/2012: | 9,673 | 01/01/2013: | 8,077 |
| | | | | | | Adjustment: | 2,692 |

Total Classified **24,769**

## Other Remuneration

| | | | | | |
|---|---|---|---|---|---|
| NY 7219 | TRUCKING: TRUCKING NOC-ALL EMPLO | 380 | 04/28/12 | 04/28/13 | 1,652,750 |

Duties: TRUCKING: TRUCKING NOC-ALL EMPLOYEES & DRIVERS

**Notes**

Notes: This company furnishes workers who provide trucking services for the insured during the operating period. The policy holder has not provided proof of workers compensation coverage for the management/staffing company. The auditor has added the payments made by the insured to contractor for premium calcualtion purposes and assigned the exposure to class code (7219).

It should be noted that the drivers who conduct driving operations as indirect labor under this arrangement, provide their own tranporation/vehicles when conducting driving services for our insured and payroll for each worker cannot be obtained. Therefore, remuneration paid by our insured for these services is scheduled at one third of the total amount paid by our insured to Contractor Management Services for this coverage period.

Total Remuneration is $4,958,747 * 1/3 = $ 1,652,750

All remunerations is assigned to the state of NY since the policy holder records does not break out the payments by state/location.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2012: | 0 | 07/01/2012: | 0 | 10/01/2012: | 0 | 01/01/2013: | 0 |
| | | | | | | Adjustment: | 1,652,750 |

Total Other Remuneration **1,652,750**

**Entity:** **0004** **Location:** **0010**

## Gross Payroll

| | | | | | |
|---|---|---|---|---|---|
| FL | Gross Payroll | 80 | 04/28/12 | 04/28/13 | 66,846 |

Duties: Gross Payroll

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2012: | 12,019 | 07/01/2012: | 14,423 | 10/01/2012: | 17,577 | 01/01/2013: | 15,192 |
| | | | | | | Adjustment: | 7,635 |

Total Gross Payroll **66,846**

## Classified

| | | | | | |
|---|---|---|---|---|---|
| FL 7219 | Joaquin Gessa | 330 | 04/28/12 | 04/28/13 | 36,500 |

Duties: Trucking: Hauling Explosives or Ammunition - All E

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2012: | 7,019 | 07/01/2012: | 8,423 | 10/01/2012: | 10,077 | 01/01/2013: | 8,423 |
| | | | | | | Adjustment: | 2,558 |

| | | | | | |
|---|---|---|---|---|---|
| FL 7219 | Kelly McKie | 350 | 04/28/12 | 04/28/13 | 3,846 |

Duties: Trucking: Hauling Explosives or Ammunition - All E

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2012: | 0 | 07/01/2012: | 0 | 10/01/2012: | 0 | 01/01/2013: | 769 |
| | | | | | | Adjustment: | 3,077 |

| | | | | | |
|---|---|---|---|---|---|
| FL 7219 | Robert Zabrocki | 340 | 04/28/12 | 04/28/13 | 26,500 |

Duties: Trucking: Hauling Explosives or Ammunition - All E



EXHIBIT H

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2012: | 5,000 | 07/01/2012: | 6,000 | 10/01/2012: | 7,500 | 01/01/2013:<br>Adjustment: | 6,000<br>2,000 |

Total Classified **66,846**

Other Remuneration

FL 7219 TRUCKING: TRUCKING NOC-ALL EMPLO370 04/28/12 04/28/13 276,331

Duties: TRUCKING: TRUCKING NOC-ALL EMPLOYEES & DRIVERS

**Notes**

Notes: This company furnishes workers who provide trucking services for the insured during the operating period. The insured has not provided proof of workers compensation coverage for the management/staffing company. The auditor has added the payments made by the insured to contractor for premium calcualtion purposes and assigned the exposure to class code (7219).

It should be noted that the drivers who conduct driving operations as indirect labor under this arrangement, provide their own tranporation/vehicles when conducting driving services for our insured and payroll for each worker cannot be obtained. Therefore, remuneration paid by our insured for these services is scheduled at one third of the total amount paid by our insured to Contractor Management Services for this coverage period.

Total Remuneration is $829,822 * 1/3 = $ 276,331

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/01/2012: | 0 | 07/01/2012: | 0 | 10/01/2012: | 0 | 01/01/2013:<br>Adjustment: | 0<br>276,331 |

Total Other Remuneration **276,331**

**Class Codes**

| State | Class Code | | Seq | Balance | Description |
|---|---|---|---|---|---|
| **Entity:** | **0001** | **Location:** | **0001** | | |
| PA | 811 | | 0 | | TRUCKING N.O.C. |
| PA | 951 | | 0 | | SALESPERSON - OUTSIDE |
| PA | 953 | | 0 | | CLERICAL OFFICE EMPLOYEES |
| PA | BLNC | | 0 | Balance | BALANCE CLASS |
| | | **Location:** | **0002** | | |
| MA | 7219 | | 0 | | TRUCKING: NOC - ALL EMPLOYEES & DRIVERS |
| MA | 8742 | | 0 | | SALESPERSONS, COLLECTORS OR MESSENGERS - OUTSIDE |
| MA | 8810 | | 0 | | CLERICAL OFFICE EMPLOYEES NOC |
| MA | BLNC | | 0 | Balance | BALANCE CLASS |
| | | **Location:** | **0003** | | |
| NJ | 7219 | | 0 | | TRUCKMEN: NOC-& DRIVERS |
| NJ | 8810 | | 0 | | CLERICAL OFFICE EMPLOYEES NOC |
| NJ | BLNC | | 0 | Balance | BALANCE CLASS |
| **Entity:** | **0002** | **Location:** | **0001** | | |
| PA | 811 | | 0 | | TRUCKING N.O.C. |
| PA | 951 | | 0 | | SALESPERSON - OUTSIDE |
| PA | 953 | | 0 | | CLERICAL OFFICE EMPLOYEES |
| PA | BLNC | | 0 | Balance | BALANCE CLASS |
| | | **Location:** | **0003** | | |
| NJ | 7219 | | 20 | | Trucking: Hauling Explosives or Ammunition - All Employees and D |
| NJ | 8810 | | 30 | | Clerical Office Employees |
| NJ | BLNC | | 10 | Balance | Balance Class |
| **Entity:** | **0003** | **Location:** | **0002** | | |
| MA | 7219 | | 60 | | Trucking: Hauling Explosives or Ammunition - All Employees and D |
| MA | BLNC | | 80 | Balance | Balance Class |
| | | **Location:** | **0003** | | |
| NJ | 7219 | | 50 | | Trucking: Hauling Explosives or Ammunition - All Employees and D |
| NJ | 8810 | | 90 | | Clerical Office Employees |



EXHIBIT H

| | | | |
|---|---|---|---|
| Account Number: | 001652677-000-R-4 5/23/2014 003 | Audit Period: | 4/28/2012 4/28/2013 |
| Policy Number: | 001652677 | Policy Period: | 4/28/2012 4/28/2013 |
| Insured Name: | **AUTO PARTS XPRESS LLC** | Audit Method: | **Physical** |

| | | | | |
|---|---|---|---|---|
| NJ | BLNC | | 40 Balance | Balance Class |
| | | **Location:** | **0011** | |
| NY | 7219 | | 0 | TRUCKING: TRUCKING NOC-ALL EMPLOYEES & DRIVERS |
| NY | BLNC | | 0 Balance | BALANCE CLASS |
| | | **Location:** | **0012** | |
| MA | 7219 | | 0 | TRUCKING: HAULING EXPLOSIVES OR AMMUNITION - ALL |
| MA | BLNC | | 0 Balance | BALANCE CLASS |
| **Entity:** | **0004** | **Location:** | **0010** | |
| FL | 7219 | | 0 | TRUCKING: HAULING EXPLOSIVES OR AMMUNITION-ALL |
| FL | 8810 | | 0 | CLERICAL OFFICE EMPLOYEES NOC. |
| FL | BLNC | | 0 Balance | BALANCE CLASS |

**Records Requested/Audited**

**Entity:** **0001** **Location:** **0001**

| R | A | Description | R | A | Description |
|---|---|---|---|---|---|
| ☐ | ☐ | Social Security (Fed 941's) | ☐ | ☐ | Sales Journal |
| ☐ | ☐ | Sales Tax Reports | ☐ | ☐ | Cash Disbursements |
| ☒ | ☒ | State Unemployment Reports | ☐ | ☐ | Checkbook |
| ☒ | ☐ | Individual Payroll Cards | ☐ | ☐ | Job Costs Sheet |
| ☒ | ☒ | Payroll Book (Listings) | ☐ | ☐ | Receipts Journal |
| ☒ | ☒ | General Ledger | ☐ | ☐ | Summaries |
| ☒ | ☐ | Certificates of Insurance | ☐ | ☐ | Financial Statement |

**Entity:** **0001** **Location:** **0001**

| R | A | Description |
|---|---|---|
| ☒ | ☒ | Expense Records |



EXHIBIT H

| | | | | |
|---|---|---|---|---|
| Account Number: | **001652677-000-R-4 5/23/2014 003** | Audit Period: | **4/28/2012** | **4/28/2013** |
| Policy Number: | **001652677** | Policy Period: | **4/28/2012** | **4/28/2013** |
| Insured Name: | **AUTO PARTS XPRESS LLC** | Audit Method: | **Physical** | |

**Status/Non-Productive Report**

| | | | |
|---|---|---|---|
| **Auditor Name:** | | **Auditor Number:** | CAPXDFI |
| **Insured:** | AUTO PARTS XPRESS LLC | **Policy #:** | 001652677 |
| **Company:** | 0107 | **Audit Period:** | 04/28/2012-04/28/2013 |
| **Division/Region:** | 013 | **Policy Period:** | 04/28/2012-04/28/2013 |
| **Location of Audit:** | | | |
| **VisitDate:** | | | |
| **Estimate %:** | | | |

| Contact Type | Contact Name | Telephone # |
|---|---|---|

| Date | Contact | Results |
|---|---|---|



EXHIBIT H

| | | | | |
|---|---|---|---|---|
| Account Number: | **001652677-000-R-4 5/23/2014 003** | Audit Period: | **4/28/2012** | **4/28/2013** |
| Policy Number: | **001652677** | Policy Period: | **4/28/2012** | **4/28/2013** |
| Insured Name: | **AUTO PARTS XPRESS LLC** | Audit Method: | **Physical** | |

**Policies**

| Policy Number | Policy Dates |
|---|---|
| 001652677 | 04/28/2012 04/28/2013 |

**INSURED'S VERIFICATION OF AUDIT PERFORMANCE AND INSURED MAILING ADDRESS**

On 09/10/2013, Auditor visited our offices and reviewed those records necessary to complete a Premium Audit of the above listed policy(ies). The audit was reviewed with me and I fully understand what records were used and how the exposures were derived. I/We hereby certify that the foregoing truly and correctly includes all information required under the terms of the policy(ies) specified above for premium calculation. A copy of completed audit worksheets will be forwarded to you in the mail.

Anthy Klondar (Comments to follow)

| (Signature of Insured or Authorized Representative) | Anthony Klondar (Printed Name) | Manager (Title) | 07/16/2013 (Date) |
|---|---|---|---|

**SIGNATURE OF PREMIUM AUDIT REPRESENTATIVE**

| (Signature of Premium Audit Representative) | Paul Paquette (Printed Name) | Auditor (Title) | 07/19/2013 (Date) |
|---|---|---|---|



EXHIBIT H