# POLICY COVER PAGE

**Date Printed:** 10/10/13
**Time Printed:** 125002

**Policy/Quote Number:** WC 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

| | |
|---|---|
| **Underwriter Name:** | MESIAS, JAYLANE |
| **Issuing Office Division:** | 013 |
| **Issuing Office Branch:** | 82 |
| **Issuing Office Region:** | 001 |
| **Operator Name:** | GRAVES, TIFFANY |
| **Operator Telephone:** | 602-512-0968 |
| **Transaction Type:** | AUDF |
| **Set Copy Name:** | PAD COPY |
| **Set Copy Mailing Instructions:** | |

EPS TRACKING-ID: WC 00165267710010
JOB-ID: *** ANYI620D ***

COMMERCE AND INDUSTRY INSURANCE COMPANY
**WORKERS' COMPENSATION INSURANCE**
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

**AUDIT ADVICE**

INSURED AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000
USA

PRODUCER PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

FOR STATE OF: Florida

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13

AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13

CANCELLED: [ ] PRO-RATA
[ ] SHORT RATE

BUREAU ID:

AUDIT TYPE: PHYSICAL

ISSUE DATE: 10/10/13

| DIVISION: 013 | BRANCH: PARSIPPANY | POLICY NO: WC 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<br>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-10 | TYPE OF ADJUSTMENT: FINAL |
|---|---|---|---|

| DESCRIPTION | CODE | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|
| PERIOD: 04/28/12 - 04/28/13 | | | | |
| RATING GROUP: 0004-01<br>LOC NO 0010<br>PDX SOUTH INC<br>960 SW 95TH AVE<br>MIAMI, FL 33174-0000 | | | | |
| TRUCKING: HAULING EXPLOSIVES OR AMMUNITION-ALL EMPLOYEES & DRIVERS | 7219 | 343,177 | 9.14 | 31,366 |
| CLERICAL OFFICE EMPLOYEES NOC. | 8810 | | 0.27 | |
| TOTAL CLASSIFICATION PREMIUM | | | | 31,366 |
| TOTAL FOR SPLIT PERIOD: 04/28/12 - 04/28/13 | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | 31,366 |
| INCREASE LIMITS 1.40% | 9812 | | | 439 |
| TOTAL UNMODIFIED PREMIUM | | | | 31,805 |
| MODIFIED STANDARD PREMIUM | | | | 31,805 |

**THIS IS NOT A BILL**

WC990613 (Ed. 4-97) (Rev'd 12/99) *Archive Copy*

EXHIBIT I

COMMERCE AND INDUSTRY INSURANCE COMPANY
WORKERS' COMPENSATION INSURANCE
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

**AUDIT ADVICE**

INSURED AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000
USA

PRODUCER PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

FOR STATE OF: Florida

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13
AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13
CANCELLED: [ ] PRO-RATA
[ ] SHORT RATE

BUREAU ID:

AUDIT TYPE: PHYSICAL
ISSUE DATE: 10/10/13

| DIVISION: | BRANCH: | POLICY NO: | TYPE OF ADJUSTMENT: |
|---|---|---|---|
| 013 | PARSIPPANY | WC 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<br>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-10 | FINAL |

| DESCRIPTION | | CODE | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|---|
| TOTAL FOR STATE Florida | | | | | |
| MODIFIED STANDARD PREMIUM | | | | | 31,805 |
| UNDISCOUNTED PREMIUM | | | | | 31,805 |
| PREMIUM DISCOUNT | -6.20% | 0064 | | | -1,972 |
| DISCOUNTED PREMIUM | | | | | 29,833 |
| TERRORISM | 0.03 | 9740 | | | 103 |
| TOTAL PREMIUM | | | | | 29,936 |
| STATE FINAL TOTAL | | | | | 29,936 |
| TOTAL FL REMUNERATION: | 343,177 | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $103 | | | | |

**THIS IS NOT A BILL**

COMMERCE AND INDUSTRY INSURANCE COMPANY
**WORKERS' COMPENSATION INSURANCE**
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

**AUDIT ADVICE**

INSURED AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000
USA

PRODUCER PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

FOR STATE OF: Massachusetts

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13
AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13
CANCELLED: [ ] PRO-RATA
[ ] SHORT RATE
BUREAU ID:
AUDIT TYPE: PHYSICAL
ISSUE DATE: 10/10/13

| DIVISION: 013 | BRANCH: PARSIPPANY | POLICY NO: WC 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 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-10 | TYPE OF ADJUSTMENT: FINAL |
|---|---|---|---|

| DESCRIPTION | CODE | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|
| PERIOD: 04/28/12 - 04/28/13 | | | | |
| RATING GROUP: 0002-01<br>LOC NO 0002<br>AUTO PARTS XPRESS LLC<br>50 HAMPDEN RD<br>MANSFIELD, MA 02048-0000 | | | | |
| LOC NO 0006<br>PARTS DISTRIBUTION XPRESS INC<br>320 PARK AVE<br>WHITMAN, MA 02382-0000 | | | | |
| TRUCKING: NOC - ALL EMPLOYEES & DRIVERS | 7219 | 309,140 | 8.28 | 25,597 |
| SALESPERSONS, COLLECTORS OR MESSENGERS - OUTSIDE | 8742 | | 0.15 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | | 0.09 | |
| TOTAL CLASSIFICATION PREMIUM | | | | 25,597 |
| PERIOD: 04/28/12 - 04/28/13 | | | | |
| RATING GROUP: 0006-01<br>LOC NO 0012<br>PDX NORTH INC<br>50 HAMPDEN RD<br>MANSFIELD, MA 02048-0000 | | | | |
| TRUCKING: HAULING EXPLOSIVES OR AMMUNITION - ALL EMPLOYEES & DRIVERS | 7219 | | 8.28 | |
| TOTAL CLASSIFICATION PREMIUM | | | | 0 |

**THIS IS NOT A BILL**

COMMERCE AND INDUSTRY INSURANCE COMPANY
WORKERS' COMPENSATION INSURANCE
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

**AUDIT ADVICE**

INSURED AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000
USA

PRODUCER PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

FOR STATE OF: Massachusetts

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13

AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13

CANCELLED: [ ] PRO-RATA
[ ] SHORT RATE

BUREAU ID:

AUDIT TYPE: PHYSICAL

ISSUE DATE: 10/10/13

| DIVISION: 013 | BRANCH: PARSIPPANY | POLICY NO: WC 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 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-10 | TYPE OF ADJUSTMENT: FINAL |
|---|---|---|---|

| DESCRIPTION | CODE | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|
| TOTAL FOR SPLIT PERIOD: 04/28/12 - 04/28/13 | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | 25,597 |
| INCREASE LIMITS 2.00% | 9812 | | | 512 |
| SUBJECT PREMIUM | | | | 26,109 |
| MODIFIED STANDARD PREMIUM | | | | 26,109 |

**THIS IS NOT A BILL**

COMMERCE AND INDUSTRY INSURANCE COMPANY
WORKERS' COMPENSATION INSURANCE
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

**AUDIT ADVICE**

INSURED AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000
USA

PRODUCER PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

FOR STATE OF: Massachusetts

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13

AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13

CANCELLED: [ ] PRO-RATA
[ ] SHORT RATE

BUREAU ID:

AUDIT TYPE: PHYSICAL

ISSUE DATE: 10/10/13

| DIVISION: | BRANCH: | POLICY NO: | TYPE OF ADJUSTMENT: |
|---|---|---|---|
| 013 | PARSIPPANY | WC 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<br>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-10 | FINAL |

| DESCRIPTION | | CODE | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|---|
| TOTAL FOR STATE Massachusetts | | | | | |
| MODIFIED STANDARD PREMIUM | | | | | 26,109 |
| UNDISCOUNTED PREMIUM | | | | | 26,109 |
| PREMIUM DISCOUNT | -6.20% | 0064 | | | -1,619 |
| DISCOUNTED PREMIUM | | | | | 24,490 |
| EXPENSE CONSTANT | | 0900 | | | 338 |
| TERRORISM | 3.00% | 9740 | | | 768 |
| TOTAL PREMIUM | | | | | 25,596 |
| MACHWC (SURCHARGE) | 5.90% | 9136 | | | 1,510 |
| STATE FINAL TOTAL | | | | | 27,106 |
| TOTAL MA REMUNERATION: | 309,140 | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $768 | | | | |

**THIS IS NOT A BILL**

COMMERCE AND INDUSTRY INSURANCE COMPANY
WORKERS' COMPENSATION INSURANCE
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

**AUDIT ADVICE**

INSURED AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000
USA

PRODUCER PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

FOR STATE OF: New Jersey

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13

AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13

CANCELLED: [ ] PRO-RATA
[ ] SHORT RATE

BUREAU ID:

AUDIT TYPE: PHYSICAL
ISSUE DATE: 10/10/13

| DIVISION: 013 | BRANCH: PARSIPPANY | POLICY NO: WC 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 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-10 | TYPE OF ADJUSTMENT: FINAL |
|---|---|---|---|

| DESCRIPTION | CODE | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|
| PERIOD: 04/28/12 - 04/28/13 | | | | |
| RATING GROUP: 0003-01<br>LOC NO 0003<br>AUTO PARTS XPRESS LLC<br>25 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000 | | | | |
| TRUCKMEN: NOC-& DRIVERS | 7219 | 2,543,830 | 14.08 | 358,171 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 20,923 | 0.24 | 50 |
| TOTAL CLASSIFICATION PREMIUM | | | | 358,221 |
| PERIOD: 04/28/12 - 04/28/13 | | | | |
| RATING GROUP: 0007-01<br>LOC NO 0005<br>PARTS DISTRIBUTION XPRESS INC<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000 | | | | |
| TRUCKMEN: AUTOMOBILE DELIVERY-HAULAWAY & DRIVERS | 7219 | 82,247 | 14.08 | 11,580 |
| TOTAL CLASSIFICATION PREMIUM | | | | 11,580 |
| PERIOD: 04/28/12 - 04/28/13 | | | | |
| RATING GROUP: 0007-02<br>LOC NO 0008<br>PDX NORTH INC<br>52 BISHOP STREET<br>JERSEY CITY, NJ 07303-0000 | | | | |

**THIS IS NOT A BILL**

COMMERCE AND INDUSTRY INSURANCE COMPANY
WORKERS' COMPENSATION INSURANCE
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

**AUDIT ADVICE**

INSURED AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000
USA

PRODUCER PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

FOR STATE OF: New Jersey

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13
AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13
CANCELLED: [ ] PRO-RATA
[ ] SHORT RATE

BUREAU ID:

AUDIT TYPE: PHYSICAL
ISSUE DATE: 10/10/13

| DIVISION: | BRANCH: | POLICY NO: | TYPE OF ADJUSTMENT: |
|---|---|---|---|
| 013 | PARSIPPANY | WC 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<br>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-10 | FINAL |

| DESCRIPTION | | CODE | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|---|
| TRUCKMEN: AUTOMOBILE DELIVERY-HAULAWAY & DRIVERS | | 7219 | 120,419 | 14.08 | 16,955 |
| CLERICAL OFFICE EMPLOYEES NOC | | 8810 | | 0.24 | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 16,955 |
| TOTAL FOR SPLIT PERIOD: 04/28/12 - 04/28/13 | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 386,756 |
| INCREASE LIMITS | 3.30% | 9199 | | | 12,763 |
| TOTAL UNMODIFIED PREMIUM | | | | | 399,519 |
| MODIFIED STANDARD PREMIUM | | | | | 399,519 |

**THIS IS NOT A BILL**

WC990613 (Ed. 4-97) (Rev'd 12/99) *Archive Copy*

EXHIBIT I

COMMERCE AND INDUSTRY INSURANCE COMPANY
**WORKERS' COMPENSATION INSURANCE**
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

**AUDIT ADVICE**

INSURED AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000
USA

PRODUCER PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

FOR STATE OF: New Jersey

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13

AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13

CANCELLED: [ ] PRO-RATA
[ ] SHORT RATE

BUREAU ID:

AUDIT TYPE: PHYSICAL

ISSUE DATE: 10/10/13

| DIVISION: 013 | BRANCH: PARSIPPANY | POLICY NO: WC 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 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-10 | TYPE OF ADJUSTMENT: FINAL |
|---|---|---|---|

| DESCRIPTION | | CODE | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|---|
| TOTAL FOR STATE New Jersey | | | | | |
| MODIFIED STANDARD PREMIUM | | | | | 399,519 |
| UNDISCOUNTED PREMIUM | | | | | 399,519 |
| PREMIUM DISCOUNT | -4.60% | 0064 | | | -18,378 |
| DISCOUNTED PREMIUM | | | | | 381,141 |
| TERRORISM | 0.06 | 9740 | | | 1,660 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.01 | 9741 | | | 276 |
| TOTAL PREMIUM | | | | | 383,077 |
| SECOND INJURY FUND SURCHARGE | 7.82% | 0935 | | | 31,242 |
| UNINSURED EMPLOYERS' FUND SURCHARGE | 0.17% | 0936 | | | 679 |
| STATE FINAL TOTAL | | | | | 414,998 |
| TOTAL NJ REMUNERATION: 2,767,419 | | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $1,660 | | | | |

**THIS IS NOT A BILL**

WC990613 (Ed. 4-97) (Rev'd 12/03) *Archive Copy* EXHIBIT I

COMMERCE AND INDUSTRY INSURANCE COMPANY
**WORKERS' COMPENSATION INSURANCE**
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

**AUDIT ADVICE**

INSURED AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000
USA

PRODUCER PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

FOR STATE OF: New York

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13
AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13
CANCELLED: [ ] PRO-RATA
[ ] SHORT RATE

BUREAU ID:

AUDIT TYPE: PHYSICAL
ISSUE DATE: 10/10/13

| DIVISION: | BRANCH: | POLICY NO: | TYPE OF ADJUSTMENT: |
|---|---|---|---|
| 013 | PARSIPPANY | WC 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<br>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-10 | FINAL |

| DESCRIPTION | CODE | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|
| PERIOD: 04/28/12 - 04/28/13 | | | | |
| RATING GROUP: 0005-01<br>LOC NO 0011<br>PDX NORTH INC<br>3530 SUNRISE HIGHWAY<br>WAYTAGH, NY 11793-0000 | | | | |
| TRUCKING: TRUCKING NOC-ALL EMPLOYEES & DRIVERS | 7219 | 1,677,519 | 15.97 | 267,900 |
| TOTAL CLASSIFICATION PREMIUM | | | | 267,900 |
| TOTAL FOR SPLIT PERIOD: 04/28/12 - 04/28/13 | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | 267,900 |
| TOTAL UNMODIFIED PREMIUM | | | | 267,900 |
| MODIFIED STANDARD PREMIUM | | | | 267,900 |

**THIS IS NOT A BILL**



EXHIBIT I

COMMERCE AND INDUSTRY INSURANCE COMPANY
WORKERS' COMPENSATION INSURANCE
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

**AUDIT ADVICE**

INSURED: AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000
USA

PRODUCER: PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

FOR STATE OF: New York

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13

AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13

CANCELLED: [ ] PRO-RATA
[ ] SHORT RATE

BUREAU ID:

AUDIT TYPE: PHYSICAL

ISSUE DATE: 10/10/13

| DIVISION: | BRANCH: | POLICY NO: | TYPE OF ADJUSTMENT: |
|---|---|---|---|
| 013 | PARSIPPANY | WC 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<br>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-10 | FINAL |

| DESCRIPTION | | CODE | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|---|
| TOTAL FOR STATE New York | | | | | |
| MODIFIED STANDARD PREMIUM | | | | | 267,900 |
| UNDISCOUNTED PREMIUM | | | | | 267,900 |
| PREMIUM DISCOUNT | -13.30% | 0064 | | | -35,631 |
| DISCOUNTED PREMIUM | | | | | 232,269 |
| TERRORISM | | 9740 | | | 2,882 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.013 | 9741 | | | 218 |
| TOTAL PREMIUM | | | | | 235,369 |
| TAX/ASSESSMENT SURCHARGE | 20.20% | 0932 | | | 54,742 |
| STATE FINAL TOTAL | | | | | 290,111 |
| TOTAL NY REMUNERATION: 1,677,519 | | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $2,882 | | | | |

**THIS IS NOT A BILL**



EXHIBIT I

COMMERCE AND INDUSTRY INSURANCE COMPANY
**WORKERS' COMPENSATION INSURANCE**
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

**AUDIT ADVICE**

INSURED AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000
USA

PRODUCER PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

FOR STATE OF: Pennsylvania

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13
AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13
CANCELLED: [ ] PRO-RATA
[ ] SHORT RATE

BUREAU ID: 2984991

AUDIT TYPE: PHYSICAL
ISSUE DATE: 10/10/13

| DIVISION: 013 | BRANCH: PARSIPPANY | POLICY NO: WC 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 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-10 | TYPE OF ADJUSTMENT: FINAL |
|---|---|---|---|

| DESCRIPTION | | CODE | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|---|
| PERIOD: 04/28/12 - 04/28/13 | | | | | |
| RATING GROUP: 0001-01<br>LOC NO 0001<br>AUTO PARTS XPRESS LLC<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000 | | | | | |
| LOC NO 0004<br>PARTS DISTRIBUTION XPRESS INC<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000 | | | | | |
| LOC NO 0007<br>PDX NORTH INC<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000 | | | | | |
| LOC NO 0009<br>PDX SOUTH INC<br>223 SOUTH GOVERNOR PRINTZ BLVD<br>ESSINGTON, PA 19029-0000 | | | | | |
| TRUCKING N.O.C. | | 811 | 1,442,622 | 14.19 | 204,708 |
| SALESPERSON - OUTSIDE | | 951 | 215,917 | 0.82 | 1,771 |
| CLERICAL OFFICE EMPLOYEES | | 953 | 305,810 | 0.37 | 1,131 |
| TOTAL CLASSIFICATION PREMIUM | | | | | 207,610 |
| TOTAL FOR SPLIT PERIOD: 04/28/12 - 04/28/13 | | | | | |
| TOTAL CLASSIFICATION PREMIUM | | | | | 207,610 |
| INCREASE LIMITS | 3.30% | 9812 | | | 6,851 |

**THIS IS NOT A BILL**

COMMERCE AND INDUSTRY INSURANCE COMPANY
**WORKERS' COMPENSATION INSURANCE**
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

**AUDIT ADVICE**

INSURED AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000
USA

PRODUCER PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

FOR STATE OF: Pennsylvania

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13
AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13
CANCELLED: [ ] PRO-RATA
[ ] SHORT RATE

BUREAU ID: 2984991

AUDIT TYPE: PHYSICAL
ISSUE DATE: 10/10/13

| DIVISION: 013 | BRANCH: PARSIPPANY | POLICY NO: WC 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 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-10 | | TYPE OF ADJUSTMENT: FINAL |
|---|---|---|---|---|
| DESCRIPTION | CODE | EXPOSURE | RATE | PREMIUM |
| TOTAL UNMODIFIED PREMIUM | | | | 214,461 |
| EXPERIENCE PREMIUM (ACTUAL) 1.273 | 9898 | | | 58,548 |
| MODIFIED STANDARD PREMIUM | | | | 273,009 |

**THIS IS NOT A BILL**

WC990613 (Ed. 4-97) (Rev'd 12/09) ***Archive Copy*** EXHIBIT I

COMMERCE AND INDUSTRY INSURANCE COMPANY
WORKERS' COMPENSATION INSURANCE
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

**AUDIT ADVICE**

INSURED AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000
USA

PRODUCER PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

FOR STATE OF: Pennsylvania

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13
AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13
CANCELLED: [ ] PRO-RATA
[ ] SHORT RATE

BUREAU ID: 2984991

AUDIT TYPE: PHYSICAL
ISSUE DATE: 10/10/13

| DIVISION: | BRANCH: | POLICY NO: | TYPE OF ADJUSTMENT: |
|---|---|---|---|
| 013 | PARSIPPANY | WC 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<br>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-10 | FINAL |

| DESCRIPTION | | CODE | EXPOSURE | RATE | PREMIUM |
|---|---|---|---|---|---|
| TOTAL FOR STATE Pennsylvania | | | | | |
| MODIFIED STANDARD PREMIUM | | | | | 273,009 |
| UNDISCOUNTED PREMIUM | | | | | 273,009 |
| PREMIUM DISCOUNT | -13.30% | 0063 | | | -36,310 |
| DISCOUNTED PREMIUM | | | | | 236,699 |
| TERRORISM | 3.00% | 9740 | | | 6,228 |
| CATASTROPHE (SEE WC 00 04 21C) | 0.02 | 9741 | | | 393 |
| TOTAL PREMIUM | | | | | 243,320 |
| EMPLOYER ASSESSMENT (NON-COAL) | 2.25% | 0938 | | | 5,475 |
| STATE FINAL TOTAL | | | | | 248,795 |
| TOTAL PA REMUNERATION: 1,964,349 | | | | | |
| TOTAL PREMIUM FOR TERRORISM COVERAGE INCLUDED IN TOTAL ESTIMATED PREMIUM | $6,228 | | | | |

**THIS IS NOT A BILL**



EXHIBIT I

COMMERCE AND INDUSTRY INSURANCE COMPANY
**WORKERS' COMPENSATION INSURANCE**
175 WATER STREET - EXECUTIVE OFFICES, NEW YORK, NY 10038

## AUDIT ADVICE SUMMARY

INSURED AUTO PARTS XPRESS LLC
POB 329
ESSINGTON, PA 19029-0000

PRODUCER PMC INSURANCE AGENCY, INC
50 CABOT STREET
PO BOX 920179
NEEDHAM, MA 02492-0002

POLICY PERIOD
FROM: 04/28/12 TO: 04/28/13

AUDIT PERIOD
FROM: 04/28/12 TO: 04/28/13

CANCELLED: [ ] PRO-RATA [ ] SHORT RATE

AUDIT TYPE: PHYSICAL

ISSUE DATE: 10/10/13

| DIVISION: | BRANCH: | POLICY NO: | TYPE OF ADJUSTMENT: |
|---|---|---|---|
| 013 | PARSIPPANY | WC 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<br>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-10 | FINAL |

| DESCRIPTION | TAXES/ASSESSMENTS/ SURCHARGES | PREMIUM |
|---|---|---|
| If you have questions about this Audit Advice Summary, please contact the Audit Department at (800) 341-5541.<br>For billing inquiries, please contact Customer Service at (800) 845-2259.<br><br>TOTAL POLICY REMUNERATION: 7,061,604 | | |
| AUDIT EARNED PREMIUM AMOUNT | 93,648 | 917,298 |
| PRIOR ESTIMATED EARNED AMOUNT | 37,054 | 481,057 |
| TOTAL AP/RP AMOUNT | 56,594 | 436,241 |
| TOTAL AUDIT ADJUSTMENT | | 492,835 |

## THIS IS NOT A BILL

PRIOR ESTIMATED EARNED AMOUNT IS THE ORIGINAL POLICY PREMIUM AND ALL PREMIUM BEARING ENDORSEMENTS PLUS INTERIM AUDIT ADJUSTMENTS, IF APPLICABLE.

THIS AUDIT ADJUSTMENT DOES NOT REFLECT THE ACTUAL PREMIUM DUE FROM OR TO THE INSURED UNLESS ALL AMOUNTS PREVIOUSLY BILLED HAVE BEEN PAID.

WC990614
(Ed. 4/97) (Rev'd 12/09)

***Archive Copy***

EXHIBIT I