| | | | | | |
|---|---|---|---|---|---|
| AS OF DATE : | 11/15/2016 | | | | |
| PAPER COMPANY | | | | | |
| INSURED: | AUTO PARTS XPRESS LLC | | | | |
| POLICY NUMBER: | 1652677-01312119 | | | | |
| POLICY PERIOD: | 4/28/2012-2013 | | | | |
| CANCEL DATE: | | | | | |
| PRODUCER: | PMC INSURANCE AGENCY, INC. | | | | |
| | PREMIUM AMOUNT | Date Received | | Amount | CHECK NO. / Wire Indicator |
| NEW/RENEWAL PREMIUM | $286,724.00 | 04/12/12 | $ | (57,341.00) | 4672 |
| CANCELLATION | | 05/10/12 | $ | (38,387.00) | 3027 |
| ENDORSEMENT(S) | $231,387.00 | 06/06/12 | $ | (50,009.00) | 3030 |
| AUDIT PREMIUM | $492,835.00 | 06/25/12 | $ | (50,009.00) | 3031 |
| REVISED AUDIT | | 07/16/12 | $ | (46,065.00) | 3042 |
| | | 08/27/12 | $ | (46,075.00) | 3047 |
| | | 10/05/12 | $ | (46,065.00) | 3040 |
| | | 11/03/12 | $ | (46,085.00) | 3063 |
| | | 11/29/12 | $ | (46,085.00) | 5415 |
| | | 01/04/13 | $ | (46,065.00) | 5506 |
| | | 02/12/13 | $ | (46,085.00) | 3058 |
| | | 03/04/13 | $ | (40.00) | 5768 |
| POLICY PREMIUM | $1,010,946.00 | TOTAL PAID | $ | (518,311.00) | |
| SURCHARGES/FEES | $210.00 | | | | |
| WRITE-OFF | | | | | |
| WAIVED FEES | ($10.00) | | | | |
| APPLIED FROM POLICY | | | | | |
| LESS PAYMENTS | -$518,311.00 | | | | |
| REMAINING BALANCE DUE | $492,835.00 | | | | |

EXHIBIT J