**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMERCE AND INDUSTRY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AUTO PARTS XPRESS, LLC, PARTS DISTRIBUTION XPRESS, INC., PDX NORTH, INC. AND PDX SOUTH, INC.,<br><br>Defendants. | Docket No. 2:16-cv-06263-MSG |

**AFFIDAVIT OF GREG STULTZ**

STATE OF ARIZONA :
: ss
COUNTY OF MARICOPA :

I, Greg Stultz, hereby submit this Affidavit under penalty of perjury pursuant to Federal Rule of Civil Procedure 47 and state as follows:

1. I am Risk Manager for Contractor Management Services LLC d/b/a Openforce ("CMS"). I have been employed by CMS since March 1, 2008. I submit this Affidavit at the request of Defendants in connection with the above-captioned action. I make this Affidavit on my own personal knowledge, including a review of documents and business records to which I have access in connection with my employment.

2. Founded in 2001, CMS is an Arizona-based company that provides administration and technology services to independent contractors who have a contractual relationship with various contracting companies. CMS provides a platform through which independent contractors can efficiently contract and onboard with companies that engage with independent contractors

(herein, "contracting companies"), have their settlements efficiently processed, and access valuable member benefits, such as third-party insurance programs.

3. Parts Distribution Xpress, Inc. ("PDX Inc."), PDX North, Inc. ("PDX North") and PDX South, LLC ("PDX South," collectively, "PDX") were customers of CMS from April of 2009 until April of 2016.

4. CMS acts as an intermediary for independent contractors who contract with contracting companies, including PDX. CMS receives funds from contracting companies for settlement of services provided by the independent contractor to the contracting company. The settlement amounts are based on agreements between the contracting company and the independent contractors as to the rate and basis of pay. CMS deducts from the settlement funds submitted to it from the contracting companies only the independent contractor's CMS membership fee and any other deductions authorized by the independent contractors and/or required by law (e.g., insurance premiums, garnishments), and then remits the appropriate amount to the independent contractor. No taxes are withheld from the independent contractors' settlements and CMS does not share in a percentage of its members' settlements. After deducting the CMS membership fee and authorized deductions, the remainder of the amount reported and submitted by the contracting companies are remitted to the independent contractor. At the end of each year, CMS issued a Form 1099 to each of the members who received a settlement that year on behalf of a contracting company.

5. CMS uses an online proprietary platform known as ICMPower®. The ICMPower platform is a cloud-based SaaS platform through which documents can be uploaded, viewed, electronically signed with real-time verifications, and stored online.

6. When a driver contracted with PDX, the driver would electronically sign three documents: a "PDX Independent Contractor Agreement," an occupational accident insurance enrollment form from One Beacon Insurance, and a CMS membership agreement with CMS. Each of these documents was electronically signed with real-time verifications and stored on ICMPower. ICMPower also stored information about all settlements made to an independent contractor on behalf of any contracting company that was also a customer of CMS.

7. In preparing this Affidavit, I used ICMPower to review information about all persons who received at least one settlement from CMS on behalf of PDX from April 1, 2011 through April 28, 2013.[1] I present the results of that review below.

8. **PDX Inc.** From April 1, 2011 through April 28, 2013 (almost 25 months), PDX Inc. made at least one settlement to 444 independent contractor drivers. Of those 444 individuals, 67 contracted with another contracting company customer of CMS to perform independent contracting services for them. (It is of course entirely possible that any number of these drivers also contracted with other entities that did not use the services of CMS, but CMS would not be able to obtain that information.) During this time period, 20 drivers received only one settlement from PDX Inc. and more than half of the drivers received 21 or fewer settlements. During this time period, the average driver received a total of $22,999.87 from PDX Inc.; one driver received just $68.99. Further, 29 of the individuals maintained a separate business entity as evidenced by a federal employee identification number.

9. **PDX North.** From April 1, 2011 through April 28, 2013, PDX North made at least one settlement to 434 independent contractor drivers (none of these drivers overlap with the PDX Inc. or PDX South drivers). Of those 434 individuals, 95 contracted with another

[1] Absent unusual circumstances, independent contractors are paid on a weekly basis.

contracting company customer of CMS to perform independent contracting services for them. (Again, it is entirely possible that any number of these drivers also contracted with other entities that did not use the services of CMS.) During this time period, 26 drivers received only one settlement from PDX North. and more than half of the drivers received 27 or fewer settlements. During this time period (over two years), the average driver received a total of $33,013 from PDX North; one driver received just $86.52. Further, 62 of the individuals maintained a separate business entity as evidenced by a federal employee identification number.

10. **PDX South.** From April 1, 2011 through April 28, 2013, PDX South made at least one weekly settlement to 147 independent contractor drivers (none of these drivers overlap with the PDX Inc. or PDX North drivers). Of those 147 individuals, ten contracted with another customer of CMS to perform independent contracting services for them. (Again, it is entirely possible that any number of these drivers also contracted with entities that did not use the services of CMS.) During this time period, nine drivers received only one settlement from PDX South. and more than half of the drivers received nine or fewer settlements. During this time period, the average driver received a total of $14,072.53 from PDX North; one driver received just $155.25. Further, 6 of the individuals maintained a separate business as evidenced by a federal employee identification number.

11. **Overall**, from April 1, 2011 through April 28, 2013, fifty-five of the drivers received only one weekly settlement from CMS on PDX's behalf, and more than half of the drivers received 21 such settlements. During this time period, the average driver received approximately $25,958 from CMS on PDX's behalf. Moreover, 172 of the 1025 total drivers contracted with another customer of CMS to perform independent contracting services for them (again, it is possible that drivers also rendered independent contracting services to entities that

did not have a relationship with CMS). Finally, 97 of the drivers maintained a separate business as evidenced bya federal employee identification number.

12. As Risk Manager of CMS, I have access to its records regarding CMS' business relationships. The business records that I used to prepare this Affidavit are maintained by me and/or other employees of CMS who have a business duty to do so, and they are kept in the ordinary course of CMS' business. The entries made in such business records were made at or near the time of the occurrence of the events recorded in such records. The business records are maintained in a safe and secure location.

***

I, Greg Stultz, hereby submit this Affidavit under penalty of perjury and declare that the foregoing is true and correct to the best of my information, knowledge, and belief.

FURTHER AFFIANT SAYETH NOT

______________________________
Greg Stultz

Subscribed and sworn to before me

this 17 day of May, 2019.

______________________________

Printed Name Daniel Tefft

DANIEL TEFFT
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
May 3, 2021