**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COMMERCE & INDUSTRY INSURANCE COMPANY,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 16-6263** |
| **AUTO PARTS EXPRESS, LLC, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 16th day of October, 2019, it having been reported to the Court that the above-captioned action has been settled, it is hereby **ORDERED** that:

1. The cross-motions for summary judgment (Doc. Nos. 42 and 42) are **DENIED WITHOUT PREJUDICE**;

2. Within **thirty (30) days** after entry of this Order, the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure; and

3. Absent receipt from the parties of dismissal papers or a request to reopen the action within the 30-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

**BY THE COURT:**

***/s/ Mitchell S. Goldberg***

**MITCHELL S. GOLDBERG, J.**